AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:14CR141 |
| JAMES MILTON DEAN a/k/a "JD" | ) | 1542-1119-0290-2 |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES MILTON DEAN a/k/a "JD",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

RICO CONSPIRACY; DRUG DISTRIBUTION; KIDNAPING; MURDER; STOLEN FIREARMS

Date: 11/17/2014

~~Deputy~~ Clerk
*Issuing officer's signature*

City and state: Oxford, Mississippi

David Crews, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/19/2014, and the person was arrested on *(date)* 11/20/2014
at *(city and state)* Oxford, MS.

Date: 11/20/2014

*Arresting officer's signature*

*Printed name and title*