IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF MISSISSISIPPI
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                                                                  **CAUSE NO. 4:14CR141**

**RICKY WAYNE JENKINS**

## MOTION FOR CONTINUANCE OF TRIAL

COMES Defendant Ricky Wayne Jenkins, through Counsel, and moves to continue the scheduled trial on January 12, 2015, along with the deadlines associated with that trial date, and for reasons states as follows:

1. That the Government does not object to this continuance.

2. That Counsel needs additional time to evaluate this case and to discuss a resolution with counsel for the Government. Counsel has been advised that discovery in this case is voluminous and will need adequate time to go through the discovery pursuant to this Court's Protective Order.

3. That the Defendant herein expressly waives his right to a speedy trial.

4. That based on the foregoing, Counsel respectfully moves this Honorable Court to continue this case. Furthermore, the ends of justice would be served by granting a continuance in this cause and the need for such continuance outweighs the best interest of the public and the Defendant to a speedy trial in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Defendant Ricky Wayne Jenkins respectfully moves this Honorable Court to enter an order continuing the trial of this case. Respectfully submitted, this the 10th day of December, 2014.

Ricky Wayne Jenkins, DEFENDANT

BY: _____

MATT A. BALDRIDGE, MSB #: 102636

BALDRIDGE LAW FIRM

302 HIGHLAND PARK COVE, SUITE B

RIDGELAND, MISSISSIPPI  39110

PHONE: (601) 706-9063

FAX: (866) 7260531

E-mail: matt@baldridgelawfirm.com

**Attorney for the Defendant**

**CERTIFICATE OF SERIVCE**

I, Matt A. Baldridge, do herby certify that I have this date electronically filed the foregoing *Motion for Continuance of Trial* with the Clerk of the Court using the Electronic Case Filing (ECF) system, which sent notification of such filing to all counsel of record.

THIS, the 10th day of December, 2014.

BY: _____

MATT A. BALDRIDGE, MSB #: 102636

BALDRIDGE LAW FIRM

302 HIGHLAND PARK COVE, SUITE B

RIDGELAND, MISSISSIPPI  39110

PHONE: (601) 706-9063

FAX: (866) 7260531

E-mail: matt@baldridgelawfirm.com

**Attorney for the Defendant**