IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:14CR141

FRANK GEORGE OWENS, JR.,
a/k/a "State Raised,"
PERRY WAYNE MASK,
STEPHEN NEAL HUBANKS,
JOSEPH BRANDON CREEL
a/k/a "Oak,"
SONNY TODD MAXWELL
a/k/a "Blue,"
JAMES MILTON DEAN
a/k/a "JD,"
WALTER THOMAS BURRUS,
a/k/a "T-bone,"
RICKY WAYNE JENKINS
a/k/a/ "Scissorhands,"
DAVID LADRONE WILLIS
a/k/a "Leprechaun,"
KATHY JUNE SHADBURN,
NATASHA BAXTER ELLIS
a/k/a "Tasha,"
RUTHIE GAIL RUTLEDGE
a/k/a "Goldmine,"
GARY BRIAN LEE, and
WILLIAM ELLIS OVERTON

## UNITED STATES OF AMERICA'S NOTICE REGARDING STATUS OF DEPARTMENT OF JUSTICE DECISION ON WHETHER TO SEEK THE DEATH PENALTY

The United States of America, by and through the undersigned, hereby provides the following information regarding the status of the Department of Justice's decision on whether to seek the death penalty as to Frank George Owens, Jr., a/k/a "State Raised,"   Sonny Todd

Maxwell, a/k/a "Blue," James Milton Dean, a/k/a "JD," Walter Thomas Burrus, a/k/a "T-bone," and as of the date of the filing of this response, the Capital Case Section of the United States Department of Justice has finalized its decision and recommendations and the United States will <u>not</u> be seeking the death penalty as to Frank George Owens, Jr., a/k/a "State Raised," Sonny Todd Maxwell, a/k/a "Blue," James Milton Dean, a/k/a "JD," and Walter Thomas Burrus, a/k/a "T-bone."

                                                                     Respectfully submitted,

                                                                     FELICIA C. ADAMS
                                                                     UNITED STATES ATTORNEY

                                                                     <u>/s/ Felicia C. Adams</u>

                                                                     JAMES M. TRUSTY
                                                                     CHIEF
                                                                     ORGANIZED CRIME AND GANG CTOIN

                                                                    <u>/s/ James M. Trusty</u>

                                                                    ATTORNEYS FOR THE
                                                                    UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I, CLAYTON A. DABBS, Assistant United States Attorney for the Northern District of Mississippi, certify that a copy of the foregoing was filed with the Court's Clerk via the ECF filing system. I further certify that a copy of the foregoing document has been sent to counsel for the defendants via the District Court Clerk's electronic mailing system.

| | |
|---|---|
| William A. Sumrall<br>sumralllaw@gmail.com | Richard B. Lewis<br>ricky@chapman-lewis-swan.com |
| Margaret Sams Gratz<br>mgratz@mitchellmcnutt.com | Thomas M. Flanagan, Jr.<br>tomflanagan@bellsouth.net |
| T. Murry Whalen<br>thewhalenfirmpllc@yahoo.com | Goodloe Lewis<br>glewis@hickmanlaw.com |
| Helen B. Kelley<br>kelly@panola.com | Christopher E. Kitchens<br>kitchenslaw@att.net |
| William C. Bristow<br>seedtickroad@hotmail.com | William C. Barrett<br>wbarrett@pandwbarrettlawyers.com |
| Matthew A. Baldridge<br>matt@baldridgelawfirm.com | Ronald Dale Michael<br>rmichael@rmichaellaw.com |
| Robert Sneed Laher<br>kimberlyann9972@yahoo.com | Nicholas Bain<br>nrbain@hotmail.com |

This the 27th day of February, 2015.

/s/ Clayton A. Dabbs
CLAYTON A. DABBS
Assistant United States Attorney
MS BAR NO. 101537