*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　CASE NO. 4:14cr141(12)-GHD-SAA

RUTHIE GAIL RUTLEDGE

**TAKE NOTICE** that a proceeding in this case has been for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| FEDERAL BUILDING | COURTROOM NO. 1 |
| 911 Jackson Avenue | **Date and Time** |
| OXFORD, MS | WEDNESDAY, OCTOBER 21, 2015, 2:30 P.M. |

**Type of Proceeding**

**SENTENCING AS TO COUNT 1
BEFORE SENIOR JUDGE GLEN H. DAVIDSON**

*****ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Raye Long
　　　　　　　　　　　　　　　　　　(BY) Raye Long - Courtroom Deputy

Date: September 17, 2015

By NEF To:

　　Scott F. Leary, AUSA,　　　　　　　U. S. Probation Service
　　Clayton A. Dabbs, AUSA　　　　　　U. S. Marshal
　　Jamiel M. Wiggins, AUSA
　　Kelly Kathleen Pearson, AUSA

　　Hon. William C. Barrett

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**