## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.  CASE NO. 4:14cr141(10)-GHD-SAA

KATHY JUNE SHADBURN

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
FEDERAL BLDG.
OXFORD, MS

**Room No.**
COURTROOM NO. 1

**Date and Time**
MONDAY, APRIL 4, 2016, 9:30 A.M.

**Type of Proceeding**

**MVD/JURY TRIAL BEFORE SENIOR JUDGE GLEN H. DAVIDSON**
**CANCELLED AS TO THIS DEFENDANT**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

BY: /s/ Raye Long
Raye Long, Courtroom Deputy

Date: September 21, 2015

To:  Scott Leary, AUSA  U. S. Probation Service
Clay Dabbs, AUSA  U. S. Marshal
Jamiel M. Wiggins, AUSA
Kelly Kathleen Pearson, AUSA

Hon. Goodloe Tankersley Lewis

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**