IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (SENTENCING)

**CASE NO. 4:14cr141(6)-GHD**  **PLACE HELD:** OXFORD

**UNITED STATES OF AMERICA v. JAMES MILTON DEAN**

**DATE & TIME BEGUN:** 10/13/15, 1:37 P.M.

**DATE & TIME ENDED:** 10/13/15, 2:25 P.M.

**TOTAL TIME: 30 min**

**PRESENT:**

**HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

Raye Long                                                                 Susan Alford
**Courtroom Deputy Clerk**                                    **Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**              **ATTORNEY(S) FOR DEFENDANT(S):**
Scott Leary, AUSA                                                  Richard B. Lewis
                                                                                   Clarksdale, MS

**PROCEEDINGS:**   **SENTENCING COUNT** 1

**ENTRY TO BE MADE ON DOCKET:**
Sentencing held. Counts 3 & 4 of original indictment, and the superceding indictment as it pertains to this defendant, are dismissed on motion of the government. Defendant remanded to custody of U. S. Marshal. J&C to follow.

**DAVID CREWS, CLERK**

By:   /s/ Raye Long
         Raye Long, Courtroom Deputy Clerk