1                  UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF MISSISSIPPI

3

4

5   UNITED STATES OF AMERICA,   )
                               )

6          Plaintiff,      )     CASE NO. 4:14CR141
                               )

7            VS.           )
                               )

8   FRANK GEORGE OWENS, JR.,     )
   AND ERIC GLENN PARKER,      )

9                               )
          Defendants.     )

10   _____

11

12

13          JURY TRIAL - DAY 3 - TESTIMONY
      BEFORE SENIOR DISTRICT JUDGE GLEN H. DAVIDSON

14       WEDNESDAY, APRIL 6, 2016; 9:00 A.M.
             OXFORD, MISSISSIPPI

15

16

17
   FOR THE GOVERNMENT:

18

19      United States Attorney's Office
      SCOTT LEARY, Esquire

20      CLAY DABBS, Esquire
      900 Jefferson Avenue

21      Oxford, MS  38655

22
      U. S. Department of Justice

23      KELLY KATHLEEN PEARSON, Esquire
      1301 New York Avenue, NW

24      Suite 49
      Washington, D.C.  20005

25

FOR THE DEFENDANT FRANK GEORGE OWENS, JR.:


        WILLIAM ANDY SUMRALL, Esquire
        P.O. Box 1068
        Jackson, MS  39215-1068


FOR THE DEFENDANT ERIC GLENN PARKER:


        JOSHUA A. TURNER, Esquire
        103 North Lamar, Suite 205
        Oxford, MS  38655


        Proceedings recorded by mechanical stenography, transcript
produced by computer.

_____

                PHYLLIS K. McLARTY, RMR, FCRR, CCR #1235
                    FEDERAL OFFICIAL COURT REPORTER
                    301 WEST COMMERCE STREET, #13
                        ABERDEEN, MS  39730

| 1 | **TABLE OF CONTENTS** | |
|---|---|---|

|  |  | PAGE |
|---|---|---|
| Style and Appearances | | 195 |
| Table of Contents | | 197 |

WITNESSES FOR THE GOVERNMENT

PERRY MASK

| Direct Examination by Mr. Leary | 199 |
| Cross-Examination by Mr. Sumrall | 304 |
| Cross-Examination by Mr. Turner | 320 |
| Redirect Examination by Mr. Leary | 324 |

JEREMY BAILEY

| Direct Examination by Mr. Dabbs | 330 |
| Cross-Examination by Mr. Sumrall | 348 |
| Redirect Examination by Mr. Dabbs | 350 |

NATASHA ELLIS

| Direct Examination by Ms. Pearson | 351 |
| Cross-Examination by Mr. Sumrall | 375 |

TERRY KELLY

| Direct Examination by Mr. Dabbs | 378 |
| Cross-Examination by Mr. Sumrall | 402 |
| Cross-Examination by Mr. Turner | 408 |

**EXHIBITS**

| EXHIBITS | DESCRIPTION | MARKED | ADMITTED |
|---|---|---|---|
| G-25 | Phone Numbers Found in Perry Mask's Cell | | 263 |
| G-26 | Photo of Jeremy Bailey - Back Wounds | | 346 |
| G-27 | Photo of Jeremy Bailey - Back Wounds | | 346 |

G-28    Photo of AB Featherwood Patch                    361

G-29    Photo of Hotel Room                              364

G-30    Photo of Table with Sawed-Off
        Shotgun                                          364

G-31    Sawed-Off Shotgun                               368

G-32    Photo of Purse                                  370

G-33    Photo of Meth                                   370

G-34    Photo of Inside of Camo Bag                     373

G-35    Camo Bag with Contents                          374

G-36    Yellow Legal Pad Taken from Cell
        Of Terry Kelly                                   400

Court Reporter's Certificate                            411

1       (CALL TO ORDER OF THE COURT.)

2       (JURY IN.)

3               **THE COURT:**  The government may call your next witness.

4               **MR. LEARY:**  Thank you, Your Honor.  The government

5   would call Perry Mask.

6       (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

7               **COURTROOM DEPUTY:**  Please state your name for the

8   record.

9               **THE WITNESS:**  Perry Mask.

10  **PERRY MASK, GOVERNMENT'S WITNESS, AFTER BEING DULY SWORN, WAS**

11                  **EXAMINED AND TESTIFIED AS FOLLOWS:**

12                      <u>**DIRECT EXAMINATION**</u>

13  <u>**BY MR. LEARY:**</u>

14  **Q.**    Good morning, Mr. Mask.

15  **A.**    Good morning.

16  **Q.**    Do you have a street name, a nickname?

17  **A.**    No.

18  **Q.**    Just Perry?

19  **A.**    Yeah.

20  **Q.**    How old are you, Mr. Mask?

21  **A.**    Forty-seven.

22  **Q.**    And where were you born?

23  **A.**    Iuka, Mississippi.

24  **Q.**    Do you have any siblings?

25  **A.**    Yes, sir.  I've got five sisters.

1   **Q.**   You've got five sisters?

2   **A.**   Yes, sir.

3   **Q.**   Who raised you?

4   **A.**   My mother.

5   **Q.**   Okay. Strong fatherly influence in your life?

6   **A.**   Early on but not after I was a teenager. From teenager

7 on, it was my mother.

8   **Q.**   When did you -- when were you on your own?

9   **A.**   About the age of 15.

10   **Q.**   Who cared for you from 15 on?

11   **A.**   Myself.

12   **Q.**   What's your education, Mr. Mask?

13   **A.**   Twelfth grade.

14   **Q.**   Where did you go to high school?

15   **A.**   Burnsville, Mississippi.

16   **Q.**   Methamphetamine play a negative role in your life?

17   **A.**   Yes, sir, it has.

18   **Q.**   About when did you get addicted to meth?

19   **A.**   Around 15.

20   **Q.**   Is that when you started using?

21   **A.**   Yes.

22   **Q.**   And explain to the ladies and gentlemen of the jury how

23 that meth usage has continued.

24   **A.**   It's been -- been the downfall of my life. It's -- every

25 time I'd get clean, I'd stay clean for a little bit, and then

1    I'd go right back to it and wind up back in jail.

2    **Q.**   Are you responsible for your mistakes, Mr. Mask?

3    **A.**   Yes, sir, I am.

4    **Q.**   Anybody to blame for your mistakes other than yourself?

5    **A.**   No, sir.

6    **Q.**   Do you want to be a better man?

7    **A.**   Sure do.

8    **Q.**   You been convicted of felonies, Mr. Mask?

9    **A.**   Yes, I have.

10   **Q.**   When was the first felony you were convicted of?

11   **A.**   Possession of marijuana back in about '93.

12   **Q.**   About how old were you?

13   **A.**   In my twenties.

14   **Q.**   Okay.  And what happened after that?

15   **A.**   I went to prison, got out.  Got an assault on an officer.

16   Went back to prison.  Got out.  Got a murder charge.  Been back

17   ever since.

18   **Q.**   Okay.  Let me ask you this.  Were you convicted of

19   murder?

20   **A.**   Yes, sir.

21   **Q.**   You're serving life without parole?

22   **A.**   Yes, sir.

23   **Q.**   How long have you spent in prison?

24   **A.**   How long have I been in -- I've been in prison since

25   2004.

1 **Q.** Okay.  How much longer you got?

2 **A.** Till the day I die.

3 **Q.** Are you getting out?

4 **A.** No, sir.

5 **Q.** Have you cooperated with the government in this case,

6 Mr. Mask?

7 **A.** Yes, I have.

8 **Q.** You talked to me?

9 **A.** Yes, sir.

10 **Q.** You talked to the investigators?

11 **A.** Yes, sir.

12 **Q.** What did we tell you to do in this case?

13 **A.** Said just tell the truth.

14 **Q.** Anything else?

15 **A.** No.

16 **Q.** Now, have you pled guilty in this case?

17 **A.** Yes, I have.

18 **Q.** Pled guilty to what?

19 **A.** 360 months.

20 **Q.** 360 months.  What agreement did I have with you as far as

21 a recommendation to the Court?

22 **A.** You said your recommendation -- to get a reduction on my

23 sentence, if the judge go along with it, and a place -- a

24 better place to stay.

25 **Q.** Okay.  So the government recommended that you be

1    sentenced -- that your sentence not exceed how many years?

2  **A.**    30.

3  **Q.**    Now, is that a binding recommendation on the Court?

4  **A.**    Yes, sir.

5  **Q.**    Okay.  It's not binding.

6  **A.**    It's not binding?

7  **Q.**    Huh-uh.  Do you know who sentences you?

8  **A.**    Judge Davidson.

9  **Q.**    Do I sentence you?

10  **A.**    No, sir.

11  **Q.**    How long are you sentenced -- you're in jail for life

12  right now; is that correct?

13  **A.**    Yes, sir.

14  **Q.**    So you pled guilty, so right now you're looking at life

15  plus how many years?

16  **A.**    Life plus 30.

17  **Q.**    Are you eligible for witness protection?

18  **A.**    I'm not sure.

19  **Q.**    Okay.  Do you hope an application is filed for witness

20  protection on your behalf?

21  **A.**    I hope so.

22  **Q.**    What organization were you a member of?

23  **A.**    The Aryan Brotherhood.

24  **Q.**    And what was your highest rank?

25  **A.**    I was a spoke.

**Q.**   What's the penalty for testifying in trial if you're a spoke?

**A.**   Death.

**Q.**   If you go back to general population, what's going to happen to you?

**A.**   I'll be killed.

**Q.**   Now, you pled guilty to what specifically in this case, Mr. Mask?

**A.**   Sir?

**Q.**   You pled guilty to what specifically?  What crime did you plead guilty to?

**A.**   Trafficking guns and methamphetamines.

**Q.**   Okay.  And explain how that involves RICO.

**A.**   It's any two crimes that's committed in the last ten years by any enterprise considered RICO.

**Q.**   Now, where were you located when you were arrested in this case, Mr. Mask?

**A.**   Greene County.

**Q.**   And Greene County is a correctional facility in the north or the southern part of the state?

**A.**   The southern part.

**Q.**   Were you approached by law enforcement while you were at Greene County?

**A.**   Yes, sir.

**Q.**   And explain to the ladies and gentlemen of the jury

1    whether or not you had an attorney at that time.

2    **A.**    I did not.

3    **Q.**    Did you cooperate?

4    **A.**    Yes, sir.

5    **Q.**    Did you waive your rights?

6    **A.**    Yes, sir.

7    **Q.**    Did you agree to talk to law enforcement without a

8    lawyer?

9    **A.**    Yes, sir.

10   **Q.**    Why did you do that?

11   **A.**    I just want to clean the slate and start over the best I

12   can.

13   **Q.**    Why did you want to start over, Mr. Mask?  Was the Aryan

14   Brotherhood what you thought it was?

15   **A.**    No, sir, it wasn't.

16   **Q.**    Why did you join the Aryan Brotherhood, Mr. Mask?

17   **A.**    I guess mainly because of the way I was raised.  At the

18   time I was raised, it was real prejudiced.  I got to prison,

19   and AB is the only white organization there was that was all

20   white.

21   **Q.**    Okay.  Were you raised in more or less a racist

22   household?

23   **A.**    More of a town than a house, yeah.

24   **Q.**    Okay.  More of a town?

25   **A.**    Yes, sir.

1   **Q.**   Do you consider yourself a racist?

2   **A.**   Not really.  I'm more of a separatist.

3   **Q.**   I've heard that term a lot.  Define the difference

4   between a separatist and what you would consider a racist.

5   **A.**   Well, I don't really hate no other race.  I just don't

6   believe in mixing.

7   **Q.**   Okay.  And you understand some people consider that just

8   racism itself, correct?

9   **A.**   Some people do, yes, sir.

10   **Q.**   About what year did you become a prospect for the Aryan

11   Brotherhood?

12   **A.**   First time, it was around '98, and then I dropped out and

13   went back in 2001 and got my brand.

14   **Q.**   How long was your prospect period?

15   **A.**   Around six months or less.

16   **Q.**   When you say "you got your brand," tell the ladies and

17   gentlemen of the jury what that means.

18   **A.**   It's -- you get your patch.  It's a tattoo to show that

19   you're a full member of the Aryan Brotherhood.

20   **Q.**   Can a prospect receive the patch?

21   **A.**   No, sir.

22   **Q.**   Explain the importance of the patch to the jury.

23   **A.**   It's -- it's to be recognized throughout the prison

24   system.  It's -- I'm not sure what else.  Just letting it be

25   known you're a full member.

1  **Q.**   Mr. Mask, when someone obtains the Aryan Brotherhood

2  patch, is that patch uniform or can they just put any ole

3  tattoo they want to on themselves?

4  **A.**   No, sir, it's a uniform patch.

5  **Q.**   Can you recognize it when you see it?

6  **A.**   Yes, sir.

7  **Q.**   How long were you a soldier, Mr. Mask?

8  **A.**   From 2001 to 2006.

9  **Q.**   And what was your first rank in the Aryan Brotherhood?

10 **A.**   OIC over the compound.

11 **Q.**   Over where?

12 **A.**   Over the compound at Greene County.

13 **Q.**   Greene County?

14 **A.**   Yes, sir.

15 **Q.**   And explain to the ladies and gentlemen of the jury what

16 OIC is.

17 **A.**   It's -- it's -- it's holding rank over the compound.

18 It's to keep everything in line.  All of the trouble that's

19 coming your way throughout the buildings and on the compound,

20 you handle it and decide what to be done.

21 **Q.**   When were you first moved to Marshall County?

22 **A.**   2010.

23 **Q.**   And what was your first rank at Marshall County?

24 **A.**   OIC.

25 **Q.**   Now, and what's a spoke, Mr. Mask?

1    **A.**    It's -- it's -- spokes is what we consider a wheel.  It's

2    a committee over the whole state.  It's three guys.  It was

3    five, and we cut it back to three.  They handle all of the

4    business throughout the state.

5    **Q.**    So in 2013, how many spokes were there?

6    **A.**    Three.

7    **Q.**    Okay.  And back three or four years before that, how many

8    spokes were there?

9    **A.**    Five.

10   **Q.**    Okay.  In 2013, where were the spokes located?

11   **A.**    Inside of prison.

12   **Q.**    Okay.  Before that, were there any free world spokes?

13   **A.**    Yes, sir, there was one.

14   **Q.**    Okay.  Who was that?

15   **A.**    Brandon Creel.

16   **Q.**    Okay.  When did you become a spoke, Mr. Mask?

17   **A.**    It's going to be the last of 2011, first of 2012.

18   **Q.**    Okay.  And in late 2013, who were the spokes?

19   **A.**    It was me, Frankie Owens, and Steve Hubanks.

20   **Q.**    Do you see Frankie Owens in this courtroom?

21   **A.**    Yes, I do.

22   **Q.**    And would you please identify what color shirt he's

23   wearing?

24   **A.**    A checkedy blue shirt.  Blue and white checks.

25          **MR. LEARY:**  Your Honor, let the record reflect that

1  Perry Mask has identified Frankie Owens.

2       **THE COURT:**  Very well.  So reflect.

3  **BY MR. LEARY:**

4  **Q.**   Explain to the ladies and gentlemen of the jury,

5  Mr. Mask, how chain of command works within the Aryan

6  Brotherhood.

7  **A.**   You have your foot soldiers, and you have

8  sergeants-at-arms, lieutenants, captains, state captains, and

9  then the wheel, which is the spokes.

10  **Q.**   From, let's say, 2009 up through 2014, was the Aryan

11  Brotherhood a continuing enterprise or were there intervals

12  when it was not operating?

13  **A.**   It was continuing.

14  **Q.**   Chain of command exist during that entire time frame?

15  **A.**   Yes, sir.

16  **Q.**   Do Aryan Brotherhood members exist inside prison or

17  outside prison?

18  **A.**   Both.

19  **Q.**   In late 2013, Mr. Mask, did the spokes play different

20  roles?  Did you have different roles that you engaged in as

21  spokes?

22  **A.**   Each one of us, you know, we -- well, I guess you'd say

23  we had our own thing going, so, like, I was doing the hustling

24  on the meth and stolen -- hot merchandise and stuff.  I was

25  also involved in everyday occurrences, you know, events going

1   on.

2   **Q.**   Right.

3   **A.**   I guess everybody had their own little thing.

4   **Q.**   What was Frankie's thing?

5   **A.**   He was -- he stayed on the phone a lot with different

6   facilities handling what -- you know, the trouble and the

7   issues that was going on at each place.

8   **Q.**   Personnel issues?

9   **A.**   Yes, sir.

10   **Q.**   What's the Aryan Brotherhood constitution?

11   **A.**   It's -- you'll have to excuse me.  I'm nervous.

12   **Q.**   Yeah.  That's all right.  Deep breath.

13   **A.**   The constitution is what we're supposed to live by.

14   It's -- you've got the constitution.  You've got the oath.

15   You've got all of the bylaws.

16   **Q.**   When a person becomes a member of the Aryan Brotherhood,

17   what is that person subject to?

18   **A.**   He's got to go through a prospect compact.  He's going to

19   be in prospect stage for up to six months.  He's going to have

20   to learn all of the laws, learn how to carry hisself.  We watch

21   him, see if he shows any weakness, that type of stuff.

22   **Q.**   When you say -- explain how learning the constitution is

23   required for a man who becomes an Aryan brother.

24   **A.**   He's going to have to -- he's going to have pop quizzes

25   all through the six months.  He'll have to memorize it before

1  he gets his brand.

2  **Q.**   How was the constitution disseminated throughout the

3  State of Mississippi?

4  **A.**   How did we pass it out?

5  **Q.**   Yeah.  How did you get it -- how did you pass it out?

6  **A.**   We run it off, and we got labels for different law

7  firms -- put the names of different law firms on the packages

8  and send it in the prison through legal mail.

9  **Q.**   Okay.  Explain how e-mail was used to disseminate

10  constitutions.

11  **A.**   E-mail, they -- like, when it was being wrote up, you

12  know, it was e-mailed back and forth between us and

13  different -- different -- like the war brand, the California

14  brothers.  It was all getting their approval on each step as we

15  went through.

16         **THE COURT:**  Did you have access to e-mail in the

17  prisons?

18         **THE WITNESS:**  Cell phones, sir.

19         **THE COURT:**  Utilized a cell phone?

20         **THE WITNESS:**  Yes, sir.

21         **THE COURT:**  Very well.

22  **BY MR. LEARY:**

23  **Q.**   Mr. Mask, I hand you what's been previously entered into

24  evidence as Government's Exhibit 23.  On the first page, tell

25  me if you recognize any of those e-mail addresses.

**A.**    Yes, sir.  It's Brad West's e-mail, Frankie Owens' e-mail, and Ghost, which is a guy in South Mississippi, the war -- war brand.

**Q.**    Thank you.  Tell me what Brad West's e-mail address is.

**A.**    It's ice_age321@yahoo.com.

**Q.**    Tell me what Frankie Owens' e-mail is.

**A.**    Stateraised13@yahoo.com.

**Q.**    Thank you.  What's Frankie Owens' street name?

**A.**    State Raised.

**Q.**    What was Frank Owens' gang affiliation?

**A.**    He was a spoke.

**Q.**    For what gang?

**A.**    Aryan Brotherhood.

**Q.**    Do you know where he's from?

**A.**    The coast, South Mississippi.

**Q.**    Now, in 2013, you were -- you and Frankie were spokes at what facility?

**A.**    Marshall County.

**Q.**    Okay.  And about when were you separated?

**A.**    During the month of August 2013.

**Q.**    Okay.  Why were you separated?

**A.**    Because Jeremy Bailey got stabbed.

**Q.**    And thereafter, where were you moved to, Mr. Mask?

**A.**    Parchman, Mississippi.

**Q.**    How did you communicate with Frankie Owens after you were

1  moved to Parchman?

2  **A.**  Cell phone.

3  **Q.**  Were cell phones allowed within prison facilities?

4  **A.**  No, sir.

5  **Q.**  How did you obtain contraband cell phones while

6  incarcerated?

7  **A.**  Smuggled them in.

8  **Q.**  You ever supply methamphetamine to Frankie Owens while he

9  was incarcerated?

10  **A.**  Yes, I have.

11  **Q.**  How did he pay for it?

12  **A.**  Green Dot.

13  **Q.**  Green Dot cards?

14  **A.**  Yes, sir.

15  **Q.**  Explain briefly how Green Dot cards work.

16  **A.**  It's -- you get a card, and you activate it.  And you

17  can -- anybody can go to Wal-Mart or Walgreen's and get a

18  16-digit number.  You pay $5 for the number, plus whatever you

19  want it to be, 25 or 50.  Then you just give me the number, and

20  I can load it to my card.

21  **Q.**  Mr. Mask, what type crimes was the Aryan Brotherhood of

22  Mississippi involved in?

23  **A.**  Assaults, murder, attempted murder, drug trafficking, hot

24  merchandise, guns, anything to make a dollar.

25  **Q.**  What type drugs did the Aryan Brotherhood deal in most?

1 **A.** Grass and meth.

2 **Q.** How did Aryan Brotherhood members launder their drug

3 proceeds?

4 **A.** The Green Dot.

5 **Q.** Explain how the Aryan Brotherhood members were involved

6 in acts of violence. And just a -- sort of a general

7 explanation.

8 **A.** It was a pretty regular thing to violate somebody.

9       **MR. TURNER:** Your Honor, I'm going to object at this

10 time. Speculation. He's not asking about anybody specific.

11       **THE COURT:** Okay. The objection was as to

12 speculation, not specific instances. Yeah, I'll let him

13 answer. If you do have examples, that might satisfy

14 Mr. Turner. I don't know, but --

15       **MR. SUMRALL:** We would object unless he has personal

16 knowledge, not hearsay testimony.

17       **THE COURT:** Yes. Okay. The witness will be permitted

18 to answer the question insofar as his personal knowledge is

19 concerned.

20       **MR. LEARY:** Thank you, Judge.

21       **THE COURT:** Yes. Okay.

22 **BY MR. LEARY:**

23 **Q.** Do you have personal knowledge of violations that have

24 occurred within the Aryan Brotherhood?

25 **A.** Yes, sir.

**Q.**    Do you have personal knowledge of smashes being ordered by Aryan Brotherhood wheels?

**A.**    Yes, I have.

**Q.**    As an Aryan Brotherhood spoke, Mr. Mask, did you know each and every member of the Aryan Brotherhood throughout the state of Mississippi?

**A.**    No, sir.

**Q.**    Well, tell me this.  Explain whether you would stand up for an Aryan Brotherhood member even if you didn't know him.

**A.**    Yes, sir, I would.

**Q.**    Why is that?

**A.**    That's in the law.

**Q.**    For instance, did you know Sonny Maxwell?

**A.**    No, sir.

**Q.**    Did you know Mitchell Valentine?

**A.**    Briefly.

**Q.**    You knew some members from the south but not others; is that correct?

**A.**    That's correct.

**Q.**    As an Aryan Brotherhood spoke, what gave you your influence over Aryan Brotherhood members in the free world?

**A.**    Just having an understanding with them.  And I guess mostly because I had a good hustle about me, you know.  They respected that.

**Q.**    Uh-huh.  Explain how your rank affected how people

1    responded to you.

2    **A.**    Well, they knew that if they didn't do what was right

3    that I'd have a violation put on them.

4    **Q.**    Did that apply to Frankie Owens and Steve Hubanks as

5    well?

6    **A.**    To a certain point.

7    **Q.**    If Frankie Owens, as a spoke, gave a direct order to a

8    subordinate, explain whether or not that subordinate would have

9    to follow Frankie Owens' direct order.

10   **A.**    He would.

11   **Q.**    Where did the Aryan Brotherhood originate, Mr. Mask?

12   **A.**    Out of California.

13   **Q.**    About what year?

14   **A.**    In the '60s.

15   **Q.**    Today, where's the Aryan Brotherhood operate in the

16   United States?

17   **A.**    Throughout nearly all states.

18   **Q.**    Now, in Mississippi, the Aryan Brotherhood was

19   established about when?

20   **A.**    About 1984.

21   **Q.**    And it was patterned after what other state?

22   **A.**    California.

23   **Q.**    You familiar with the governing documents of the Aryan

24   Brotherhood?

25   **A.**    Yes, sir.

1  **Q.**  You familiar with the code of honor?

2  **A.**  Yes, sir.

3  **Q.**  What's a KOS mean?

4  **A.**  It's kill on sight.

5  **Q.**  And explain whether that's an order that can be given

6  under the Aryan Brotherhood constitution.

7  **A.**  Yes, it is.

8  **Q.**  And when can a KOS be issued?

9  **A.**  It's -- if you broke certain laws that called for it,

10  we're supposed to have a vote.  It's supposed to be two out of

11  three on the vote.

12  **Q.**  Did you ever have an experience where one of the spokes

13  violated an agreement and escalated an order against the wheel

14  of the wheels?

15  **A.**  Sir, now?

16  **Q.**  Have you ever had an occasion where one spoke improperly

17  elevated an order?

18  **A.**  Yes, sir.

19  **Q.**  Who improperly elevated an order?

20  **A.**  State Raised.

21  **Q.**  And who is State Raised?

22  **A.**  Frankie Owens.

23  **Q.**  What's an SOS mean, Mr. Mask?

24  **A.**  Smash on sight.

25  **Q.**  And explain what a smash is.

1  **A.**    If somebody does a simple violation, it could carry

2  anything from having to do extra -- extra exercise, to written,

3  to actual physical violation.  It could be anything from a

4  beat-up to taking 13 to the chest or anything like that.

5  **Q.**    Okay.  What's 13 in the chest, for instance?

6  **A.**    That's when you've got to hold your hands up and let

7  somebody hit you in the chest 13 times.

8  **Q.**    What's two for two?

9  **A.**    That's two brothers on you.  You go back and fight in the

10 shower and fight two guys for two minutes.

11 **Q.**    What's a thunderdome?

12 **A.**    That's three or more brothers lined up on you, and you

13 got to -- you got to stay in the center.

14 **Q.**    Who had primary authority to issue KOS and SOS orders?

15 **A.**    The wheel.

16 **Q.**    Explain how the State of Mississippi was divided into

17 regions, Mr. Mask, by the Aryan Brotherhood.

18 **A.**    In the free world, they divided the north, the central,

19 and the southern to split the state in three separate -- three

20 different captains where they covered that area.

21 **Q.**    Three separate what covered that area?

22 **A.**    Captains.

23 **Q.**    Okay.  And explain how captains function in the

24 incarcerated world.

25 **A.**    Captains is usually over the buildings.  They handle

1    everything up until something serious, and then they bring it

2    to the wheel's attention.

3    **Q.**    Who appoints captains?

4    **A.**    The wheel.

5    **Q.**    And who do the captains report to?

6    **A.**    The wheel.

7    **Q.**    What's a featherwood, Mr. Mask?

8    **A.**    That's a female that's wanting to be a member of the

9    Aryan Brotherhood.

10   **Q.**    Explain what a direct order is, Mr. Mask.

11   **A.**    That's when the wheel's decided on something.  They call

12   somebody up and give them a direct order to handle something.

13   **Q.**    If a subordinate receives a direct order from the wheel,

14   is he allowed to reject that order?

15   **A.**    He can, but it's not heard of much.

16   **Q.**    What's the consequences if a subordinate rejects an

17   order, a direct order?

18   **A.**    If he's got -- if he's got legit reasons, it could be

19   brought back before everybody.  If it's not a legit reason, he

20   would -- a violation would be placed on him.

21   **Q.**    Okay.  What's a mark?

22   **A.**    It's somebody that's violated, and he's, like, done

23   something pretty serious.  He's to be dealt with on my side.

24   **Q.**    Okay.  A statement like "that person will be the

25   business," what does that mean, "be the business"?

1  **A.**    That's the one that's going to get violated.

2  **Q.**    Have you ever issued a violation on an Aryan Brotherhood

3  member?

4  **A.**    Yes, I have.

5  **Q.**    Have you ever issued an SOS on an Aryan Brotherhood

6  member?

7  **A.**    Yes, I have.

8  **Q.**    While you were in the Aryan Brotherhood, Mr. Mask, did

9  you ever kill anybody?

10  **A.**    No, I have not.

11  **Q.**    What's a church meeting, Mr. Mask?

12  **A.**    That's a gathering.  It originates from the inside

13  because that's the only place that everybody could get together

14  from all buildings on each compound is a church service.

15  **Q.**    Uh-huh.

16  **A.**    So that's what they call it in the free world too.  Once

17  a month, they have a gathering, and they call it church.

18  **Q.**    How do incarcerated wheels participate in free world

19  church meetings?

20  **A.**    When everybody gathers up, they'll call and get on

21  conference call with a loud speaker.  Turn the phone on

22  speaker.

23  **Q.**    Have you ever done that?

24  **A.**    Yes, I have.

25  **Q.**    Now, what type business is handled during the church

1  meeting?

2  **A.**   Any and all business, any violations, what's going on.

3  Just everyday stuff.

4  **Q.**   Is that common for wheels to get on the conference calls

5  and loud speakers during free world church meetings?

6  **A.**   Yes, it is.

7  **Q.**   What are ABM dues?

8  **A.**   Each month everybody pays a due to the treasury.  It

9  depends on whether you're in or out how much it is, but it goes

10  into the treasury to help -- for instance, help make bond or

11  help somebody's family with a light bill or whatever.

12  **Q.**   Okay.  So the treasury exists for the benefit of who?

13  **A.**   The Aryan Brotherhood members.

14  **Q.**   And who is in charge of the treasury?

15  **A.**   We've got a guy that's over the treasury inside, and we

16  have one on the outside.

17  **Q.**   During late 2013, who was the treasurer in charge of the

18  inside?

19  **A.**   Terry Kelly.

20  **Q.**   Terry Kelly?

21  **A.**   Yes, sir.

22  **Q.**   And who was the treasurer in charge of the outside?

23  **A.**   Two.

24  **Q.**   Two?

25  **A.**   Yeah.

**Q.**    Criminal activities ever discussed during the church meeting?

**A.**    Yes, sir.

**Q.**    Explain how Green Dot cards are used to distribute funds that are collected within the treasury.

**A.**    If somebody is needing some money, whether it's a loan or somebody's bill money or whatever, they can go get a Green Dot card, like I was explaining while ago, and get the 16-digit number, and they can send it out to whoever.  They can load it on their card and get the cash out of the machine.

**Q.**    Green Dot MoneyPaks have to be loaded onto what, Mr. Mask?

**A.**    A Green Dot card.

**Q.**    Green Dot.  And that is accomplished -- how is that accomplished on the cell phone?

**A.**    You -- you get the number.  You got your information to the card.  You just take -- dial -- call 1-800 Green Dot and go through the process.  And it will tell you to punch one, two, and it will say enter the number.  You enter the number and punch another digit and it loads.

**Q.**    What's a RushCard?

**A.**    That's another type of MoneyPak card.

**Q.**    Load card?

**A.**    Sir?

**Q.**    Load card?

1    **A.**    A load card, yes, sir.

2    **Q.**    Did you have a load card or a hard card in your name,

3    Mr. Mask?

4    **A.**    I had one way back, and it didn't last long.  I had it in

5    other people's names.

6    **Q.**    Is that standard operating procedure usually?

7    **A.**    Yes, sir.

8    **Q.**    Put prepaid cards in other people's names?

9    **A.**    Yes, sir.

10   **Q.**    Why is that?

11   **A.**    To keep it from being tracked back to you mostly.

12   **Q.**    Concerning the Aryan Brotherhood tattoo, Mr. Mask, I want

13   to ask you some questions.  Explain to me the significance of

14   the number 13.

15   **A.**    Thirteen is -- was one of the divisions before we took

16   them out, but it's mainly for the M, which is the thirteenth

17   letter of the alphabet.

18   **Q.**    And the M stands for what state?

19   **A.**    Mississippi.

20   **Q.**    Explain the significance of the SS lightning bolts or

21   bars.

22   **A.**    It's Schutzstaffel bolts.  It's -- it originated from

23   back in Hitler.  It's -- stands for, like, white pride.

24   **Q.**    Okay.  And explain the significance of the swastika.

25   **A.**    It's -- the swastika is another symbol from the Nazis.

It's always spinning right in the destruction of anything in our path, but it also stands for the white pride.

**Q.** The letters A and B on the brand, what's that stand for?

**A.** Aryan Brotherhood.

**Q.** Sinn Fein, what's that mean?

**A.** Ourselves alone.

**Q.** Sinn Fein Mein Felagus?

**A.** Felagus means sworn brotherhood.  Ourselves alone.  Sworn brotherhood.

**Q.** What is a thunder warrior?

**A.** Thunder warrior is -- is who, like I say, get into an altercation with another organization.  Thunder warriors is really who goes first.  They're actually the warriors.

**Q.** How is the designation of a thunder warrior made?

**A.** Well, you've got to have thunder warrior bolts to hold that rank.  It could be one -- one major assault, a violent -- violent assault with a -- a knife, or it could be three confirmed missions.

**Q.** And where are the lightning bolts usually tattooed?

**A.** On the right side of the neck.

**Q.** Do you have lightning bolts on you?

**A.** Yes, sir.

**Q.** Where are your lightning bolts?

**A.** Center of my chest.

**Q.** Why are yours on your chest and not your neck?

1  **A.**    I just didn't want to put them on my neck.

2  **Q.**    Is Frankie Owens a thunder warrior?

3  **A.**    Yes, sir.

4  **Q.**    Does the Aryan Brotherhood brand for the state of

5  Mississippi change often?

6  **A.**    Since I've been knowing of it, it's changed about four

7  times.

8  **Q.**    Now, if an Aryan Brotherhood member wants to back off

9  from the Aryan Brotherhood and resign his membership, is he

10  free to take off that brand at will?

11  **A.**    No.  You can retire after 20 years or medical reasons if

12  it's agreed upon by the wheel, and you can lay back and retire

13  for religious purposes if it's agreed on by the wheel, but as

14  far as just taking it off, you can't do that.

15  **Q.**    If -- an Aryan Brotherhood member who has a serious

16  violation of constitutional rules, what are some of the

17  ramifications for that violation?

18  **A.**    It's according to what rule it is, how serious it is.

19  Like I said earlier, it could be anywhere from being made to

20  write a bunch of stuff down, write his violation out so many

21  times, do exercise, or it could be a physical violation,

22  getting beat up, or it could go all the way to a KOS.

23  **Q.**    Brands ever taken away?

24  **A.**    Yes, sir.

25  **Q.**    How are brands taken away, Mr. Mask?

1 **A.** You either get it tattooed over, a big ole black spot, or

2 you go get it cut off or burnt off.

3 **Q.** Have you ever participated in burning off a tattoo?

4 **A.** No, sir, I have not.

5 **Q.** You ever ordered it?

6 **A.** No, sir.

7 **Q.** You ever heard about it?

8 **A.** Yes, sir.  It's mainly something that will happen on the

9 streets.  You don't see too many cut-offs or burn-offs in

10 prison.

11 **Q.** ABM have a handshake?

12 **A.** Yes, sir.

13 **Q.** ABM have colors?

14 **A.** Yes, sir.

15 **Q.** Describe some of the colors for the ladies and gentlemen

16 of the jury.

17 **A.** You got purple, gold.  You got -- you got the black.  You

18 got a red.  You got a blue.

19 **Q.** Okay.  Do they signify different things?

20 **A.** Yes, sir.

21 **Q.** Explain the phrase "From man to man, brother to brother,

22 together in battle for the cause."

23 **A.** That's the five-step handshake.

24 **Q.** Explain to the ladies and gentlemen of the jury what

25 happens when an Aryan Brotherhood member is released from

1   prison.  How is he supposed to make contact with the

2   organization?

3   **A.**    Upon -- upon getting his release papers, he knows what

4   area he's going to.  He knows who's over that area.  He's got

5   like -- within a week, he's going to have to contact somebody.

6   **Q.**    What type ranking member is a free world ABM member

7   supposed to report to?

8   **A.**    A captain.

9   **Q.**    What type duties or missions are free world AB members

10  usually sent on?

11  **A.**    It's usually for somebody -- another brother that's done

12  got out and got back on drugs.  He's done done something, stole

13  something from his family or took his mother's bill money or

14  beat his wife up, something like that, and -- or owe somebody

15  some money for drugs or something.  Ain't paid it.  He gets

16  violated.

17  **Q.**    If one Aryan Brotherhood brother owes drug money to

18  another Aryan Brotherhood brother, can that result in minutes

19  between the brothers?

20  **A.**    Yes, sir.

21          **MR. TURNER:**  Your Honor, I'm going to object at this

22  time for the reasons I did earlier as far as speculation.

23          **THE COURT:**  Okay.  The witness will be permitted to

24  testify as to his personal knowledge, not something he's been

25  told, what -- his actual observations.

**BY MR. LEARY:**

**Q.** Are you aware of minutes ever been ordered between brothers?

**A.** Yes, I am.

**Q.** What are minutes?

**A.** That's you get anywhere from a minute to three minutes. You know, could be from one brother, two brothers.

**Q.** Did the Aryan Brotherhood recruit inside of prison or outside of prison?

**A.** Both.

**Q.** Who sponsors an ABM prospect?

**A.** It would have to be a recruiter, somebody that's got a recruiter brand.

**Q.** During a prospect period, explain whether or not the prospect is considered to be a member of the family.

**A.** He is as far as security reason. If we talk about business or something, he's got to walk off away from it until he gets his brand.

**Q.** What's a *blood-in mission*?

**A.** That's you've got to bring blood, and whatever -- whatever -- if it's fighting another brother or two brothers for a minute or two minutes or if it's going on a mission to collect something or whatever, you've got to bring blood.

**Q.** And that's required to join what?

**A.** The Aryan Brotherhood.

1  **Q.**    And what's *blood out* mean?

2  **A.**    If you get ready to get out, you get smashed out, they've

3  got to bring blood on you.

4  **Q.**    When were -- when were ABM unification attempts made?

5  **A.**    2012, 2013.

6  **Q.**    And unification was attempted between what states?

7  **A.**    Between -- getting recognized throughout the United

8  States with California and Texas being our mentors.

9  **Q.**    Explain the benefits of unification for the Aryan

10  Brotherhood of Mississippi.

11  **A.**    It -- mainly get recognized when you go to another

12  prison.  It's to get a more steady supply of drugs and learn

13  how to launder the money and just take what we was doing and

14  just make it bigger pretty much.

15  **Q.**    So the benefits of unification were recognition.  About

16  how many -- if you know this, how many states in the country

17  have been unified?

18  **A.**    I'm going to say probably at least 40 states.

19  **Q.**    And as of 2013, was Mississippi unified or not?

20  **A.**    It was in the process.  We was in a probation period.

21  **Q.**    Now, you also talked of a benefit resulting from drug

22  supply.  Just explain that again to the ladies and gentlemen of

23  the jury.

24  **A.**    It's hard to get a steady supply.  It's -- getting a

25  steady supply means we had a lot more money.  You learn how to

1  take the money and launder it through businesses and stuff,

2  start businesses and all of that.

3  **Q.**  Who were the driving forces behind unification with

4  California?

5  **A.**  I'm not sure what you're asking.

6  **Q.**  Driving forces.  Who were the leaders that were in favor

7  of unification with California?

8  **A.**  We all were.  Me, State Raised, Hubanks, and the

9  ex-spoke, Baron Goff.

10  **Q.**  Okay.  So Frankie Owens was in favor of unification?

11  **A.**  Yes, sir.

12  **Q.**  Stephen Hubanks was in favor as well?

13  **A.**  Yes, sir.

14  **Q.**  Who was the contact in California that represented the

15  Aryan Brotherhood of California?  What was he referred to as?

16  **A.**  Rich.

17  **Q.**  Explain whether a new patch would have been required had

18  unification taken place.

19  **A.**  We had already put the new patch on that they had asked

20  us to.  We had drawed it up.  They approved it -- after three

21  or four different attempts, they approved it, and we put it on.

22  **Q.**  Was -- explain to the ladies and gentlemen of the jury

23  whether a new constitution would have been required for

24  unification.

25  **A.**  We redid all of the paperwork.  Mainly the old

1  constitution was left.  Just little things here and there

2  changed about it, but mainly the old constitution was still in

3  there.

4  Q.  So I want to focus in on that.  As far as this new

5  constitution goes, the majority of the new constitution

6  included what?  The old constitution?

7  A.  The old constitution.

8  Q.  I want to talk about this increased drug supply.  How

9  would -- if drug -- if this drug supply was increased, how

10  would money from drug trafficking have made it to the AB

11  treasury?

12          MR. TURNER:  Object to the speculation, Your Honor.

13          THE COURT:  If he knows of his personal knowledge,

14  he'll be permitted to answer.

15  BY MR. LEARY:

16  Q.  When you and Frankie Owens and Hubanks were negotiating

17  with California, what was your plan in this conspiracy as far

18  as how drug proceeds would be utilized by the Aryan

19  Brotherhood?

20  A.  There have been different figures, but anywhere from

21  10 percent to 25 percent of all drug funds would have been put

22  in a treasury.

23  Q.  And the Aryan Brotherhood would have used the treasury

24  funds for what?

25  A.  Everything from, like I said, bonding people out, bill

money, to starting businesses, to -- when brothers got out of
prison, he would have the opportunity to go to work for
somebody at the business that we started, or if he had a trade
of his own, we'd help him get his tools and stuff.

**Q.**    If the Aryan Brotherhood lent a brother money to start a
business, explain whether or not profits from that enterprise
would ever make it back to the Aryan Brotherhood treasury.

        **MR. TURNER:**  Same objection, Your Honor.  We're
speculating.

        **THE COURT:**  Yes, if he knows.

**BY MR. LEARY:**

**Q.**    I'm asking you what the plan was amongst the spokes.

**A.**    If anybody borrowed money, they would have paid it back
plus 10 percent, but if he started a business through the
brotherhood, he would have paid, like I said, anywhere from 10
up to 25 percent of his earnings back to the treasury.

**Q.**    And explain to the ladies and gentlemen of the jury
whether it was your plan with the Aryan Brotherhood spokes for
drug proceeds to be utilized in such a manner.

**A.**    Yes, it was.

**Q.**    The Aryan Brotherhood is active in what part of the State
of Mississippi, Mr. Mask?

**A.**    The whole state.

**Q.**    If a spoke in another -- northern part of the state
issues an order to a subordinate in the southern part of the

1  state, explain whether or not that order would be valid.

2  **A.**  Yes, it would.

3  **Q.**  Now, in late 2013, it just so happened that the three

4  spokes were located where?

5  **A.**  All over North Mississippi.

6  **Q.**  In North Mississippi?

7  **A.**  Yes, sir.

8  **Q.**  Stephen Hubanks was located where?

9  **A.**  Alcorn County.

10  **Q.**  And Frankie Owens was located where?

11  **A.**  Marshall County.

12  **Q.**  And you were located where?

13  **A.**  Parchman.

14  **Q.**  And you communicated how?

15  **A.**  Cell phone.

16  **Q.**  Explain whether or not the cell phones had e-mail

17  functions on them as well.

18  **A.**  Yes, they do.

19  **Q.**  Explain whether or not conference calls were ever

20  utilized amongst the spoke members.

21  **A.**  Yes, it was.  Every Thursday.

22  **Q.**  Every what?

23  **A.**  Every Thursday.

24  **Q.**  Mr. Mask, is meth usage common in prison?

25  **A.**  Yes, it is.

1   **Q.**   How was meth smuggled into prison, Mr. Mask?

2   **A.**   A number of ways. It would come through visitation.

3   Throwed over the fence. The officers bring it in to you. Just

4   several different ways.

5   **Q.**   How was meth paid for when it was sold in prison?

6   **A.**   Green Dot.

7   **Q.**   Were you ever responsible for distributing

8   methamphetamine in prison?

9   **A.**   Yes, I was.

10   **Q.**   How did you initially get the methamphetamine, initially?

11   **A.**   I started out getting it through visit. And I got it

12   over the fence later on. And then I had one of the facility

13   workers bringing it to me.

14   **Q.**   What Aryan Brotherhood members in the free world assisted

15   you in smuggling methamphetamine into prison facilities?

16   **A.**   There's a whole list of them. It's Rambo, Boogie.

17   **Q.**   Okay. Who's Rambo?

18   **A.**   Greg Ramos.

19   **Q.**   Okay. And what is his -- what is his membership?

20   **A.**   He's an Aryan Brotherhood.

21   **Q.**   Okay. Who else?

22   **A.**   Gary Sneed. They call him Boogie. He's Aryan

23   Brotherhood.

24   **Q.**   Okay.

25   **A.**   You got Tim Dowdle, Aryan Brotherhood; David Willis;

1    Steve Williams; Cody Glover; Chris -- Chris Bush; Kenny Wayne

2    Jackson.  There's several of them.

3    **Q.**    Who's Jerry Roland?

4    **A.**    That's Butterball.  He's also one of them.

5    **Q.**    Greg Ramos you just identified, is he a member of the

6    Aryan Brotherhood?

7    **A.**    Yes, he is.

8    **Q.**    Jerry Roland, is he a member of the Aryan Brotherhood?

9    **A.**    Yes, he is.

10   **Q.**    Steve Williams, was he a member?

11   **A.**    Yes, sir.

12   **Q.**    What does *cover up* mean?

13   **A.**    He put a tattoo over -- over his brand, covered it up.

14   **Q.**    Okay.  And, at that point, he became an associate?

15   **A.**    Yes, sir.

16   **Q.**    And who's Chris Bush?

17   **A.**    He's an Aryan Brotherhood.

18   **Q.**    David Willis?

19   **A.**    Aryan Brotherhood.

20   **Q.**    Tim Dowdle?

21   **A.**    Aryan Brotherhood.

22   **Q.**    Kenny Jackson?

23   **A.**    Aryan Brotherhood.

24   **Q.**    Cody Glover?

25   **A.**    Aryan Brotherhood.

**Q.**   Gary Sneed?

**A.**   Aryan Brotherhood.

**Q.**   And all of those individuals you just mentioned assisted you in doing what?

**A.**   Smuggling phones, tobacco, liquor, dope -- well, every contraband, all kind of contraband.

**Q.**   We're talking about methamphetamine?

**A.**   Methamphetamine, pills, weed.

**Q.**   Okay.  What were you doing, in turn, with the meth -- when you received the methamphetamine in prison, what would you, in turn, do with it?

**A.**   Turn around, make little packs up and sell it.

**Q.**   How much would you sell a little pack for?

**A.**   You get 25 or 50 or 100, whatever they want to spend. They could get whatever.

**Q.**   Now, did you have money in prison?

**A.**   No, sir.

**Q.**   Did you have assets through Green Dot cards?

**A.**   Yes, sir.

**Q.**   Now, the money, the drug proceeds that you received from selling drugs in prison, explain how that money was utilized to help other Aryan Brotherhood members.

**A.**   It -- if somebody new come into the facility, we'd always give them a care pack.  Just according to how everything was going at the time how much it was, but always hygienes,

1   tobacco, some drugs if they wanted drugs.

2   **Q.**   And how would you pay for that?

3   **A.**   Through Green Dot.

4   **Q.**   What else would you use the drug proceeds for?

5   **A.**   Send food -- I mean, we'd buy food, canteen.  We've

6   helped people with divorces, land tax, car payments, tags.

7   Actually be buying cars.

8   **Q.**   You ever bond anybody out of jail?

9   **A.**   Yes, sir.

10   **Q.**   Did you ever sell drugs to Stephen Hubanks?

11   **A.**   Yes, sir.

12   **Q.**   How did he pay for it?

13   **A.**   Green Dot.

14   **Q.**   You ever sell drugs to Frankie Owens?

15   **A.**   Yes, sir.

16   **Q.**   How did he pay for it?

17   **A.**   Green Dot.

18   **Q.**   What's a *plug*?

19   **A.**   That's a supplier.

20   **Q.**   When did you first get a Jackson, Mississippi, plug,

21   Mr. Mask?

22   **A.**   I'm going to say around the spring of 2013.

23   **Q.**   Who's Michael McClemore?

24   **A.**   That was the supplier that I hooked up with.

25   **Q.**   What's his street name?

1  **A.**    Dog.

2  **Q.**    And who was Stephen Ochoa?

3  **A.**    That was his Mexican plug.

4  **Q.**    Who's William Carroll?

5  **A.**    That's a member -- Aryan Brotherhood member.

6  **Q.**    Okay.  Was he in the free world or incarcerated at this

7  time?

8  **A.**    In the free world.

9  **Q.**    And what was his rank in the Aryan Brotherhood?

10  **A.**    He was captain.

11  **Q.**    Of what region?

12  **A.**    In the southern -- I mean, the central.

13  **Q.**    Central region?

14  **A.**    Yes, sir.

15  **Q.**    Do you recall who the northern region captain was during

16  this time frame?

17  **A.**    Be David Willis.

18  **Q.**    And what's his street name?

19  **A.**    Leprechaun.

20  **Q.**    What role did William Carroll play in introducing you to

21  McClemore?

22  **A.**    He -- he was like -- he was from right there close by

23  him, so, I mean, he pretty much handled all of the go-through

24  stuff at first and helped deliver, helped get it to where I was

25  needing it to go to, stuff like that.

1  **Q.**   Now, how often did you speak to McClemore on the phone?

2  **A.**   During that time, it was daily.  Sometimes several times

3  a day.

4  **Q.**   Did any other Aryan Brotherhood members assist you in

5  getting in contact with McClemore?

6  **A.**   Yes, they did.

7  **Q.**   What other Aryan Brotherhood members assisted you in

8  getting in contact with your Jackson, Mississippi, supplier,

9  McClemore?

10 **A.**   Well, you got another ex-AB that was his brother -- he's

11 in prison -- named Joe McClemore.

12 **Q.**   Okay.

13 **A.**   You got Baron Goff.

14 **Q.**   Okay.

15 **A.**   You got Butterball.  You got Butterbean, let's just say,

16 another AB from around Forest, Mississippi.

17 **Q.**   Okay.  In a sense, y'all were working together?

18 **A.**   Yes, sir.

19 **Q.**   How would you have the methamphetamine picked up from

20 McClemore?

21 **A.**   It -- somebody -- like, at first, they -- at first, it

22 was mailed to North Mississippi.  Then it was, like, they drive

23 a certain ways, like halfway, meet somebody from north.  Then

24 it got to where they just -- somebody find -- a driver from the

25 north would go to the casino and meet them at the casino.

1    **Q.**   Who did you use to pick up that methamphetamine?

2    **A.**   Jimmy Grimes, Brodie Murphy, Tim Deshazier.

3    **Q.**   Was Willis ever involved?

4    **A.**   Yes, sir.

5    **Q.**   What Aryan Brotherhood members first introduced mules for

6    your meth haulers to McClemore?  How did they make that

7    connection?

8    **A.**   Butterbean is actually who brought CC in there and met

9    him about Willis and Brodie.  Right there at the first, it was

10   like they would go down there and meet them, and then they

11   would -- they would step to the side in private and get the

12   stuff from Dog, then turn around and walk back out to the car

13   and give it to them or the room next door.  They would get two

14   rooms side by side or something.

15   **Q.**   Now, the names you just said, CC or William Carroll, was

16   he an Aryan Brotherhood member?

17   **A.**   Yes, he was.

18   **Q.**   And Butterbean, was he an Aryan Brotherhood member?

19   **A.**   Yes, sir.

20   **Q.**   And David Willis, was he an Aryan Brotherhood member?

21   **A.**   Yes, sir.

22   **Q.**   Now, who would the methamphetamine be distributed to?

23   Where would it be taken?

24   **A.**   It -- throughout North Mississippi, I had Tammy Lamb and

25   Kathy Shadburn; my cousin, Big Mack; Tim Deshazier.

1    **Q.**    Have they all been convicted in this case?

2    **A.**    Yes, sir.

3    **Q.**    And how would the drug proceeds get back to you?

4    **A.**    They would -- they would drop it off, and then they would

5    come back the next day or sometimes three or four days later

6    and pick up the money on the way back through, you know, or if

7    it was going to be a few days or something, have it picked up

8    and took to Kathy, which is my girlfriend.

9    **Q.**    And explain how you could use -- or you would use those

10    drug proceeds to assist other Aryan Brotherhood members.

11    **A.**    Again, I would go into divorces and paying land tax and

12    stuff.

13    **Q.**    Stuff like that?

14    **A.**    Bonds, bail bondsmen.

15    **Q.**    Explain how you became associated with a Texas

16    methamphetamine club.

17    **A.**    Dog and -- Ochoa, he got -- he got busted, so I was left

18    without a plug.  So Larry Sneed was in a building with a

19    Mexican from Texas --

20    **Q.**    Let me stop.  Was Larry Sneed an Aryan Brotherhood

21    member?

22    **A.**    He was an ex-brother.

23    **Q.**    And what was his past ranking within the Aryan

24    Brotherhood?

25    **A.**    He was a wheel.

1   **Q.**   Okay.  And he put you in touch with who?

2   **A.**   A guy named Pete Alvarez.

3   **Q.**   Okay.

4   **A.**   His brother, Jose, I think was his name, John Alvarez.

5   The Alvarez brothers.

6   **Q.**   And how much methamphetamine did you order from them?

7   **A.**   I got -- I actually got two different deliveries of a

8   pound each, and then they ripped me off the last time.

9   **Q.**   Okay.  How much did you pay for each pound?

10  **A.**   I paid 16,000 a pound for it.

11  **Q.**   Okay.  And how much were you ordering your last time?

12  **A.**   I had two pounds coming -- supposed to have been coming.

13  **Q.**   Did you ever get it?

14  **A.**   No, sir.

15  **Q.**   Did you send the money?

16  **A.**   Yes, sir.

17  **Q.**   Who got the money?

18  **A.**   They did.

19  **Q.**   I want to talk about William Carroll again.  William

20  Carroll assisted your mules in making contact with who?

21  **A.**   After -- after I got ripped off, William Carroll, he

22  hooked me up with his half brother, Wallace Bass, from

23  California.

24  **Q.**   Okay.  Back before with McClemore, explain the role that

25  CC had in introducing the Aryan Brotherhood members to

1  McClemore.

2  **A.**   He was, like, the middleman.

3  **Q.**   He was the middleman?

4  **A.**   Yes, sir.

5  **Q.**   And was he ever arrested?

6  **A.**   Yes, sir.

7  **Q.**   Did you ever talk to him when he was arrested?

8  **A.**   Yes, sir.  That's when -- that's when he hooked this

9  California deal up.

10  **Q.**   Okay.  What was he arrested with?

11  **A.**   He got like -- I think it was over 4 ounces and some

12  weapons.  He had like a -- I forget how many hours standoff he

13  had with them.

14  **Q.**   Right.

15  **A.**   All night.

16  **Q.**   The 4 ounces of meth that he had, who did it belong to?

17  **A.**   Well, he had -- he picked up 6 ounces.  Two -- two was

18  supposed to have been going to Frankie Owens' connects, and

19  then four of them was CC's.  They got it from me, though.

20  **Q.**   Okay.  Two ounces supposed to be going to Frankie Owens;

21  is that correct?

22  **A.**   Yes, sir.

23  **Q.**   Now, briefly explain how CC set you up with a California

24  plug, Mr. Mask.

25  **A.**   While he was in jail, we had talked about going -- after

1  I got ripped off, we talked about sending some brothers or

2  somebody out to Texas, and I just didn't feel right about it.

3  So he come up with the idea to get ahold of his half brother,

4  which he -- I got it in line, and I sent my cousin, a friend of

5  mine -- or two friends of mine and my cousin out there.

6  **Q.**   Where in California did this plug live?

7  **A.**   I can't pronounce it right.  El Cajon.

8  **Q.**   Okay.

9  **A.**   Like I said, I can't pronounce it right, but it's, like,

10  the southern part of California from the way I understand it.

11  **Q.**   And what did this person -- what was his relationship to

12  William Carroll?

13  **A.**   Half brother.

14  **Q.**   And explain to the ladies and gentlemen of the jury

15  whether the actual trip out there took place to get the

16  methamphetamine.

17  **A.**   When?

18  **Q.**   Yeah.  When did it happen?

19  **A.**   This was in November 2013.

20  **Q.**   And on the way -- how much meth were they to get,

21  Mr. Mask?

22  **A.**   They got caught with 5 pounds.

23  **Q.**   Okay.  Do you know where they were when they got caught?

24  **A.**   Some part of Arkansas.

25  **Q.**   Now, during the time frame that you were a spoke, tell

1  the ladies and gentlemen of the jury whether or not you ever
2  participated in the distribution of stolen firearms.
3  **A.**   Yes, I did.
4  **Q.**   And how did you become -- how did you come to participate
5  in that gun trafficking scheme?
6  **A.**   Started out just buying hot merchandise.  The guys that I
7  was buying it from, they had sold me, first, a minivan, a load
8  of tools.  Then they sold me a Harley-Davidson motorcycle.
9  Then they sold me, like, 90 something ounces of Indian --
10 silver Indian jewelry.
11         And then they come at me with -- I bought, like, a dually
12 pickup, a race car, and a bunch of guns and tools and jewelry.
13 I bought a big package deal for $5,000 or 5,000 and two grams.
14 **Q.**   You were doing this while you were incarcerated?
15 **A.**   Yes, sir.
16 **Q.**   Who was fencing the stolen merchandise for you?
17 **A.**   They would take it to Tim Deshazier, which is -- he's
18 just like a family member, but he's -- I knowed him all his
19 life, drop it off, and then I'd have somebody go there and pick
20 it up and get it away from there.
21 **Q.**   Now, explain to the ladies and gentlemen of the jury how
22 you could trade the guns for drugs.
23 **A.**   At first, a 9 millimeter or bigger or assault rifle, I
24 could get an ounce a piece for them, an ounce of ice for each
25 one of them.  That's how I actually got involved in buying the

1  guns to begin with.

2  **Q.** Did you pull out some of the weapons in order to trade

3  them for drugs?

4  **A.** Yes, sir. I pulled out eight pistols.

5  **Q.** And was that transaction ever consummated that you're

6  aware of?

7  **A.** No, sir. That's -- that's when Dog and them got busted.

8  **Q.** Okay. Where did the -- all of the other guns go?

9  **A.** To Brian Lee.

10 **Q.** Okay. Is he being convicted in this case?

11 **A.** Yes, sir.

12 **Q.** Who was involved in stealing the guns from the gun

13 stores?

14 **A.** It's Jake Stutsy, Steve Williams, and Natasha Ellis.

15 **Q.** Was Jeff Stutsy an AB member?

16 **A.** Ex.

17 **Q.** Ex?

18 **A.** Yes, sir.

19 **Q.** What about Steve Williams?

20 **A.** Ex.

21 **Q.** Who is Jeremy Bailey, Mr. Mask?

22 **A.** That's an Aryan Brotherhood member.

23 **Q.** I'm sorry?

24 **A.** An Aryan Brotherhood member that got stabbed.

25 **Q.** Where was he located? Before he got stabbed, where was

1  he housed?

2  **A.**   Marshall County.

3  **Q.**   About when did he arrive in Marshall County?

4  **A.**   In 2012.  I'm not sure what month.

5  **Q.**   Did you give him a care package when he arrived?

6  **A.**   Yes, sir.

7  **Q.**   Is he an Aryan Brotherhood member?

8  **A.**   Yes, sir.

9  **Q.**   What did Jeremy Bailey start moving for you?

10  **A.**   Tobacco.  And then he started moving ice, phones, just

11  whatnot.  He was in the -- he was in the zone next to me.

12  **Q.**   Okay.  Did your relationship with him continue or did it

13  deteriorate?

14  **A.**   It deteriorated.

15  **Q.**   Did he continue to work for you even after your

16  relationship with him deteriorated?

17  **A.**   What -- what little bit of stuff that he did do after

18  that, he went through Frankie.  Frankie got put in the zone

19  with him.  I cut communication with him because of the

20  altercation we had.

21  **Q.**   Did you ever supply drugs to Jeremy Bailey through

22  Frankie Owens?

23  **A.**   Yes, sir.

24  **Q.**   That Frankie Owens right there (indicating)?

25  **A.**   Yes, sir.

**Q.**　Now, when did Owens and Jeremy Bailey have a falling-out?

**A.**　Earlier the day that he got stabbed.  I had heard later on that they had fought twice in the zone there in the cell, which I didn't know about that until later on.  Then he got stabbed that night.

**Q.**　Okay.  Explain to the ladies and gentlemen of the jury what precipitated Jeremy Bailey becoming a mark.

**A.**　His ex-girlfriend, he had called and threatened her. Said he was going to beat her and rape her.  After he done that, he was going to make her lay there and watch him rape his -- rape her nine-year-old daughter, and he went into some sick detail on it is what got him -- actually got his violation -- or what got him to be a mark.

**Q.**　Did the Aryan Brotherhood investigate that?

**A.**　Yes, sir.

**Q.**　And they determined that the allegations had been verified?

**A.**　Yes, sir.

**Q.**　And so what was ordered to happen to Jeremy Bailey?

**A.**　At first, it was to be a KOS.  And then I kept talking to them about everything going on.  Some of the staff at Marshall County had sent somebody to him saying that they had heard it was supposed to be something.  So we -- we killed that and then come back with an SOS.  We were just going to smash him out and let it be done.

1  **Q.**   Okay.  Let me -- let me clarify this.  Initially, what

2  was ordered to happen to Jeremy Bailey?

3  **A.**   Initially was going to kill him.

4  **Q.**   And that order -- that KOS was reduced to a what?

5  **A.**   An SOS.

6  **Q.**   Who reduced the KOS to an SOS?

7  **A.**   Me, State Raised, and Baron Goff.

8  **Q.**   Okay.  Were you three the wheels at that time?

9  **A.**   Yes, sir.

10 **Q.**   Why was the KOS order on Jeremy Bailey reduced to an SOS

11 order?

12 **A.**   Because everything that I had going on as far as the

13 drugs and stuff, and the way we had it going on at Marshall

14 County, it messed everything up, and then the prison staff

15 knowing about it, they would have sent us all straight to

16 lockdown.

17 **Q.**   Now, was Jeremy Bailey ultimately assaulted?

18 **A.**   Yes, sir, he was.

19 **Q.**   And explain to the jury whether or not the SOS order was

20 elevated to a KOS.

21 **A.**   Yes, sir.  It -- I was sitting in the zone, and the

22 church members come back with the band -- the church band

23 members come back in and told me, said "One of yours just got

24 stabbed at church or coming out of church."

25      And so when I got on the phone and finally got Frankie on

1  the phone and asked him what was going on, he admitted to what

2  had done took place.  And shortly, like two days later, we all

3  in lockdown just like I had guessed it would be.

4  **Q.**   Who elevated the SOS to a kill on sight?

5  **A.**   Frankie Owens.

6  **Q.**   You found out afterwards that Frankie Owens fought who on

7  the day of the murder?

8  **A.**   Jeremy Bailey.

9  **Q.**   Did Frankie Owens ever tell you why he elevated the

10  assault to a murder?

11  **A.**   He admitted to doing it.  He never did tell me exactly

12  why he did it.

13  **Q.**   Was he allowed to elevate that smash to a killing?

14  **A.**   No, he was not.

15  **Q.**   Why wasn't Frankie Owens allowed to elevate that smash to

16  a killing?

17  **A.**   Because it's got to go back in front of the wheel to be

18  at least a two-out-of-three vote if not a three-out-of-three.

19  **Q.**   How many times was Bailey stabbed?

20  **A.**   Five or six.

21  **Q.**   Where?

22  **A.**   Mostly in the back area, I think.

23  **Q.**   Did he live?

24  **A.**   Yes, sir.

25  **Q.**   Why were you -- now, what happened to you and the other

1  wheels after Bailey got stabbed?

2  **A.**   They let them back out on the compound.  They loaded me

3  up and sent me to Parchman.

4  **Q.**   Were you upset about this?

5  **A.**   Yes, sir, I was.

6  **Q.**   Why were you upset?

7  **A.**   Because I just lost a whole bunch of drugs, money,

8  tobacco.  Everything that I had worked for for the last three

9  years was gone.

10  **Q.**   Explain to me whether or not Frankie Owens said he would

11  hold up for it.

12  **A.**   He told me he would --

13       **MR. SUMRALL:**  Objection, Your Honor, unless he can

14  tell us when this was done and what -- where they were at the

15  time.

16       **THE COURT:**  Okay.  Well, let's see if we can get a

17  date, time, and so forth when this conversation allegedly took

18  place, please, sir.

19       **MR. LEARY:**  Yes, Your Honor.

20  **BY MR. LEARY:**

21  **Q.**   Did you talk to Frankie Owens about him elevating the

22  assault to a killing of Jeremy Bailey?

23  **A.**   Yes, sir, we had talked about it.  We -- we had spoke

24  about it on the phone.  We had spoke about it in Greene County

25  lockdown.  And then we talked mainly about it here lately in

1  Mason, Tennessee, lockdown.

2  **Q.**   Okay.  So you've had several occasions where you've

3  talked to him about this?

4  **A.**   Yes, sir.

5  **Q.**   Explain whether or not he ever said he'd hold up for it.

6  **A.**   He said that he would.  I even went as far as asking him

7  to put it on paper and get it notarized.  And that's when he

8  backed out on me.

9  **Q.**   What does *hold up* mean?

10 **A.**   Claim your responsibility.

11 **Q.**   Did Frankie Owens hold up for ordering the stabbing on

12 Jeremy Bailey?

13 **A.**   No.

14 **Q.**   Did he say he would?

15 **A.**   He said he would.

16 **Q.**   What did Frankie Owens say that Ricky Jenkins -- let me

17 back up.  Who is Ricky Jenkins?

18 **A.**   That's Scissorhands.  He's the one that stabbed Bailey.

19 **Q.**   What did Frankie Owens want Ricky Jenkins to receive for

20 stabbing Jeremy Bailey?

21 **A.**   He wanted the treasury to give him $50 a month.

22 **Q.**   Wanted the AB treasury to pay Ricky Jenkins for doing

23 what?

24 **A.**   For stabbing Bailey.

25 **Q.**   And who made that request?

1    **A.**    Frankie Owens.

2    **Q.**    What type tattoo did Frankie Owens request that Ricky

3    Jenkins receive?

4    **A.**    His thunder warrior bolts, which is two lightning bolts

5    on your neck.

6    **Q.**    Two lightning bolts on your neck?

7    **A.**    Yes, sir.

8    **Q.**    Frankie Owens have those lightning bolts on his neck?

9    **A.**    Yes, sir.

10   **Q.**    Who's Preston Godwin, Mr. Owens?

11   **A.**    Mr. Owens?

12   **Q.**    Oh, Mr. Owens.  I'm sorry.  Mr. Mask.  If I do that

13   again, I apologize.  Mr. Mask, who is Preston Godwin?

14   **A.**    He's an Aryan Brotherhood member.

15   **Q.**    Where was he located in late 2013?

16   **A.**    Walnut Grove, I believe.

17   **Q.**    Okay.  And where was he located before that?

18   **A.**    He was in Marshall County with us until sometime during

19   the last of -- last of '12 or '13, he got moved.

20   **Q.**    Explain how Preston Godwin or Goodwin -- is it Godwin or

21   Goodwin?

22   **A.**    Goodwin.

23   **Q.**    Explain how Preston Goodwin got in trouble with the ABM.

24   **A.**    He kept getting in debt with other organizations and

25   nearly causing everybody to get into it, which could have led

1  to either them losing members to death or us one.  We kept

2  paying him out and paying him out, putting him on a period of

3  probation, violating him.  He just kept on and --

4  **Q.**  Let me back up for a second.  Preston Goodwin was getting

5  into debt with what type of other organizations?

6  **A.**  The Gangster Disciples, Vice Lords, Simon City Royals.

7  **Q.**  And you said you kept buying him out or paying him off?

8  **A.**  The last -- the last account that I paid off was nearly

9  $800 worth of debts for him.

10 **Q.**  And who did Preston Goodwin have those debts to?

11 **A.**  The Simon City Royals and the Gangster Disciples.

12 **Q.**  And explain to the ladies and gentlemen of the jury

13 whether or not you used drug proceeds to pay off that debt.

14 **A.**  Yes, I did.

15 **Q.**  If you had not paid off that debt, what would have

16 happened to Preston Goodwin?

17 **A.**  Well, he would -- they would have jumped him, and the

18 rest of us would have had to held up for him, which would have

19 caused a big banging in the prison.  Could have turned out bad.

20 **Q.**  If another gang attacks an Aryan Brotherhood member, what

21 do the other Aryan Brotherhood members have to do?

22 **A.**  They have to assist him whether he's right or wrong.

23 **Q.**  Whether he's right or wrong?

24 **A.**  Right.

25 **Q.**  And that would have resulted in what?

1  **A.**   A blood bath.

2  **Q.**   After Preston Goodwin was moved to Walnut Grove, explain

3  whether or not his problems continued.

4  **A.**   He was on PC at that time, so we just knew where he was

5  located.  We really didn't have no -- no kind of information on

6  him.  We had found out that a young brother that was also in

7  violation was down there with him, and he wanted to redeem

8  hisself, so that's when we were talking about putting a hit on

9  Goodwin.

10 **Q.**   And who was this young brother?

11 **A.**   Joseph Gardner.

12 **Q.**   Yeah.  What's --

13 **A.**   Call him Schitzo.

14 **Q.**   Schitzo is his street name?

15 **A.**   Yes, sir.

16 **Q.**   And who talked about allowing Schitzo to target or attack

17 Preston Goodwin?

18 **A.**   Several of us talked about it.  On the conference calls,

19 me and Hubanks and State Raised.

20 **Q.**   Okay.  State Raised is?

21 **A.**   Frankie Owens.

22 **Q.**   What does *pushing steel* mean?

23 **A.**   Stabbing somebody.

24 **Q.**   Now, the attack on Jeremy Bailey took place.  Did the

25 attack on Preston Goodwin take place?

1    **A.**    Not that I know of.

2    **Q.**    Was a conspiracy entered into to have him attacked?

3    **A.**    Yes, sir.

4    **Q.**    About when did Frankie Owens arrive at Marshall County,

5    Mr. Mask?

6    **A.**    Sometime in 2012.

7    **Q.**    What was his rank when he arrived at Marshall County?

8    **A.**    He was -- he was just a soldier at the time.  He held --

9    he held thunder warrior rank and recruiter brand.  He held out

10    rank, but we already had somebody in place when he got there,

11    so he was just -- he was just a fill-in place there.

12    **Q.**    Where was Frankie Owens located before he got to Marshall

13    County?

14    **A.**    Greene County, which is South Mississippi.

15    **Q.**    What was his rank at Greene County?

16    **A.**    OIC.

17    **Q.**    What is OIC?

18    **A.**    He's, like, a captain over the facility.

19    **Q.**    What is --

20    **A.**    Officer in charge.

21    **Q.**    Officer in charge?

22    **A.**    Yes, sir.

23    **Q.**    When did Frankie Owens actually become a spoke?

24    **A.**    At Marshall County in 2012 or 2000 -- last of 2012 or

25    first of 2013.  I can't remember the dates.

1   **Q.**    How often were you supplying meth to Frankie Owens?

2   **A.**    We was -- we was all doing it every day. It was a daily

3   thing.

4   **Q.**    Did you know Frankie Owens before he arrived at Marshall

5   County?

6   **A.**    Yes, sir.

7   **Q.**    How did you know him?

8   **A.**    We met in -- in the old -- on the old compound in South

9   Mississippi back in, like, 2007 or '8. We just stayed in

10   contact, and at times, we were considered pretty close. I

11   actually got him -- I had money sent to him to get him moved

12   from South Mississippi to Marshall County.

13   **Q.**    So you paid to get him moved up?

14   **A.**    Yes, sir.

15   **Q.**    Explain what happened when Frankie Owens called you in

16   December of 2010.

17   **A.**    I was in Marshall County and get a phone call, and he's

18   talking about that he needed somewhere to go, that things had

19   got hot, something had happened. And I didn't really know

20   what. I didn't question him on it. I just started making

21   phone calls and got him placed at North Mississippi.

22   **Q.**    This was in December of 2010?

23   **A.**    Yes, sir.

24   **Q.**    Did you actually get him placed in North Mississippi?

25   **A.**    Yes, sir.

1  **Q.**   At that time, in 2010, did Frankie Owens say anything to

2  you about a murder?

3  **A.**   He kept trying to say something, and another brother that

4  was there kept cutting him off.  And, like I said, I really

5  didn't want to know.  When the other brother didn't cut him

6  off, I'd cut him off.  It -- it was sort of like a need-to-know

7  basis, and I didn't want to know.  At that time, I mean, I

8  just -- I just sort of assisted him in the help that he needed,

9  you know, by bringing him north.

10 **Q.**   What did you take -- his statement "Things had gotten

11 hot," what did you take that to mean?

12 **A.**   That the law was on him.

13 **Q.**   Did -- and you took care of him?

14 **A.**   Yes, sir.

15 **Q.**   Why did you take care of him?

16 **A.**   Because he was my brother.

17 **Q.**   Who is Regan Moss?

18 **A.**   That's another AB member.

19 **Q.**   Where does he live?

20 **A.**   North Mississippi.

21 **Q.**   Where did you send Frankie Owens in December of 2010?

22 **A.**   To Regan Moss's house.  He had a little apartment in a

23 basement and a pool table and stuff set up, so I got Regan to

24 let him have that.

25 **Q.**   About how long did Frankie Owens stay there?

1  **A.**    He didn't really like Regan.  You know, he didn't stay

2  but a couple of days there.  He had met Gail through Regan,

3  which he knowed I was talking to Gail too.  He wound up, I

4  believe, staying with her more than he did up there.

5  **Q.**    And Gail -- who is that?  What's her last name?

6  **A.**    Rutledge.

7  **Q.**    Gail Rutledge?

8  **A.**    Yes, sir.

9  **Q.**    Has she been convicted in this case?

10  **A.**    Yes, sir.

11  **Q.**    Explain the mission that you sent Frankie Owens on while

12  he was in North Mississippi in December of 2010.

13  **A.**    I had found out -- while me and him was together in

14  prison, I had found out my stepdaughter had been raped by this

15  guy in Iuka, and he knowed how bad it bothered me.  When he got

16  up there, he wanted to know if I wanted him to take care of it.

17  And I told him yeah.  So --

18       **MR. SUMRALL:**  Your Honor, objection.  If I may, may we

19  have a sidebar, please, Your Honor?

20       **THE COURT:**  I tell you what, we are midmorning.

21  Ladies and gentlemen of the jury, we'll be in recess for

22  20 minutes.  All of my previous instructions apply during this

23  morning recess.

24       (JURY OUT.)

25       **THE COURT:**  Okay.  Counsel, if you will come up to the

1 bar.

2     (BENCH CONFERENCE OUT OF HEARING OF THE JURY.)

3         **MR. SUMRALL:** Your Honor, this is getting into what I

4 brought to the Court's attention the other day. This is other

5 crimes that are not in the indictment that have not been

6 provided under 404(b). We would object to any testimony along

7 that as to these other crimes.

8         **THE COURT:** Okay. Now, as I understand what you are

9 getting to is the murder of Michael Hudson?

10         **MR. LEARY:** That's what we are getting to.

11         **MR. SUMRALL:** He was talking about something up in

12 Iuka, another crime. Had nothing to do with Mike Hudson.

13         **THE COURT:** The stepdaughter, now, what is that? I

14 have not heard anything about that.

15         **MR. LEARY:** As a matter of fact, I have not either. I

16 will ask that. But there is a mission that Perry Mask sent

17 Frankie Owens on to smuggle drugs to the facility. Now, this

18 is in 2015, which is during the time frame of this conspiracy

19 and involves drug smuggling.

20         **THE COURT:** Let's stay away from this business about a

21 stepdaughter because that is not in the indictment. It has not

22 been provided to counsel under 404(b), so any objection related

23 to the stepdaughter is sustained here.

24         **MR. LEARY:** I'll move on.

25         **THE COURT:** Let me get you here while we are on the

1    record.  This case is really unique in that Count 1 of the

2    indictment in this cause charged a RICO conspiracy as to 17

3    defendants.  Now, as of the date of trial, 15 of 17 have pled

4    guilty and are not seated at counsel table.

5         However, the government has charged the RICO

6    conspiracy, and one of the elements that the government is

7    still required to prove is that a conspirator, either directly

8    or indirectly, knowingly conducted, or participated in the

9    conduct of, the affairs of the enterprise through a pattern of

10   racketeering activity as described in the indictment; that is,

11   the conspirator agreed that they or some other member of the

12   conspiracy did, or would, commit at least two acts of

13   racketeering activity.

14        And, of course, that takes up beyond what would be

15   relevant in just an independent criminal charge in the

16   indictment in that the government is still obligated to prove

17   this element of the offense.

18        So, therefore, the evidence comes in.  Often it's not

19   concerned with one or the other of these individual defendants,

20   but it is part of the conspiracy.  So, therefore, in the

21   opinion of the Court, it is relevant.

22        The objection, Mr. Sumrall, relative to some offense

23   concerning a stepdaughter in Tishomingo County is well-taken,

24   and it is sustained.

25        **MR. SUMRALL:**  Thank you, Your Honor.

1    **MR. LEARY:**  Thank you, Your Honor.

2    (END OF BENCH CONFERENCE.)

3    (RECESS TAKEN AT 10:26 A.M. UNTIL 10:53 A.M.)

4    (JURY IN.)

5    **THE COURT:**  Okay.  Mr. Leary, you may continue with

6    your examination.

7    **MR. LEARY:**  Thank you, Your Honor.

8    **BY MR. LEARY:**

9    **Q.**   Mr. Mask, explain to the ladies and gentlemen of the jury

10   how Gail Rutledge and Kathy Shadburn participated in money

11   laundering activities.

12   **A.**   They would -- they would hold the money, and they worked

13   the cards, all of that stuff, and sending it to where it needed

14   to be sent to, gathering phones and tobacco and such forth.

15   (CONFERRING OFF THE RECORD.)

16   **BY MR. LEARY:**

17   **Q.**   Mr. Mask, when you were moved from Parchman -- about when

18   were you moved from Parchman when this case -- the wiretap was

19   brought to culmination?  About what time were you --

20   **A.**   They -- they locked me down in -- November the 17th,

21   2013.

22   **Q.**   And after that, your cell was searched, and I want to

23   hand you some documents right here and have you identify them.

24   **A.**   That's my address -- out of my address book.

25   **Q.**   Okay.  That's out of your address book?

1 **A.** Yes, sir.

2 **Q.** You recognize the handwriting?

3 **A.** Yes, sir.

4 **Q.** Are there numerous Aryan Brotherhood telephone numbers

5 here?

6 **A.** Yes, sir.

7 **MR. LEARY:** Your Honor, at this time, the government

8 would move to have Perry Mask's address book pages entered into

9 evidence as the next -- cumulatively as the next numbered

10 exhibit.

11 **COURTROOM DEPUTY:** G-25.

12 **MR. SUMRALL:** No objection, Your Honor.

13 **MR. TURNER:** No, Your Honor.

14 **THE COURT:** Okay. The document, Government's

15 Exhibit 25 -- is that correct --

16 **COURTROOM DEPUTY:** Yes, sir.

17 **THE COURT:** -- will be admitted into evidence without

18 objection.

19 (EXHIBIT NO. G-25 ADMITTED INTO EVIDENCE.)

20 **BY MR. LEARY:**

21 **Q.** Mr. Mask, can you see the documents there on the screen

22 in front of you?

23 **A.** Yes, sir.

24 **Q.** I'm going to circle that right there (marking). Whose

25 telephone number is that?

1  **A.**  That's Charlie Carroll's.

2  **Q.**  CC?

3  **A.**  Yes, sir.

4  **Q.**  And whose number is that right there, State?

5  **A.**  That's State Raised, Frankie Owens.

6  **Q.**  Okay.  That number right there, TK, who is TK?

7  **A.**  That's Terry Kelly.  That's the treasurer.

8  **Q.**  And who is Baron?

9  **A.**  Baron Goff.  That was an ex-wheel member.

10  **Q.**  This number right here (indicating) has got me very

11  interested.  That's an ATF case number.  Do you know where you

12  got that?

13  **A.**  That would have to be by guess.  I can't -- I can't

14  recall it for sure.  I want to say that's got to do with Stutsy

15  and -- and Steve Williams.

16  **Q.**  Their arrest?

17  **A.**  Yes, sir.

18  **Q.**  Dog and Tammy.  Who is that?

19  **A.**  Dog is McClemore, and Tammy is Tammy Lamb.

20  **Q.**  Okay.  Now, you stated earlier that Frankie Owens arrived

21  at Marshall County about what year?

22  **A.**  I'm going to say the last of 2012, first of 2013.

23  **Q.**  And he rose to the position of a spoke about when?

24  **A.**  It was in 2013.

25  **Q.**  When Frankie Owens became a spoke and was housed with you

1  at Marshall County, how often did you talk to him?

2  **A.**   Every day.

3  **Q.**   Did you ever talk to Frankie Owens about why he needed

4  your help to move to get out of South Mississippi in 2010?

5          **MR. SUMRALL:**  Objection unless he can tell us a time,

6  give us a specific date, Your Honor.

7          **THE COURT:**  Well, I'm going to permit him to testify.

8  If we pin it down to 2010 and it's when he -- okay.  The

9  objection is overruled.

10          **MR. LEARY:**  And I'll clarify it, Your Honor.

11          **THE COURT:**  Yes, sir.

12  **BY MR. LEARY:**

13  **Q.**   When Frankie Owens was housed with you in Marshall County

14  when you were both spokes, that was what year?

15  **A.**   2013.

16  **Q.**   While you were housed together in 2013, did Frankie Owens

17  ever tell you why he needed your help to escape South

18  Mississippi in 2010?

19  **A.**   Well, we never -- we never really talked a whole lot

20  about it, because, like I said earlier, I didn't really want to

21  know.

22  **Q.**   Right.

23  **A.**   Throughout conversations, you know, there would be things

24  throwed up like, "We burned it down.  It's the ultimate test."

25  We got to talking about -- they was mainly worried about Creel

1  and Eric Parker rolling, so they were nervous about them.  Just

2  little skips and pieces throughout that time.

3  **Q.**    Why was he worried about Creel rolling?

4          **MR. SUMRALL:**  Objection, Your Honor.  Calls for a

5  conclusion.

6          **MR. TURNER:**  Objection, Your Honor.

7          **THE COURT:**  Okay.  The objection is sustained.  You're

8  asking one man what's going on in another man's mind.  The

9  objection is sustained.

10 **BY MR. LEARY:**

11 **Q.**    Did Frankie Owens ever tell you why he was worried about

12 Creel?

13         **MR. SUMRALL:**  Your Honor, he's already asked that

14 question, and it's been answered.  We ask that it be --

15         **THE COURT:**  Okay.  Overruled.

16 **BY MR. LEARY:**

17 **Q.**    Did Frankie Owens ever tell you why he was worried about

18 Brandon Creel?

19 **A.**    We had already suspected Creel of working with the police

20 during this time and before that, and he was worried about him

21 turning state's on him.

22 **Q.**    Did Frankie Owens ever tell you why he was worried about

23 Eric Parker?

24 **A.**    Said that Parker would wake up in sweats and nightmares

25 and be saying stuff to his girlfriend, and it would be getting

1  relayed back to them through her, afraid that he was going to

2  break.

3  **Q.**   Afraid he was going to break?

4  **A.**   Yes, sir.

5  **Q.**   Now, were you ever housed with Frankie Owens again after

6  Marshall County?

7  **A.**   Yes, sir.  When y'all had us locked down, they would send

8  us all to tower five in Greene County --

9  **Q.**   Okay.

10 **A.**   -- which is South Mississippi.  We was straight across

11 from each other in lockdown.

12 **Q.**   Were you able to communicate with Frankie Owens while you

13 were both in Greene County?

14 **A.**   Yes, sir.

15 **Q.**   And what year was it that you were housed with Frankie

16 Owens in Greene County?

17 **A.**   That was from November -- around the 20th, I think, of

18 November 2013 until March of 2014.

19 **Q.**   During that time frame, did you ever discuss with Frankie

20 Owens the killing of Michael Hudson?

21 **A.**   Yes, sir.

22 **Q.**   Did Frankie Owens ever tell you what Michael Hudson's

23 street name was?

24        **MR. TURNER:**  Your Honor, at this point, I'm going to

25 object to the leading.  It's happened a couple of times, but at

1    this point, I object.

2        **THE COURT:** Okay. Overruled. He's asking what.

3    **BY MR. LEARY:**

4    **Q.** What did Frankie Owens tell you that Michael Hudson's

5    street name was?

6    **A.** Skip.

7    **Q.** Why did Frankie Owens -- what did Frankie Owens tell you

8    was the reason for Skip's murder?

9        **MR. SUMRALL:** Objection, Your Honor.

10        **MR. TURNER:** Can we approach, Your Honor?

11        **THE COURT:** Okay. Come up.

12      (BENCH CONFERENCE OUT OF HEARING OF THE JURY.)

13        **MR. SUMRALL:** Your Honor, he has asked him several

14    questions about this, and every time he says he doesn't know,

15    he doesn't know, didn't want to know, and now he is trying to

16    lead him by saying that he -- did he ever say anything about

17    the murder. He has already said he doesn't know.

18        **MR. LEARY:** Your Honor, that's just not true.

19        **THE COURT:** Wait a minute. Let's let Mr. Turner --

20        **MR. TURNER:** Your Honor, I asked for this bench

21    conference because Mr. Leary keeps using the word *murder,* and

22    there has been no proof of a murder at this time. That's my

23    objection. I don't think it's proper for him to keep talking

24    about that in front of the jury. But he said murder and

25    killing. And neither has it been proven at this time, and

1  those are facts not in evidence.

2  　　　　THE COURT:  Okay.  Don't use the term *murder*.  Just

3  you can ask him about the death, if he knows anything about the

4  death.

5  　　　　MR. TURNER:  He hasn't proven a death either.

6  　　　　THE COURT:  Okay.  The Court has ruled.

7  　　　　MR. LEARY:  Yes, sir.  Thank you, Your Honor.

8  　　(END OF BENCH CONFERENCE.)

9  　　　　MR. LEARY:  May I continue, Your Honor?

10  　　　　THE COURT:  Yes, sir.

11  　　　　MR. LEARY:  Thank you, Your Honor.

12  BY MR. LEARY:

13  Q.　Mr. Mask, when you were housed with Frankie Owens in

14  Greene County, what reason did Frankie Owens give you for why

15  Michael Hudson died?

16  A.　From the way I take it, what he said was he owed for some

17  drugs, that he owed -- he owed Eric Parker for some drugs.  He

18  was getting pressure put on him from the one he owed, which was

19  Brandon Creel.

20  Q.　Frankie Owens told you this while you were housed with

21  him where?

22  A.　In Greene County.

23  Q.　In 2013, when did you start having conference calls with

24  Frankie Owens, Mr. Mask?

25  A.　He had been in on -- like, when he was in Greene County,

1    he would get a phone every now and then, and he would click in

2    on a conference call between me and Larry Sneed and --

3    **Q.**    Let me ask you this.  In late 2013 when you were in

4    Parchman and he was in Marshall County --

5    **A.**    Okay.

6    **Q.**    -- about how often did you talk to him then?

7    **A.**    Pretty much every day.

8    **Q.**    Were those calls with Frankie Owens and others

9    intercepted?

10   **A.**    Yes, sir.

11   **Q.**    Have you listened to those calls?

12   **A.**    Yes, sir.

13   **Q.**    Have you identified the voices on the calls?

14   **A.**    Yes, sir.

15   **Q.**    Did you identify Frankie Owens' voice?

16   **A.**    Yes, sir.

17   **Q.**    Did you identify your voice?

18   **A.**    Yes, sir.

19   **Q.**    Did you identify Stephen Hubanks' voice?

20   **A.**    Yes, sir.

21   **Q.**    Other people's voice?

22   **A.**    Yes, sir.

23   **Q.**    Did you read the transcripts?

24   **A.**    Yes, sir.

25   **Q.**    Do the transcripts accurately reflect the speakers?

1    **A.**    Yes, sir.

2    **Q.**    Do they accurately reflect the words spoken on the tapes?

3    **A.**    Yes, sir.

4    **Q.**    Now, this wire -- these two wiretaps lasted under

5    20 days.  Did you talk to Frankie Owens for more than 20 days?

6    **A.**    Yes, sir, I did.

7    **Q.**    We didn't get each and every phone call you ever had with

8    Frankie Owens, did we?

9    **A.**    No, sir.

10          **MR. LEARY:**  Your Honor, at this time, the government

11   would move to play certain calls at this time to the jury.

12          **THE COURT:**  Okay.  These exhibits, I take it, are

13   already in evidence.  You will be permitted to do so, but,

14   please, let's don't have repetition of what the jury has

15   already heard.

16          **MR. LEARY:**  Yes, Your Honor.  Only if it pleases the

17   Court, I was going to play just a brief -- a brief portion from

18   a call listened to yesterday.  If you'd like for me not to do

19   that, I won't do it.

20          **THE COURT:**  Well, go ahead as long as it's brief.

21   Let's just don't repeat the same things over.

22          **MR. LEARY:**  Okay.

23   **BY MR. LEARY:**

24   **Q.**    Mr. Mask, who is Schitzo?

25   **A.**    That's Joseph Gardner.

1   **Q.**    Where was he located?

2   **A.**    I believe Walnut Grove.

3   **Q.**    And who was he to stab?

4   **A.**    Preston Goodwin.

5       **MR. LEARY:**   Your Honor, at this time, we are going to

6 play a small portion of call number 235. It's been entered

7 into evidence as Government's Exhibit 7A. The transcript was

8 identified as 7B.

9       **THE COURT:**   Okay. Now, ladies and gentlemen of the

10 jury, I remind you of my previous instruction to you. The

11 primary evidence is what you hear on the tape. The transcript

12 is to aid you. Let's proceed.

13      (PLAYING CALL NUMBER 235, EXHIBIT 7A.)

14      (CALL PAUSED.)

15 **BY MR. LEARY:**

16   **Q.**    When you're talking about Preston Goodwin redeeming

17 himself on Preston, what are you talking about?

18   **A.**    He was going to stab -- stab Preston to cover up for

19 his -- his mess-up.

20   **Q.**    Okay.

21      (PLAYING CALL.)

22      (CALL PAUSED.)

23       **MR. LEARY:**   Stop right there.

24 **BY MR. LEARY:**

25   **Q.**    What is Frankie Owens talking about right there?

**A.**    He's talking about Gardner would have to come on with it

in order to be able to handle Preston, because Preston, he

ain't no pushover.

**Q.**    Okay.

(PLAYING CALL.)

(CALL PAUSED.)

**BY MR. LEARY:**

**Q.**    What are you talking about when Owens says he's not going

to be able to get to Preston?

**A.**    Well, most places protective custody has got you singled

out, lockdown cells.  Down there it's got, like, an open pod.

You get released -- like, the top tier come out for this hour

and a half or two hours.  Then they'll lock down, and the next

tier would come out.  So you'd be mingling with the -- with the

inmates.

**Q.**    Okay.

(PLAYING CALL.)

      **MR. LEARY:**  Stop right there.

(CALL STOPPED.)

**BY MR. LEARY:**

**Q.**    When Frankie Owens says he'll push that GD steel and that

will redeem him, what's going on there?

**A.**    He said if Schitzo -- if he would -- if he does stab him,

then he'll take care of his violations is what they mean.

**Q.**    *Pushing steel*, what does that mean?

1  **A.**   Stabbing.

2  **Q.**   Who said that?

3  **A.**   Frankie Owens.

4  **Q.**   Any intercepted communications concerning the Jeremy

5  Bailey stabbing, Mr. Mask?

6  **A.**   Sir?

7  **Q.**   Have you listened to any communications concerning the

8  Jeremy Bailey stabbing?

9  **A.**   Yes, sir, I have.

10  **Q.**   And who's Scissorhands?

11  **A.**   That's Jenkins.  That's the one that stabbed Bailey.

12  **Q.**   What's an RVR?

13  **A.**   That's -- when you get in trouble, the facility that

14  you're in, they'll write you up a rule violation report.

15  **Q.**   Do you know about how many points Ricky Jenkins got for

16  stabbing Jeremy Bailey?

17  **A.**   I read it the other day.  I know he got like 11, I think

18  it was, for severity.  I can't remember the total on it.

19          **MR. LEARY:**  Your Honor, at this time, the government

20  moves to play tape number 347, previously entered into evidence

21  as Exhibit 8A.  Its transcript was marked for identification as

22  8B.

23          **THE COURT:**  Very well.

24     (PLAYING CALL NUMBER 347, EXHIBIT NUMBER 8A.)

25          **MR. LEARY:**  Stop right there, please.

1     (CALL PAUSED.)

2   **BY MR. LEARY:**

3   **Q.**   Frankie Owens is talking about seeing Scissorhands and

4   he's got four months left over there.  What are you and him

5   talking about at that point?

6   **A.**   They had moved Scissorhands to lockdown and closed C

7   custody zone across from where State Raised was at.

8   **Q.**   And how long has he got?

9   **A.**   He said he had four months left.

10  **Q.**   And why did he get put in lockdown?

11  **A.**   For the stabbing.

12  **Q.**   Okay.  And do you see reference to RVR there?

13  **A.**   Yes, sir.

14    (PLAYING CALL.)

15    (CALL PAUSED.)

16  **BY MR. LEARY:**

17  **Q.**   Frankie Owens asked you if you're going to talk to your

18  Mexicano tonight.  What are you talking about there?

19  **A.**   That's when I was in the process of getting some meth

20  from Texas out there from Pedro.

21  **Q.**   Okay.  And who's asking you about that?

22  **A.**   State Raised.

23    (PLAYING CALL.)

24    (CALL STOPPED.)

25      **MR. LEARY:**  Your Honor, at this time, the government

1  is going to play just a small portion from a tape entered into

2  evidence yesterday as Government's Exhibit 9A.  Transcript

3  marked for identification as 9B.

4        **THE COURT:**  Very well.

5     (PLAYING EXHIBIT 9A.)

6     (CALL PAUSED.)

7  **BY MR. LEARY:**

8  **Q.**    "Put a mother fucking yonker in a prospect's hand and

9  tell him to go get that MF."  What are you and Owens talking

10  about at that point?

11  **A.**    He's talking about taking one of them prospects and put a

12  knife in his hand and send him there.

13  **Q.**    Okay.

14     (PLAYING CALL.)

15        **MR. LEARY:**  Stop right there.

16     (PAUSED CALL.)

17  **BY MR. LEARY:**

18  **Q.**    Owens says, "Tell him to go to church and get that MF

19  prospect on it.  Boom.  Get him boy."  Where is he talking

20  about getting him?

21  **A.**    At church service.

22  **Q.**    Okay.  Had that happened previously?

23  **A.**    Yes, sir.

24  **Q.**    Who was stabbed at church service previously?

25  **A.**    Bailey.

1    (PLAYING CALL.)

2    (CALL PAUSED.)

3  **BY MR. LEARY:**

4  **Q.**    When Frankie Owens says "That's how we do it in salty, I

5  don't know how you boys do it in hill country," explain that.

6  **A.**    He's talking about that's how they did it down South

7  Mississippi.  Didn't know how --

8  **Q.**    Okay.

9  **A.**    Didn't know how -- didn't know how us hillbillies did it.

10  **Q.**    Okay.

11    (PLAYING CALL.)

12        **MR. LEARY:**  Stop right there.

13    (CALL PAUSED.)

14  **BY MR. LEARY:**

15  **Q.**    Okay.  When you and Frankie Owens are talking and Frankie

16  says "I fucked some shit up, I did that man, and I apologize,"

17  what are you and him talking about right there?

18  **A.**    About the Bailey deal.

19  **Q.**    Okay.  What's he apologizing for?

20  **A.**    For sending Scissorhands at Bailey with a knife instead

21  of carrying out the SOS.

22  **Q.**    Okay.  Why -- what does he have to apologize for?

23  **A.**    Because he changed the order in mid-stride without

24  anybody knowing it.

25  **Q.**    Okay.

1      **MR. LEARY:** Play it.

2      (PLAYING CALL.)

3      **MR. LEARY:** Stop it.

4      (CALL PAUSED.)

5  **BY MR. LEARY:**

6  **Q.** Mr. Mask, when you say "I still love you, but I'm going

7  to dropkick your ass when I see you," what are you and him

8  talking about right there?

9  **A.** That's mine and his way of working out what he did.

10 **Q.** Okay.

11     (PLAYING CALL.)

12     **MR. LEARY:** Stop right there.

13     (CALL STOPPED.)

14 **BY MR. LEARY:**

15 **Q.** When Frankie Owens tells you "We need to set up a call

16 with Rich, man," what is Frankie Owens talking about?

17 **A.** That's get the unification at California together.

18 **Q.** And who's California represented by?

19 **A.** Rich.

20 **Q.** Now, who is William Carroll?

21 **A.** That's CC.

22 **Q.** And he was the central -- excuse me -- he was the captain

23 of what AB region?

24 **A.** Central.

25 **Q.** And CC helped facilitate your meeting with who?

1    **A.**    With Dog and Ochoa.

2    **Q.**    Okay.  After Dog and Ochoa were arrested, CC assisted in

3    acquiring methamphetamine from where?

4    **A.**    From California.

5    **Q.**    And that ultimately resulted in the seizure of how much

6    meth?

7    **A.**    Five pounds.

8    **Q.**    Who's Pedro?

9    **A.**    That's the -- Alvarez, a Mexican from Texas.

10          **MR. LEARY:**  Your Honor, at this time, the government

11   would move to play call number 748, previously entered into

12   evidence as Government's Exhibit 10A.  Transcript marked for

13   identification as 10B.

14          **THE COURT:**  Very well.

15       (PLAYING CALL NUMBER 748, EXHIBIT NUMBER 10A.)

16       (CALL PAUSED.)

17   **BY MR. LEARY:**

18   **Q.**    What does 15 to 16 apiece mean, Mr. Mask?

19   **A.**    That was another kind of connection that CC set up.

20   That's talking about -- I thought at the time it was talking

21   about a whole pound, but later on, come to find out, he was

22   talking about ounces of meth.

23   **Q.**    Okay.

24       (PLAYING CALL.)

25       (CALL PAUSED.)

**BY MR. LEARY:**

**Q.** When you're talking about bringing it up through Texas or Memphis with x-ray machines, what does that mean?

**A.** He's talking about he had somebody flying it in, and the x-ray machine is what they get caught up with at the airports and stuff.

**Q.** Okay. About how much are we talking about right here?

**A.** I think at this time it was 5 pounds too.

**Q.** Of what kind of drug?

**A.** Meth.

**Q.** Thank you.

(PLAYING CALL.)

      **MR. LEARY:** Stop right there.

(CALL PAUSED.)

**BY MR. LEARY:**

**Q.** Mr. Mask, what are you worried about right there? They got you for 26. Now, what are you worried about?

**A.** He was wanting me to send somebody out to the valley out there to pick some up and worried about them holding them hostage out there. They're known to hold them hostage until they can get what money they can get out of you.

**Q.** Okay.

(PLAYING CALL.)

(CALL PAUSED.)

**BY MR. LEARY:**

1   **Q.**   Now, you and Frankie are discussing the pros and cons of

2   sending somebody to Texas.  What does he mean when he says

3   "What happened to the eight-hour deal"?

4   **A.**   It's getting somebody to come out of Texas to meet us

5   halfway.

6   **Q.**   Okay.

7      (PLAYING CALL.)

8         **MR. LEARY:**  Stop right there.

9      (CALL PAUSED.)

10  **BY MR. LEARY:**

11  **Q.**   Now, when Frankie Owens is talking about CC's brother,

12  explain to me what's going on right there.

13  **A.**   CC had already talked to him about having a connection

14  out there with his brother on getting some meth.

15  **Q.**   CC's talking to who about the California meth connection?

16  **A.**   He had been talking to me and State Raised, both.

17  **Q.**   Who is State Raised?

18  **A.**   At this time, we're talking about Frankie Owens.

19      (PLAYING CALL.)

20         **MR. LEARY:**  Stop right there.

21      (CALL PAUSED.)

22  **BY MR. LEARY:**

23  **Q.**   You and Owens are talking about Bailey.  What Bailey?

24  **A.**   Jeremy Bailey.

25  **Q.**   Okay.

1    (PLAYING CALL.)

2    (CALL PAUSED.)

3    **BY MR. LEARY:**

4    **Q.**   You and Frankie are explaining what happened to who?

5    **A.**   To Tony Bone.

6    **Q.**   Who's Tony Bone?

7    **A.**   He's another AB.

8    **Q.**   Okay.

9    (PLAYING CALL.)

10   (CALL PAUSED.)

11   **BY MR. LEARY:**

12   **Q.**   Frankie Owens talk about quarter ball?

13   **A.**   Yeah.

14       **MR. LEARY:**  Keep going.

15   (PLAYING CALL.)

16       **MR. LEARY:**  Stop it there.

17   (CALL STOPPED.)

18   **BY MR. LEARY:**

19   **Q.**   Mr. Mask, based on your experience, how much do you pay

20   for an ounce of meth?

21   **A.**   It's ranged -- in my experience, I've paid from 425 up to

22   1,600.

23   **Q.**   And who was your Mexican source of supply?

24   **A.**   The Alvarez boys.

25       **MR. LEARY:**  Your Honor, at this time, the government

1  is going to play call 1070.  1070 was entered into evidence as

2  Government's Exhibit 11A.  Its transcript was marked for

3  identification as 11B.

4          **THE COURT:**  I tell you what we're going to do, I'm

5  going to recess a little earlier for lunch.  I know you have a

6  problem getting in these restaurants here in Oxford.  The Court

7  is going to take a noon recess.  I'm showing 20 of 12:00.

8  We'll be in recess until a quarter after 1:00, 1:15.

9          Remember, do not discuss the case among yourselves.

10 Do not permit anyone to discuss it with you.  The jury is

11 excused until a quarter after 1:00.

12     (JURY OUT.)

13         **THE COURT:**  Okay.  Court is in recess.

14     (LUNCH RECESS TAKEN AT 11:38 A.M. UNTIL 1:17 P.M.)

15         **THE COURT:**  Okay.  You may proceed, Mr. Leary.

16         **MR. LEARY:**  Thank you, Your Honor.

17 **BY MR. LEARY:**

18 **Q.**  Mr. Mask, in the prior call, when there's reference to

19 *brown*, what does brown refer to?

20 **A.**  Tobacco.

21 **Q.**  And is that a contraband substance within the prison

22 facility?

23 **A.**  Yes, sir.

24 **Q.**  And when you're talking about Jackson, Mississippi, and

25 McClemore, what type drugs would be referenced in those

1  conversations?

2  **A.**  Meth.

3  **Q.**  And when the conversation concerns Texas and Pedro, what

4  type drugs would that be?

5  **A.**  Meth.

6  **Q.**  And California and Arkansas, what type of drug would that

7  be?

8  **A.**  Meth.

9  **Q.**  Now, Mr. Mask, tell the ladies and gentlemen of the jury

10  what jamming is or a jammer.

11  **A.**  It's what they put up in prisons to keep you from getting

12  a cell phone signal, which you can go to certain spots in the

13  building and still pick up a signal and call out.

14  **Q.**  Is that how you were able to get around the jammer?

15  **A.**  Yes, sir.

16  **MR. LEARY:**  Your Honor, at this time, I'd like to

17  play -- move to play call number 1070.  It's been previously

18  entered into evidence as Government's Exhibit 11A.  Its

19  transcript was identified as 11B.

20  **THE COURT:**  Very well.  Remember, ladies and gentlemen

21  of the jury, the transcripts are secondary.  The primary

22  evidence is the recording.  You may proceed.

23  **MR. LEARY:**  Thank you, Your Honor.

24  **BY MR. LEARY:**

25  **Q.**  Who was your Mexican source of supply, Mr. Mask?

1 **A.** The Alvarez boys.

2 **Q.** Okay.  Who's Pedro?

3 **A.** That's Pete.

4 (PLAYING CALL NUMBER 1070, EXHIBIT NUMBER 11A.)

5   **MR. LEARY:**  Stop right there.

6 (CALL PAUSED.)

7 **BY MR. LEARY:**

8 **Q.** Mr. Mask, who does Frankie Owens have on the other line

9 right now?

10 **A.** That's CC, Charlie Carroll.

11 **Q.** Okay.  Thank you.

12 (PLAYING CALL.)

13   **MR. LEARY:**  Stop right there.

14 (CALL PAUSED.)

15 **BY MR. LEARY:**

16 **Q.** What's Mr. Owens talking about the plug in Meridian?

17 **A.** He said his little half brother was plugged in with

18 somebody from Meridian.  We was wondering if it was the same

19 Mexican Grady was plugged in with.

20 **Q.** Okay.  For what type drug?

21 **A.** Meth.

22 (PLAYING CALL.)

23   **MR. LEARY:**  Stop it.

24 (CALL PAUSED.)

25 **BY MR. LEARY:**

1 **Q.** When Frankie refers to "found a lick for 13," what is

2 that?

3 **A.** That's 1,300 an ounce.

4 **Q.** For what type drug?

5 **A.** Meth.

6 **Q.** Thank you.

7 (PLAYING CALL.)

8 **MR. LEARY:** Stop right there.

9 (CALL PAUSED.)

10 **BY MR. LEARY:**

11 **Q.** Right there, Frankie Owens references a Valentine. Do

12 you know a Valentine that's an Aryan Brotherhood member?

13 **A.** Yes. Mitchell.

14 **Q.** Thank you.

15 (PLAYING CALL.)

16 **MR. LEARY:** Stop right there.

17 (CALL PAUSED.)

18 **BY MR. LEARY:**

19 **Q.** When CC, Charlie Carroll, is talking about making two

20 trips for you, what's that about?

21 **A.** He said if he got bonded out, he'd make two trips out to

22 Texas for me for nothing.

23 **Q.** To pick up what?

24 **A.** Meth.

25 (PLAYING CALL.)

1    **MR. LEARY:**  Stop right there.

2    (CALL PAUSED.)

3    **BY MR. LEARY:**

4    **Q.**  When Frankie Owens is talking about knocking off

5    Mexicans, what -- what's going on there?

6    **A.**  He's talking about when they bring the dope over, kill

7    them, keep the dope.

8    (PLAYING CALL.)

9    (CALL PAUSED.)

10   **BY MR. LEARY:**

11   **Q.**  Okay.  "Clearing the land and run across about seven

12   bodies," what are you talking about right there?

13   **A.**  It's ones he's talking about his partner knocked off over

14   dope.

15   (PLAYING CALL.)

16   **MR. LEARY:**  Stop right there.

17   (CALL PAUSED.)

18   **BY MR. LEARY:**

19   **Q.**  So what did Carroll say he had to himself?  What's that?

20   **A.**  He knows where a couple of bodies was hisself.  He didn't

21   want them to clear the land.

22   **Q.**  Okay.  What's Carroll's rank within the Aryan

23   Brotherhood?

24   **A.**  He was a state captain at the time.

25   (PLAYING CALL.)

1      (CALL PAUSED.)

2  **BY MR. LEARY:**

3  **Q.**    When you and Carroll are talking, and Owens, and you said

4  a full-grown Rottweiler for 17, what's that?

5  **A.**    I was talking about a pound.  And he's fixing to stop me.

6  He was talking about an ounce, 17 per ounce.

7  **Q.**    Okay.  Is Rottweiler just code?

8  **A.**    Yeah, it's code.

9      (PLAYING CALL.)

10      (CALL PAUSED.)

11  **BY MR. LEARY:**

12  **Q.**    In the course of this conversation where you're talking

13  about the figures and amounts and dollar amounts, what are you

14  talking about right here?

15  **A.**    He's trying to figure up how much he said the other guy

16  was wanting for a pound.

17  **Q.**    A pound of what?

18  **A.**    Meth.

19      (PLAYING CALL.)

20      (CALL PAUSED.)

21  **BY MR. LEARY:**

22  **Q.**    When Frankie Owens says 16 for two, what's he referring

23  to?

24  **A.**    Be 16,000 for two pounds.

25  **Q.**    Of what?

1  **A.**    Meth.

2  **Q.**    Thank you.

3     (PLAYING CALL.)

4      **MR. LEARY:**  Stop it right there.

5     (CALL STOPPED.)

6  **BY MR. LEARY:**

7  **Q.**    Mr. Mask, what do terms like C building refer to?

8  **A.**    C building, that's -- like, on the compound, you usually

9  have, like, A building, B building, C building, and so forth.

10  **Q.**    Mr. Mask, who are the Berserkers?

11  **A.**    It's -- that's a biker gang.  It's some AB brothers

12  that's got out of prison that's started a biker gang.

13  **Q.**    Okay.  AB brothers got out of prison and started a biker

14  gang.  And its name was?

15  **A.**    Ace Deuce at first, and then they changed to Berserkers.

16  **Q.**    Okay.  Now, how does the Aryan Brotherhood hierarchy look

17  upon Aryan Brotherhood members creating a biker gang called the

18  Berserkers?

19  **A.**    Well, we was all right with it until we found out they

20  wasn't going to follow our laws and the constitution.  They

21  were going under somebody else's.  Another biker gang was

22  sponsoring them, so they was going under their laws.  And

23  that's when we wanted to cover them up.

24  **Q.**    Okay.  So the Aryan Brotherhood members who formed the

25  bikers were going under another set of rules other than the

1    Aryan Brotherhood what?

2    **A.**    Of Mississippi.

3    **Q.**    Okay.  Their constitution?

4    **A.**    Yes, sir.

5    **Q.**    Okay.  And so what did you order needed to be done to the

6    Berserkers?

7    **A.**    They was given so long to cover up.  Well, they was asked

8    to cover up.  They didn't.  We give them so long to cover up.

9    The last I heard, it was still not done.

10   **Q.**    And if they refused to cover up, what would have been the

11   ramifications to the Berserkers?

12        **MR. SUMRALL:**  Objection, Your Honor, to relevance to

13   this case.

14        **THE COURT:**  Okay.  I think the objection there may be

15   well-taken.  I don't -- but the thing about it, the tape is

16   already in evidence.

17        **MR. LEARY:**  Your Honor, what I'm trying to do is just

18   explain the Aryan Brotherhood is an enterprise, its response

19   to --

20        **THE COURT:**  Okay.  Okay.  I'll permit it.  I'll permit

21   it.  But we're awful close to the parameters of this thing.

22        **MR. LEARY:**  Your Honor, call 1642 has been entered

23   into evidence as Government's Exhibit 13A.  Its transcript is

24   13B.  Move to listen to the evidence.

25        **THE COURT:**  Okay.  This is already in evidence,

1    Exhibit 13?

2              **MR. LEARY:**  Yes, Your Honor.

3              **THE COURT:**  Very well.

4         (PLAYING CALL NUMBER 1642, EXHIBIT NUMBER 13A.)

5    **BY MR. LEARY:**

6    **Q.**    You had asked -- when you and Mr. Mask and Frankie Owens

7    are talking here about this MDMA, do you know what you're

8    talking about there?

9    **A.**    It's something new that's come out in the last couple of

10   years -- come around this area in the last couple of years.

11   It's a type of a speed.  It's what goes in Ecstasy and stuff

12   really.

13   **Q.**    Type of speed that goes in Ecstasy?

14   **A.**    Yeah.

15        (PLAYING CALL.)

16        (CALL PAUSED.)

17   **BY MR. LEARY:**

18   **Q.**    Okay.  You and Owens are talking about George, and you're

19   down to 3 1/2 ounces.  What's this conversation about right

20   here?

21   **A.**    They're wanting to put something together after I'm --

22   after I'm in Parchman at this time, and I ain't really -- it's

23   in between getting ripped off, I think it was, with Pedro and

24   them and trying to get lined up on California.  I'm just

25   getting, like, 3 1/2 ounces from another connection.

1    **Q.**    Who's trying to put this together?

2    **A.**    Me and Owens.

3    **Q.**    Okay.  What type drug?

4    **A.**    Meth.

5         (PLAYING CALL.)

6         (CALL PAUSED.)

7    **BY MR. LEARY:**

8    **Q.**    What -- what are you talking about with Frankie Owens

9    about that man getting his gold seal?

10   **A.**    Gold seal is what you get when you complete your sentence

11   and your probation.  You get it from the State showing that

12   you're clear.

13   **Q.**    Okay.

14        (PLAYING CALL.)

15        (CALL PAUSED.)

16   **BY MR. LEARY:**

17   **Q.**    What are you and Frankie Owens talking about right

18   through here?

19   **A.**    Danny Harden's wife.  She contacted back talking to

20   Michael Pugh.  He would come in there.  He was on conference

21   call with us.  We was talking about Danny Harden and Rambo

22   and --

23   **Q.**    Rambo's full name is?

24   **A.**    Gregory Ramos.

25   **Q.**    Okay.  Those are other AB brothers?

1  **A.**    Yes, sir.

2  **Q.**    Angie is whose wife?

3  **A.**    That's Country's wife, Danny Harden's wife.

4       (PLAYING CALL.)

5       (CALL PAUSED.)

6  **BY MR. LEARY:**

7  **Q.**    When Frankie Owens is asking you about that business and

8  asking you if you want to do it in quarters, what are you

9  talking about right there?

10  **A.**    Talking about the meth.

11  **Q.**    Dividing it up into what quantities?

12  **A.**    Instead of an ounce or something, he said, like, a

13  quarter.  Be a quarter ounce.

14  **Q.**    Okay.

15       (PLAYING CALL.)

16       (CALL PAUSED.)

17  **BY MR. LEARY:**

18  **Q.**    You guys are into some deep math here.  What are you

19  calculating?

20  **A.**    I think we was trying to calculate what -- split 5,000

21  three and a half ways.

22  **Q.**    Okay.  For what?

23  **A.**    For 3 1/2 ounces of ice.

24  **Q.**    Okay.  Ice is what type drug?

25  **A.**    Meth.

1      (PLAYING CALL.)

2      (CALL PAUSED.)

3   **BY MR. LEARY:**

4   **Q.**   Mr. Mask, what are you talking about right here?

5   **A.**   That's -- that's the package that got caught up, that I

6   got messed around out of.  Pedro and them.

7   **Q.**   And this package was a result of how much money you sent?

8   **A.**   I was giving 16 apiece for them.  I think I wound up

9   sending, like, 26.  I don't think I sent him the whole -- the

10  whole 32.  I think I sent him 36 -- I mean, 26.

11  **Q.**   Okay.  Down to Texas?

12  **A.**   Yes, sir.

13  **Q.**   Did you ever get the meth for it?

14  **A.**   No, sir.

15  **Q.**   Okay.  Is that what you're talking about right here?

16  **A.**   Yes, sir.

17     (PLAYING CALL.)

18     (CALL PAUSED.)

19  **BY MR. LEARY:**

20  **Q.**   You and Frankie Owens are talking about what right there,

21  Mr. Mask?

22  **A.**   The way the Mexicans handle business on the money side

23  and transferring.

24     (PLAYING CALL.)

25     (CALL PAUSED.)

1  **BY MR. LEARY:**

2  **Q.**    When you and Frankie Owens are talking right there, "Is

3  he one of Frank's, he's one -- he's Mafia," what is that --

4  what are you talking about?

5  **A.**    There's another Mexican named Frank.  He was Mexican

6  Mafia on another zone we got to know.  And he said -- wondered

7  if he was one of his.  That's what it's supposed to have been,

8  was ties in the Mexican Mafia.

9  **Q.**    Why is Frankie Owens trying to get him out in the yard?

10  **A.**    To talk to him face-to-face, see what kind of feel he

11  gets from looking at him when he's talking to him.

12      (PLAYING CALL.)

13      (CALL PAUSED.)

14  **BY MR. LEARY:**

15  **Q.**    When Frankie Owens says "Pick you one out and make a GD

16  example out of him, you know," what's going on right there?

17  **A.**    He's talking about let's pick one of them out that ain't

18  covered up and make an example out of him, whoop him.

19      (PLAYING CALL.)

20          **MR. LEARY:**  Stop right there.

21      (CALL PAUSED.)

22  **BY MR. LEARY:**

23  **Q.**    When Frankie Owens is talking about "Hands, Jimmy,

24  getting them brothers down there and they will come up to help

25  him," what's going on there?

1  **A.** Hands and them is from further down south, so he said

2  contact them, they'd come up there and help him with the

3  Berserkers.

4  **Q.** Uh-huh. Do what to them?

5  **A.** Whatever needed -- have to do.

6  (PLAYING CALL.)

7  (CALL PAUSED.)

8  **BY MR. LEARY:**

9  **Q.** Who's Hubanks?

10 **A.** That's another brother.

11 **Q.** Okay.

12 **A.** He got out and is holding captain spot out there at the

13 time.

14 **Q.** And what's the conversation concerning right here?

15 **A.** He was trying to get somebody rounded up, get a ride down

16 to the southern -- southern part of the state to hold church.

17 **Q.** Okay.

18 (PLAYING CALL.)

19 (CALL PAUSED.)

20 **BY MR. LEARY:**

21 **Q.** "You find three or four to ride with you and start taking

22 them off one by one." What's Frankie Owens talking about?

23 **A.** Taking the Berserkers' brands.

24 **Q.** One by one?

25 **A.** Yes, sir.

1       (PLAYING CALL.)

2           MR. LEARY:  That's good.

3       (CALL STOPPED.)

4   BY MR. LEARY:

5   Q.    Mr. Mask, I think we just got the gist of that

6   conversation.  Do you agree?

7   A.    Yes, sir.

8   Q.    When did the Aryan Brotherhood members become aware that

9   there was a federal investigation being conducted on them?

10  A.    We had -- we had sort of predicted it when y'all picked

11  up Stutsy and moved him from Tupelo to Oxford, and we still --

12  we thought it, but we still wasn't sure.  And then we got to

13  Greene County in lockdown, and it says per orders of the FBI.

14  Q.    Okay.

15  A.    And that's when we --

16  Q.    Okay.  Figured something was going on?

17  A.    Yes, sir.

18          MR. LEARY:  Your Honor, this is the last tape.  It's

19  call number 1741.  It was entered into evidence as Government's

20  Exhibit 14A.  Its transcript is marked for identification as

21  14B.

22          THE COURT:  Okay.  Wait just a moment.  Ladies and

23  gentlemen of the jury, previously on the tape immediately --

24  played immediately before the most recent one you heard, there

25  was some testimony about certain members of the Aryan

1   Brotherhood perhaps being involved in a motorcycle gang called

2   the Berserkers.  What's the name, Mr. Leary?  Berserkers?

3        **MR. LEARY:**  It's the Berserkers, Your Honor.

4        **THE COURT:**  Okay.  The Berserkers.  And Mr. Sumrall

5   made an objection that it's irrelevant to anything charged in

6   the indictment or any issue in the case before the Court today.

7        But, now, after I've heard this second tape and I hear

8   further testimony and discussion of the Berserkers, it appears

9   to the Court that this discussion on these tapes really

10  reflects the control and nature of the Aryan Brotherhood

11  enterprise and the control that they exercise over their

12  members or attempt to exercise.

13       And for that reason, the objection made by

14  Mr. Sumrall -- I want to be more precise -- the Court finds

15  that the objection is not well-taken, and it's overruled.

16       Okay.  You may proceed, Mr. Leary.

17       **MR. LEARY:**  Thank you, Your Honor.  Would you play

18  call 1741, please.

19       (PLAYING CALL 1741, EXHIBIT NUMBER 14A.)

20  **BY MR. LEARY:**

21  **Q.**   Okay.  This call begins with you and Frankie Owens

22  talking about what?

23  **A.**   That's when CC's lawyer had tried to get him a bond, and

24  that's when he found out another -- the other incident about

25  the -- heard about the feds picking his up.

1   **Q.**   Why did that cause you and Frankie Owens concern?

2   **A.**   Because we're right in the middle of it.

3   **Q.**   Okay.

4     (PLAYING CALL.)

5     (CALL PAUSED.)

6   **BY MR. LEARY:**

7   **Q.**   Now, you're talking about what defendant that was picked

8   up on federal charges?

9   **A.**   We're talking about Charlie Carroll.

10   **Q.**   Okay. Is that CC?

11   **A.**   Yes, sir.

12   **Q.**   And CC was arrested with about how much methamphetamine?

13   **A.**   Somewhere around 4 ounces.

14   **Q.**   And the methamphetamine he was carrying belonged to who?

15   **A.**   He had come to North Mississippi the day before and got

16   it for me. He had -- he had left with 6 ounces. He got rid of

17   some of it. He had -- four of it -- 4 ounces was his, and 2

18   ounces was State Raised.

19   **Q.**   State Raised?

20   **A.**   Yes, sir.

21   **Q.**   And who is State Raised?

22   **A.**   Frankie Owens.

23   **Q.**   Okay.

24     (PLAYING CALL.)

25       **MR. LEARY:** Stop right there.

1    (CALL PAUSED.)

2  **BY MR. LEARY:**

3  **Q.**    You say "Damn it, boy," and that sigh.  What's going on?

4  **A.**    I think it's pretty much over with at that time.

5  **Q.**    Because of what?

6  **A.**    Just waiting on y'all to come get us, I guess.

7     (PLAYING CALL.)

8         **MR. LEARY:**  Okay.  Stop right there.

9     (CALL PAUSED.)

10 **BY MR. LEARY:**

11 **Q.**    Whose name was just said right there?

12 **A.**    Eric Parker.

13 **Q.**    And how was Eric Parker referenced?

14 **A.**    A weak motherfucker.

15        **MR. LEARY:**  Okay.  Keep going.

16    (PLAYING CALL.)

17        **MR. LEARY:**  Stop right there.

18    (CALL PAUSED.)

19 **BY MR. LEARY:**

20 **Q.**    Okay.  We've got two Parkers here.  We've got Thomas

21 Parker, and we've got Eric Parker.

22 **A.**    Right.

23 **Q.**    Now, who is Thomas Parker?

24 **A.**    He was one of the captains down South Mississippi.  He --

25 I think at this time he's locked up.

1  **Q.**  Thomas Parker was?

2  **A.**  Yes, sir.

3  **Q.**  Did you know Thomas Parker?

4  **A.**  Just through a phone call.

5  **Q.**  Okay.

6  (PLAYING CALL.)

7  (CALL PAUSED.)

8  **BY MR. LEARY:**

9  **Q.**  Now, we're talking about Thomas Parker, and Carroll says,

10 "Well, I heard it was the other Parker's old lady."  Now, who's

11 the other Parker?

12 **A.**  That would be Eric Parker.

13         **MR. LEARY:**  Okay.  Keep playing.

14 (PLAYING CALL.)

15         **MR. LEARY:**  Okay.  Stop right there.

16 (CALL PAUSED.)

17         **MR. LEARY:**  Can you go back a second?  Can you go up a

18 few?

19 (PLAYING CALL.)

20 (CALL PAUSED.)

21 **BY MR. LEARY:**

22 **Q.**  I just want to go back up because we're talking about two

23 Parkers here.  Are you talking about both of them right now?

24 **A.**  CC's trying to talk about --

25 **Q.**  I'm sorry?

1  **A.**    Owens is talking about one, and CC's trying to talk about

2  the other one.

3  **Q.**    Okay.  So you're talking about two Parkers.  CC's talking

4  about which Parker?

5  **A.**    Eric Parker's girlfriend or wife or something.

6  **Q.**    Okay.  What did Frankie Owens tell you that the problem

7  was with Eric Parker's girlfriend?

8  **A.**    She was supposed to --

9       **MR. TURNER:**  Object to the hearsay, Your Honor.

10 **BY MR. LEARY:**

11 **Q.**    I'm sorry.  What did Frankie Owens tell you the problem

12 was with Eric Parker's girlfriend?

13 **A.**    She's -- she's been talking to the folks.

14 **Q.**    Okay.  She's been talking to folks?

15 **A.**    Talking to the police and stuff.

16 **Q.**    Okay.

17 **A.**    And talking about how he wake up screaming at night.

18       **MR. TURNER:**  Objection, Your Honor.  That's hearsay,

19 because he's talking about what's coming through --

20       **THE COURT:**  Okay.  About what she said.  Okay.  That's

21 really not in furtherance of the conspiracy.  The objection is

22 well-taken.

23       **MR. LEARY:**  Okay.

24     (PLAYING CALL.)

25     (CALL PAUSED.)

**BY MR. LEARY:**

**Q.**   Now, who's Carroll talking about here?

**A.**   That's -- that's Owens right there.

**Q.**   That's Owens.  And next we got Carroll coming up.  Which Parker is Carroll talking about?

**A.**   He's talking about Eric's ex-ole lady.

(PLAYING CALL.)

        **MR. LEARY:**  Stop right there.

(CALL PAUSED.)

**BY MR. LEARY:**

**Q.**   Did Owens cut CC off just then?

**A.**   Yeah.

**Q.**   Now, right there, "That was Creel and GD Eric's ole lady."  Is that what was just said?

**A.**   Right.

        **MR. LEARY:**  Finish it up, please, ma'am.

(PLAYING CALL.)

(CALL STOPPED.)

        **MR. LEARY:**  May I talk to my co-counsel for a moment, Your Honor?

        **THE COURT:**  Yes, sir.

(CONFERRING OFF THE RECORD.)

        **MR. LEARY:**  No further questions, Your Honor.

        **THE COURT:**  Okay.  Mr. Sumrall, you may cross-examine this witness on behalf of the Defendant Owens.

1       **MR. SUMRALL:**  If it please the Court.

2                    **CROSS-EXAMINATION**

3    **BY MR. SUMRALL:**

4    **Q.**    Mr. Mask, I believe you said you joined the Aryan

5    Brotherhood in 2001; is that correct?

6    **A.**    Yes, sir.

7    **Q.**    Who were the wheels at that time?

8    **A.**    I'm thinking it was, like, Demon and Steve May.  I'm not

9    for sure who else.  Maybe Rip.  I'm not for sure.

10   **Q.**    Okay.  What about in 2004 when you went back to prison,

11   who were the wheels?

12   **A.**    Steve May, Brandon Creel, and Baron Goff.

13   **Q.**    And who was the state captain at that time?

14   **A.**    I'm not for sure when Larry Sneed -- I think he started

15   somewhere around that time.  I'm not for sure who had it before

16   him.  I know Danny Wheat had it at one time.  He went home.  He

17   came back, and they give it back to him.  I think Hobo had it

18   at one time.  It switched up pretty regular.

19   **Q.**    Okay.  Now, in 2006, you were in Greene County; is that

20   correct?

21   **A.**    Yes, sir.

22   **Q.**    In the correctional facility?

23   **A.**    Yes, sir.

24   **Q.**    And is that when you got your OIC?

25   **A.**    Yes, sir.

1  Q.   Okay.  Who were -- who were the wheels at that time?

2  A.   I think Hobo was screaming, and Demon was screaming.  I

3  think Steve May was screaming.  There was a bunch of conflict

4  throughout the time that we've had -- like, we didn't have much

5  contact back then, and there would be some people in this part

6  of the state, they'd be claiming wheel, and then some of the

7  guys in the lower part be trying to claim the wheel at the same

8  time too.

9  Q.   Okay.  When did that change?  When did y'all start having

10  contact?

11  A.   About 2010 or '11 everybody was having cell phones.

12  Q.   Okay.  So in 2010, who were the wheels?

13  A.   That was Steve May, Baron Goff, and Brandon Creel.

14  Q.   Okay.  Who was the state captain?

15  A.   I think they give that to Larry about that time.

16  Q.   Larry Sneed?

17  A.   Yes, sir.

18  Q.   2010, was Frankie Owens captain or any kind of head of

19  anything?

20  A.   No, sir.

21  Q.   He was just a soldier; is that correct?

22  A.   Yes, sir.

23  Q.   2011, who were the wheels?

24  A.   Toward the end of 2011, they changed up.  Chris Craft

25  took Steve May's place for a hot minute there.  Then we changed

1  up.  Baron Goff was one.  Creel was one.  Which we switched.

2  The last of 2011, first of 2012, I took the wheel spot.  Larry

3  Sneed stepped up to the wheel spot, and Baron Goff kept the 13

4  spot.  They put -- Tattoo was state captain at that time.

5  **Q.**  Tattoo was the state captain?

6  **A.**  Yes, sir.

7  **Q.**  So even at the beginning of 2013, Frank Owens was not any

8  kind of wheel member or state captain, correct?

9  **A.**  Correct.

10  **Q.**  Okay.  Now, when did Frank Owens become a wheel member?

11  **A.**  You said 2013.  That was 2011, 2012 when that -- that

12  incident where I stepped up.  2013 -- he become wheel in 2013.

13  **Q.**  Did he hold any positions of authority prior to 2013?

14  **A.**  I think he might have held a spot for Creel on the street

15  at one time, like a lieutenant or something.  OIC in prison.

16  Greene County, I think he was OIC.  That's about it.

17  **Q.**  Okay.  And when was he in Greene County?

18  **A.**  All the way until he come to Marshall County, which was

19  in 2012 or last of --

20  **Q.**  Do you know when he went to Greene County, when he

21  originally went to prison there?

22  **A.**  He was in Greene County, like, in 2007 or '8.  He wound

23  up going to Parchman, to Meridian, and then he was released on

24  the street.  He came back.  I'm not for sure what year he came

25  back.  He came back on a violation.  He wasn't out real long.

1  **Q.**   Okay.  Now, you've talked about a thunder warrior; is
2  that correct?
3  **A.**   Yes, sir.
4  **Q.**   And to be a captain, you had to be a thunder warrior, did
5  you not?
6  **A.**   Yeah, you -- to be -- hold a captain spot, you had to
7  have your bolts, yeah.  You can hold an OIC and not have the
8  bolts.  You could just hold an OIC.
9  **Q.**   Okay.  Are you a thunder warrior?
10  **A.**   Yes, sir.
11  **Q.**   When did you get your thunder warrior designation?
12  **A.**   In 2006.
13  **Q.**   Does an OIC basically have the same authority as a
14  captain would?
15  **A.**   Pretty much.
16  **Q.**   Except for maybe the state captain?
17  **A.**   State captain is over all of them.
18  **Q.**   Okay.  Now, you talked about the Aryan Brotherhood having
19  a strict constitution, did you not?
20  **A.**   Yes, sir.
21  **Q.**   And it was very strictly -- it's supposed to be very
22  strictly obeyed?
23  **A.**   It's supposed to be.
24  **Q.**   And if you disobeyed it, that would be a violation?
25  **A.**   Yeah.

1 **Q.** And then you would -- there would be retribution for that

2 violation, would there not?

3 **A.** Yes, sir.

4 **Q.** Now, you took an oath when you joined the Aryan

5 Brotherhood, did you not?

6 **A.** Yes, sir.

7 **Q.** And it was an oath of secrecy?

8 **A.** Yes, sir.

9 **Q.** And you've violated that oath now, haven't you?

10 **A.** I sure have.

11 **Q.** The same oath as you took today -- earlier today, right?

12 Is that the same oath?

13 **A.** No, sir, it's -- not the secrecy.

14 **Q.** No, but you took an oath to tell the truth, did you not?

15 **A.** Yes, sir.

16 **Q.** But you took an oath to -- for secrecy back when you

17 joined the Aryan Brotherhood?

18 **A.** Yes, sir.

19 **Q.** And you violated that oath?

20 **A.** I sure did.

21 **Q.** Okay. Now, I believe you said that the -- the

22 brotherhood in about 2013 started trying to -- or 2012 started

23 trying to unify with California or the 40 states that were all

24 unified; is that correct?

25 **A.** Yes, sir.

1  **Q.**  And during that time, who were the wheels?

2  **A.**  Me, Larry Sneed, and Baron Goff.

3  **Q.**  Okay.  Frank Owens was not a part of that at that time;

4  is that correct?

5  **A.**  Correct.

6  **Q.**  Okay.  And I believe you said one of the main reasons you

7  wanted to do that was because you could get more drugs?

8  **A.**  Yeah, everything.

9  **Q.**  Okay.  Now, let's talk about these drugs just a minute.

10  You and Steve Hubanks basically controlled the drugs, did you

11  not?

12  **A.**  Mainly me on the plugs.  I handled the business with the

13  plugs.  We all -- we all done drugs.  I mean --

14  **Q.**  I'm not talking about doing drugs.  I'm talking about the

15  drugs that you got in for -- to either sell inside of the

16  facilities or outside in the free world?

17  **A.**  Every brother that wanted to hustle off of it got -- they

18  got drugs to do or sell.

19  **Q.**  Okay.

20  **A.**  Whichever way you want to do it.

21  **Q.**  But you were -- more or less, you were in charge of the

22  drugs in Northern Mississippi, were you not?

23  **A.**  Yes, sir.

24  **Q.**  Okay.  And most of that money went in your pocket, didn't

25  it?

**A.**   Most of it.

**Q.**   Okay.  That's when you bought these race cars and these motorcycles and all of that, isn't it?

**A.**   Yes, sir.

**Q.**   With that money?

**A.**   Yes, sir.

**Q.**   And very little of that money went into the Aryan Brotherhood, did it not?

**A.**   Well, sir, I started it out with my own money.  It escalated into helping them, but it's mainly me on the drugs.

**Q.**   Okay.  So this wasn't an Aryan Brotherhood enterprise. This was your enterprise, wasn't it?

**A.**   Well, that's how it started out, you know, but it -- I paid brothers' dues.  I paid for their drug habits or their debts, made bond, care packages.

**Q.**   But these were people that were working for you, were they not?

**A.**   No, not all of them.

**Q.**   Not all of them, but most of them?

**A.**   Some of them was.

**Q.**   Okay.  So if the treasurer were to get up here, he wouldn't really have any knowledge of how much money you made off of this, would he?

**A.**   He'd probably give you a guesstimation, but, no, he wouldn't know.

1   **Q.**   Because none of the money went through him, did it?

2   **A.**   Huh?

3   **Q.**   None of the money went through the treasurer for the

4   Aryan Brotherhood, did it?

5   **A.**   No.

6   **Q.**   And the people that smuggled drugs in to you, you paid

7   them to do that, did you not?

8   **A.**   Yes, sir.

9   **Q.**   And if it had been an Aryan Brotherhood, then you could

10   have just simply ordered them to, couldn't you?

11   **A.**   Well, throwing them over the fence and stuff was all

12   brothers.  90 percent of them were brothers.  They still got

13   paid to do it.

14   **Q.**   But you still paid them?

15   **A.**   Yes, sir.

16   **Q.**   Okay.  You didn't have to just order them?

17   **A.**   No.

18   **Q.**   Because it was your business, right?

19   **A.**   Pretty much.

20   **Q.**   Now, Stephen Hubanks was also a wheel during this period

21   of time, 2013, was he not?

22   **A.**   He -- he come in, like, the last part -- right before we

23   got lockdown, he stepped up to the wheel.

24   **Q.**   Okay.  And he kind of took over your operations, did he

25   not, or assisted with them, didn't he?

1  **A.**   He got some drugs from me, yeah.

2  **Q.**   You sold drugs to him?

3  **A.**   Yeah.

4  **Q.**   Did he ever sell drugs for you?

5  **A.**   He got a half ounce one time.

6  **Q.**   One time.  Now, you said it took you years to build this

7  little enterprise that you had of selling drugs, right?

8  **A.**   What I was talking about what I worked on for three

9  years, that was trying to get a lawyer to get my state case

10 overturned.

11 **Q.**   Okay.

12 **A.**   That's what I was working for, and it escalated into way

13 more than what I was anticipating.

14 **Q.**   That's where a lot of your money went, wasn't it?

15 **A.**   Yes, sir.

16 **Q.**   Not to the brotherhood but for your lawyer?

17 **A.**   I did pay 10,000 for a -- down payment on a lawyer, and

18 everything blowed up, and I lost the rest of it.

19 **Q.**   Okay.  Now, Stephen Hubanks, he had a drug problem,

20 didn't he?

21 **A.**   Yes, sir.  We all do.

22 **Q.**   He was -- he smoked marijuana, did he not?

23 **A.**   I'm sure he did.

24 **Q.**   And he took meth, did he not?

25 **A.**   I'm sure he did.

**Q.**   And he also took a drug called Suboxone, didn't he?

**A.**   I'm sure he did.

**Q.**   And this was during the time that you knew him, right?

**A.**   Yes, sir.

**Q.**   Now, they asked you a question about Jeremy Bailey, and you told the Court and the jury what you said that he had said he was going to do to the woman and child, right?

**A.**   Yes, sir.

**Q.**   And that's why he was originally scheduled to be disciplined?

**A.**   Yes, sir.

**Q.**   And I believe you told this court that he originally was going to be issued a KOS, right?

**A.**   Yes, sir.

**Q.**   And then you changed your mind, didn't you?

**A.**   Yes, sir.

**Q.**   Because you and Mr. Hubanks decided that would hurt your business too much for him to have a KOS?

**A.**   At the time that that was going on, it was me, State Raised, and Baron Goff as wheel members.

**Q.**   Okay.  But Hubanks was still working with you, was he not?

**A.**   No, sir.  He was state captain at the time.

**Q.**   Okay.  All right.  So you and Mr. Hubanks decided it would hurt y'all's drug business in North Mississippi too much

1    to have him assaulted, killed, in the Marshall County facility,

2    right?

3    **A.**    No, it was me and Goff.

4    **Q.**    You and Goff decided that?

5    **A.**    Yes, sir.

6    **Q.**    Okay.  So that's why you called it off?

7    **A.**    Well, that, because of business, and the officers -- the

8    gang coordinator and them had already been, you know, I guess,

9    put up on it.  They'd already heard.  So that's why it was all

10   stopped.

11   **Q.**    Okay.  When did you get to know Jeremy Bailey the first

12   time?

13   **A.**    Around about 2011.

14   **Q.**    Okay.  And that was basically over the phone, was it not?

15   **A.**    Yes, sir.

16   **Q.**    And when did he get moved to Marshall County?

17   **A.**    Sometime during 2012.

18   **Q.**    And then you got to know him better; is that correct?

19   **A.**    Yes, sir.

20   **Q.**    And I believe you stated you didn't particularly like him

21   at that time?

22   **A.**    I really didn't.

23   **Q.**    Okay.  And then when you found out about what he

24   threatened to do, you really didn't like him, did you?

25   **A.**    I really didn't like him.  That's why I took myself out

1    of the investigation and left it on State Raised and Goff to

2    investigate, because of mine and his bad -- I guess you call it

3    bad blood we had had before that.

4    **Q.**    Okay. Now, you said that he -- he used to smuggle in ice

5    and telephones and brown for you; is that correct?

6    **A.**    No, sir. He used to sell.

7    **Q.**    He used to sell them for you?

8    **A.**    Yes, sir.

9    **Q.**    Brown is tobacco; is that right?

10    **A.**    Correct.

11    **Q.**    So how long prior to the time that Jeremy Bailey was

12    assaulted did you call off the KOS?

13    **A.**    Well, I can't say for sure but several weeks.

14    **Q.**    Okay. But Jeremy Bailey got knifed, did he not?

15    **A.**    Yes, sir.

16    **Q.**    And that's, I think you said, *lay steel on them*? Is that

17    what y'all normally call that?

18    **A.**    Push steel.

19    **Q.**    Push steel?

20    **A.**    Yes, sir.

21    **Q.**    Okay. And you didn't want that to happen, right?

22    **A.**    Correct.

23    **Q.**    Because it would affect your business, right?

24    **A.**    Right.

25    **Q.**    Okay. But he was not killed, was he?

1    **A.**    No, sir.

2    **Q.**    He's still alive today, is he not?

3    **A.**    Yes, sir.

4    **Q.**    Okay.  And shortly after this, they moved you to

5    Parchman; is that correct?

6    **A.**    Correct.

7    **Q.**    And so your fears were founded.  It did affect your

8    business, did it not?

9    **A.**    Yes, sir.

10   **Q.**    And that pretty well shut down your drug business per se,

11   did it not?

12   **A.**    From what I had going, yes, sir, it did.  It opened up

13   the other avenues, I mean, to what really led to the end.

14   **Q.**    Okay.  Now, Preston Goodwin, I believe, was another

15   brother, was he not?

16   **A.**    Yes, sir.

17   **Q.**    And he owed you money, right?

18   **A.**    Yes, sir.

19   **Q.**    Okay.  And that's why you agreed to lay steel on him,

20   right?

21   **A.**    Well, he caught PC -- after doing all of that, he caught

22   PC.  He lied on the brothers.  He just kept on, multiple

23   things, yes, sir.

24   **Q.**    Okay.  But you were okay with laying steel on him, right?

25   **A.**    Yes, sir.

1  **Q.**    So let me get this straight.  Jeremy Bailey, who had

2  threatened to rape a woman and her 11-year-old child, you

3  didn't want to lay any steel on him because it affected your

4  business, right?

5  **A.**    At the time, yeah.

6  **Q.**    Okay.  Again --

7  **A.**    At first, I agreed with it.

8  **Q.**    Okay.  But you came off of that?

9  **A.**    Because I still -- I mean, do I -- do I agree that he

10  needed it?  Anybody that would do that is nothing in my eyes,

11  sir.

12  **Q.**    But you tried to protect him, didn't you?

13  **A.**    I tried to protect the family as a whole and my business,

14  yes, sir.

15  **Q.**    The whole -- your business?

16  **A.**    Not him -- not personally him but everybody in the big

17  picture you got.  You can't just determine your actions on one

18  or two things.  You've got to keep everybody in mind and what

19  it affects overall.

20  **Q.**    Okay.  But it was really to protect your business, was it

21  not?  Not the Aryan Brotherhood business but your business?

22  **A.**    That and the brotherhood, yeah.

23  **Q.**    But mainly yours, right?  You agree with me on that?

24  **A.**    No, sir, I don't --

25  **Q.**    Oh, you don't?

**A.**    -- agree with you on that.

**Q.**    Okay.  That's fine.  Now, Mr. Mask, after y'all were arrested by the Federal Bureau and stuff and put in -- I think you said they took you down to Greene County; is that correct?

**A.**    Yes, sir.

**Q.**    And you and Frank Owens and several other people were down there; is that correct?

**A.**    Yes, sir.  They locked five of us down there.

**Q.**    Okay.  Y'all were locked basically in different cells in different areas, were you not?

**A.**    We was all right there across -- beside each other, across from each other.  We was in separate cells, but they got, like, open doors, bar doors.

**Q.**    Okay.  So for you to communicate with Frank Owens, he would have had to have talked loudly for you to be able to hear across the hallway, right?

**A.**    Yes, sir, that or throw what we call -- what we call a card.  It's a wadded-up book on a string.  We sling it from one cell to another and pass -- pass stuff back and forth.

**Q.**    That's not how y'all talked, though.  Y'all basically talked across the hall?

**A.**    At times, yes, sir.

**Q.**    Okay.  So you're saying that he hollered across the hall so everybody in the cell could hear telling about what happened to Skip, right?

1    **A.**    No, sir.  We communicate through letters and notes more

2    than anything when we talked about business, or sign language,

3    you know, hand signals and stuff like that.

4    **Q.**    Mr. Mask, one last question I want to ask you about.

5    You've entered into a plea agreement; is that not correct?

6    **A.**    Yes, sir.

7    **Q.**    And I believe you told this court that your plea

8    agreement called for you to plead guilty to the gun charge and

9    to the meth -- to the drug charge; is that correct?

10   **A.**    To the RICO.

11   **Q.**    To the RICO.  Not the other two charges, just the RICO;

12   is that not correct?

13   **A.**    Count 1.  That's all I pled to.

14   **Q.**    Okay.  So when you said that you were pleading to the gun

15   charge and the drug charges, that's not right, is it?

16   **A.**    Well, that's -- it would cover -- the RICO covers all of

17   it.

18   **Q.**    I know, but you just pled just to the RICO, did you not?

19   **A.**    Count 1, yes, sir.

20          **MR. SUMRALL:**  Court's indulgence.

21          **THE COURT:**  Yes, sir.

22      (CONFERRING OFF THE RECORD.)

23          **MR. SUMRALL:**  No further questions, Your Honor.

24          **THE COURT:**  Okay.  Mr. Turner, you may proceed with

25   cross-examination on behalf of your client.

1     **MR. TURNER:**  Thank you, Your Honor.

2                    **CROSS-EXAMINATION**

3     **BY MR. TURNER:**

4     **Q.**    Mr. Mask, my name is Joshua Turner.  I represent Eric

5     Parker.

6     **A.**    Glad to meet you.

7     **Q.**    Have you ever met Eric Parker?

8     **A.**    No, sir.

9     **Q.**    Have you ever talked to him on the phone?

10    **A.**    No, sir.

11    **Q.**    Have you ever communicated with him in any way?

12    **A.**    No, sir.

13    **Q.**    Okay.  In the transcripts that you were going over with

14    Mr. Leary --

15    **A.**    Yes, sir.

16    **Q.**    -- Eric Parker was mentioned?

17    **A.**    Yes, sir.

18    **Q.**    There was another time when an Eric was mentioned.  Could

19    that be Eric Dyson?

20    **A.**    No, sir.  When -- when we was talking about that, it was

21    Eric Parker they was talking about.

22    **Q.**    Okay.  Well, there were -- all right.  There was a moment

23    where it said something about "We need to get with State Raised

24    and Eric about that."

25    **A.**    Oh, that was Eric Miles.

1  **Q.**   Eric Miles?

2  **A.**   Yes, sir.

3  **Q.**   Okay.

4  **A.**   That was the captain over Marshall County.

5  **Q.**   All right.

6          **MR. TURNER:**  Your Honor, may I approach the witness?

7          **THE COURT:**  Yes, sir.

8  **BY MR. TURNER:**

9  **Q.**   This is Exhibit 25 that I'm going to show you.  If you

10  would look at that.  And I'm going to help you, okay?

11  **A.**   All right.

12  **Q.**   There's an Eric that's listed in here.

13  **A.**   Yes, sir.

14  **Q.**   Who would that be?

15  **A.**   That would be Eric Miles.

16  **Q.**   Okay.  That's all I was trying to get at there with you

17  and try to clarify that.  I appreciate that.

18          Now, you have given an enormous amount of testimony about

19  this conspiracy that you were in control of while you were in

20  Marshall County, correct?

21  **A.**   Yes, sir.

22  **Q.**   And let me back up.  You said that you became addicted to

23  methamphetamines at the age of 15; is that correct?

24  **A.**   Around -- around the age of 15.

25  **Q.**   All right.  When did you stop using methamphetamines?

1   **A.**    When they locked us down.

2   **Q.**    Would you agree with me that you were still using the

3  drugs while you were in prison?

4   **A.**    Oh, yes, sir.  Yes, sir.  I ain't going to deny it.

5   **Q.**    Okay.  Did you also use some of the MDMA?

6   **A.**    I tried it, yes, sir.

7   **Q.**    What does -- what does meth do to a person?

8   **A.**    You just forget about your troubles.  Sort of numbs the

9  reality of stuff.

10   **Q.**    Did it cause you some confusion?

11   **A.**    I mean, not -- no, not really, I don't guess.  I mean, I

12  don't know.  It just sort of -- just sort of enheightens (sic)

13  everything.

14   **Q.**    Okay.  In your direct testimony with Mr. Leary, you

15  said -- and I wrote this down, because it was important -- each

16  one had their own thing.  And then when you were talking to

17  Mr. Sumrall, you said "my business."

18        Eric Parker did not have anything to do with the firearms

19  that were mentioned, correct?

20   **A.**    Correct.

21   **Q.**    And Eric Parker didn't have anything to do with enriching

22  your business of methamphetamines, correct?

23   **A.**    I didn't even know Eric.

24   **Q.**    I understand that, but there's a reason I'm asking these

25  questions.  I'm anticipating your answer, but the jury needs to

1  hear it from you, okay?

2  **A.**   Okay.

3  **Q.**   Eric Parker didn't help you traffic any of those drugs

4  that were coming from California, correct?

5  **A.**   Correct.

6  **Q.**   Eric Parker didn't intimidate anyone so that your

7  methamphetamine business could continue, correct?

8  **A.**   Correct.

9  **Q.**   Eric Parker never received any of the financial part of

10 what you gained from the methamphetamines, correct?

11 **A.**   Like I said, I never met Eric.  Never had no business

12 with him.  They had their own thing going down south that I

13 didn't have nothing to do with and I had what I had going.  He

14 didn't have nothing to do with what I had going.

15 **Q.**   Okay.  So would it -- I might can summarize this.  Would

16 it be fair to say that everything that you testified about that

17 you had going on with Mr. Owens, Mr. Hubanks, Mr. Pugh, that

18 that -- that Mr. Parker had nothing to do with that; is that

19 correct?

20 **A.**   Correct.

21          **MR. TURNER:**  Court's indulgence, Your Honor.

22          **THE COURT:**  Yes, sir.

23     (CONFERRING OFF THE RECORD.)

24          **MR. TURNER:**  I apologize, Your Honor.  I'm just going

25 over a few things with my client.

1     **THE COURT:** Take your time.

2     **MR. TURNER:** Yes, sir.

3   (CONFERRING OFF THE RECORD.)

4 **BY MR. TURNER:**

5 **Q.**  This plan that you've discussed, as Mr. Leary has asked

6 you about the transcripts, it originated in 2013, correct?

7 **A.**  Started, like, 2012.

8 **Q.**  Okay. All right.

9     **MR. TURNER:** That's all I have, Your Honor. Thank

10 you.

11     **THE COURT:** Very well. Okay. Ladies and gentlemen of

12 the jury, we're midafternoon. We'll take a 20-minute recess.

13 All of my previous precautions apply. Court is in recess for

14 20 minutes.

15   (JURY OUT.)

16   (RECESS TAKEN AT 2:46 P.M. UNTIL 3:09 P.M.)

17   (JURY IN.)

18     **THE COURT:** Okay. The government may call your next

19 witness.

20     **MR. LEARY:** Your Honor, I have a brief amount of

21 redirect if it pleases the Court.

22     **THE COURT:** Oh, I'm sorry. Yes. Okay. Redirect.

23     **MR. LEARY:** Thank you, Your Honor.

24       **<u>REDIRECT EXAMINATION</u>**

25 **<u>BY MR. LEARY:</u>**

1   **Q.**   Mr. Mask, did you ever talk to Frankie Owens about

2   unification with California?

3   **A.**   Yes, sir.

4   **Q.**   Was he in favor of it?

5         **MR. SUMRALL:**  Your Honor, that's not proper redirect.

6   We did not go into that.

7         **THE COURT:**  I don't believe it was mentioned on cross.

8   The objection is sustained.

9   **BY MR. LEARY:**

10   **Q.**   Mr. Mask, concerning the methamphetamine trafficking

11   activities, I believe you named nine Aryan Brotherhood members

12   who assisted you by throwing methamphetamine over the fence in

13   Marshall County; is that correct?

14   **A.**   I can't remember the number.  It's several of them, yes,

15   sir.

16   **Q.**   You utilized the money you made from selling drugs to try

17   to build up money to pay a lawyer; is that right?

18   **A.**   Yes, sir.

19   **Q.**   But you also used that money for the benefit of the Aryan

20   Brotherhood; is that correct?

21   **A.**   That's correct.

22   **Q.**   Did you pay AB dues on behalf of other people?

23   **A.**   Yes, sir.

24   **Q.**   Did you pay bonds on behalf of other Aryan Brotherhood

25   members?

1  **A.**    Yes, sir.

2  **Q.**    Did you support their families with your drug trafficking

3  proceeds?

4  **A.**    Yes, sir.

5  **Q.**    Did you send them care packages when they came into your

6  facility?

7  **A.**    Yes, sir.

8  **Q.**    Did the care packages oftentimes include drugs?

9  **A.**    Yes, sir.

10 **Q.**    Was the Aryan Brotherhood intimately involved in your

11 methamphetamine trafficking activities?

12 **A.**    Yes, sir.

13 **Q.**    In Jackson, Mississippi, who facilitated the introduction

14 between you and McClemore?

15         **MR. SUMRALL:**  Objection, Your Honor.  It's not proper

16 redirect.  We did not go into anything about that.

17         **MR. LEARY:**  Your Honor, if I may respond.

18         **THE COURT:**  Yes.

19         **MR. LEARY:**  He's trying to show that the

20 methamphetamine trafficking activity was purely Perry Mask, and

21 what I'm showing is Aryan Brotherhood involvement.

22         **THE COURT:**  Okay.  Okay.  That's enough.  Go ahead.

23 The objection is overruled.

24         **MR. LEARY:**  Thank you, Your Honor.

25         **THE COURT:**  Link it up.

**BY MR. LEARY:**

**Q.** In Jackson, Mississippi, who facilitated the connection between and you McClemore?

**A.** The first time it was Baron Goff, and the next time it was Butterbean.

**Q.** Are both of those Aryan Brotherhood members?

**A.** Yes, sir.

**Q.** And explain how CC facilitated that connection.

**A.** He -- he had just got out not long before that, was looking for a connection too. He knew about Dog but couldn't get his foot in the door. And after I got my foot in the door, he come in the same -- like, two days later, he become -- Butterball got him in the door too.

**Q.** Was William Carroll the central area captain for the Aryan Brotherhood?

**A.** Yes, sir.

**Q.** Did he participate with you in narcotics dealings with Dog?

**A.** Yes, sir.

**Q.** Who facilitated the methamphetamine transaction in California?

**A.** CC.

**Q.** And he's the same CC that's a central area captain of the Aryan Brotherhood?

**A.** Yes, sir.

1 **Q.** How did Larry Sneed introduce you to the Texas

2 methamphetamine traffickers?

3 **A.** He was on his own with Pedro, and Larry had called me,

4 said he was getting a lot of cocaine out of Texas for the

5 gangsters. I asked him could he get any ice. He said he'd let

6 me know. So a couple of days later, he calls me and has him on

7 the phone. He set up the first pound.

8 **Q.** I ask you again, was the Aryan Brotherhood intimately

9 involved in your methamphetamine transactions?

10 **A.** Yes, sir.

11 **Q.** Was Frankie Owens supplying methamphetamine to Jeremy

12 Bailey?

13 **A.** Yes, sir.

14 **Q.** How many calls did you just listen to where you talked

15 about methamphetamine trafficking with Frankie Owens?

16 **A.** Several.

17 **Q.** Did you hear Frankie Owens talk about *pushing steel* on

18 Preston Goodwin?

19 **A.** Yes, sir.

20 **Q.** Now, in the RICO charge that you pled guilty to, does

21 that one RICO charge include a pattern of racketeering activity

22 for that enterprise?

23 **MR. SUMRALL:** Objection, Your Honor.

24 **A.** Yes, sir.

25 **MR. SUMRALL:** It calls for a conclusion on this

witness's --

THE COURT: Okay. Question of law. The indictment speaks for itself. The objection is sustained.

Ladies and gentlemen, I told you that when we started the trial, what was included in Count 1.

BY MR. LEARY:

Q. Did you plead guilty to drugs?

A. Yes, sir.

Q. Guns?

A. Yes, sir.

Q. Money laundering?

A. Yes, sir.

Q. Assaults?

A. Yes, sir.

Q. Let me ask you this. Did Frankie Owens ever break the Aryan Brotherhood constitution and commit an act of violence that he was not authorized to do?

A. Yes, sir.

MR. SUMRALL: Objection, Your Honor.

THE COURT: Okay. That's beyond the scope of cross-examination. Objection sustained.

BY MR. LEARY:

Q. Who elevated the smash to a kill on sight order on Preston Goodwin?

MR. SUMRALL: Same objection, Your Honor.

1    **THE COURT:**  Okay.  The objection is sustained.  That's

2    not within the cross-examination.

3    **MR. LEARY:**  No further questions, Your Honor.

4    **THE COURT:**  Okay.  This witness is excused.  You may

5    call your next witness.

6    **MR. DABBS:**  Your Honor, the government would call

7    Jeremy Bailey.

8    **THE COURT:**  Very well.

9    (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

10   **COURTROOM DEPUTY:**  Please take a seat in the witness

11   stand.  Now state your name for the record.

12   **THE WITNESS:**  Jeremy Bailey.

13   **COURTROOM DEPUTY:**  Will you spell that, please.

14   **THE WITNESS:**  J-e-r-e-m-y B-a-i-l-e-y.

15   **THE COURT:**  You may proceed.

16   **MR. DABBS:**  Thank you, Your Honor.

17   **JEREMY BAILEY, GOVERNMENT'S WITNESS, AFTER BEING DULY SWORN,**

18   **WAS EXAMINED AND TESTIFIED AS FOLLOWS:**

19   <u>**DIRECT EXAMINATION**</u>

20   **BY MR. DABBS:**

21   **Q.**   Mr. Bailey, what do people call you?

22   **A.**   Jeremy.

23   **Q.**   Do you have a nickname?

24   **A.**   No, sir.

25   **Q.**   How old are you?

1    **A.**    Thirty-seven years old.

2    **Q.**    Where were you born?

3    **A.**    Born in Eubanks, Virginia.

4    **Q.**    Where did you grow up?

5    **A.**    West Virginia.

6    **Q.**    What was your family like when you grew up?

7    **A.**    Great.

8    **Q.**    Have you had a number of felony convictions in your past?

9    **A.**    I've had a few.

10   **Q.**    And you've done some time in prison; is that right?

11   **A.**    Yes, sir.

12   **Q.**    Did you do some time in Wisconsin?

13   **A.**    Yes, sir.

14   **Q.**    How long did you do there?

15   **A.**    Nine months.

16   **Q.**    Okay.  And then did you get into some trouble in Lee

17   County, Mississippi?

18   **A.**    Yes, sir, I did.

19   **Q.**    And then, eventually, did you end up in Mississippi state

20   prison?

21   **A.**    Yes, sir.

22   **Q.**    How long was your sentence?

23   **A.**    I had a five-year sentence, and then I had a three-year

24   sentence.  I did 53 months on it.

25   **Q.**    You did 53 months?

1    **A.**   Yes, sir.

2    **Q.**   What was that for?

3    **A.**   Possession to sale narcotics.

4    **Q.**   Okay.  Now, how did you get involved in crime?

5    **A.**   How I got involved in it?  I couldn't -- I really don't

6    even know how to answer that.

7    **Q.**   Have you -- have you used drugs in the past?

8    **A.**   In my past, I have.

9    **Q.**   Has that -- did that -- did that contribute to your -- to

10   your criminal conduct?

11   **A.**   Yes, sir.

12   **Q.**   Okay.  How much time have you actually done in prison?

13   **A.**   I've probably done seven years of my life.

14   **Q.**   Now, in this -- in this case, have you cooperated with

15   the government?

16   **A.**   Yeah.

17   **Q.**   Now, you have not been charged in this RICO case, have

18   you?

19   **A.**   No, sir.

20   **Q.**   Okay.  And you haven't been charged by the federal

21   government in this case?

22   **A.**   No, sir.

23   **Q.**   Okay.  Is it your understanding that the government has

24   agreed, as long as you're truthful, that we're not going to use

25   your statements against you; is that right?

1  **A.**   Yes, sir.

2  **Q.**   Okay.  But you had to serve whatever state time you had;

3  is that right?

4  **A.**   Yes, sir.

5  **Q.**   And now are you out of prison?

6  **A.**   Yes, sir.

7  **Q.**   Okay.  And you're out of prison because you've served the

8  state sentence that you had?

9  **A.**   Yes, sir.

10 **Q.**   Okay.  Are you familiar with the Aryan Brotherhood?

11 **A.**   Yes, sir.

12 **Q.**   Have you ever been a member of the Aryan Brotherhood?

13 **A.**   Yes, sir.

14 **Q.**   When did you join?

15 **A.**   2008.

16 **Q.**   How did you get started with the Aryan Brotherhood?

17 **A.**   By helping another member in a fight basically.

18 **Q.**   Were you in prison at the time or in the free world?

19 **A.**   I was in a county jail.

20 **Q.**   In a county jail?

21 **A.**   (Nods head up and down.)

22 **Q.**   When you officially joined, were you in the free world or

23 in the jail?

24 **A.**   I actually got my brand in the free world -- put on in

25 the free world.

1   **Q.**   What is a brand?

2   **A.**   A brand is what -- you know, it -- it's what you got to

3   have on you in order to be a member of the Aryan Brotherhood.

4   It's what you've got to earn.

5   **Q.**   Is it a tattoo?

6   **A.**   Yes, sir.

7   **Q.**   And after you got your brand, did you end up back in

8   prison?

9   **A.**   Yes, sir.

10  **Q.**   Have you ever been incarcerated in Marshall County?

11  **A.**   Yes, sir.

12  **Q.**   Is that sometimes referred to as MCCF?

13  **A.**   That's exactly what it's referred to.

14  **Q.**   Okay.  What is a spoke?

15  **A.**   A shot caller.

16  **Q.**   What does that mean?  Explain what a *shot caller* is.

17  **A.**   It means they make the final calls on any orders for the

18  Aryan Brotherhood.

19  **Q.**   So are those the leaders of the Aryan Brotherhood?

20  **A.**   Yes, sir.

21  **Q.**   Is that kind of like a general?

22  **A.**   Yeah.

23  **Q.**   When you were incarcerated in Marshall County, who were

24  the spokes that you remember?

25  **A.**   Perry Mask, Frank Owens, Baron Goff.

1  **Q.**   Okay.  Let me ask you this.  Does the Aryan Brotherhood

2  have pretty strict rules?

3  **A.**   Very strict.

4  **Q.**   What is the penalty for testifying against a spoke?

5  **A.**   Automatic KOS.

6  **Q.**   And what's a KOS?

7  **A.**   Kill on sight.

8  **Q.**   Are you familiar with Frankie Owens?

9  **A.**   Yes, sir.

10  **Q.**   Where did you get to meet Frankie Owens?

11  **A.**   Marshall County.

12  **Q.**   Is he in the courtroom today?

13  **A.**   Yes, sir.

14  **Q.**   Could you point him out for us?  What shirt is he

15  wearing?

16  **A.**   He's wearing, looks like, a checkered shirt over there.

17  **Q.**   Okay.  Were you ever incarcerated with Frankie Owens?

18  **A.**   Yes, sir.

19  **Q.**   Were you in the same area of the prison or different

20  areas?

21  **A.**   I was in the same zone with him.

22  **Q.**   So what does that mean?

23  **A.**   It means the zone they put us on -- there's several

24  different zones in the facility, and different zones is

25  separated.  We was on the same -- basically the same pod, just

1    different rooms.

2    **Q.**    Does that mean that you could interact face-to-face?

3    **A.**    Oh, yeah.

4    **Q.**    Okay.  Have you ever been stabbed, Mr. Bailey?

5    **A.**    Yes, sir.

6    **Q.**    I want to ask you some questions about that today.  Where

7    were you when you were stabbed?

8    **A.**    Marshall County.

9    **Q.**    And on the day of the stabbing, that morning, did you

10   have an altercation with Frankie Owens?

11   **A.**    Yeah, me and Frank had an altercation.

12   **Q.**    What happened?

13   **A.**    We had a little dispute about another brother owing me

14   money -- another AB owing me money.  And the dispute about my

15   money, like, the situation wasn't getting handled, because

16   you've got to go through a certain chain of command.  And I did

17   follow those orders to go through the chain of command, but

18   nothing was getting done.  So me and him had an altercation

19   about this brother paying me the money.

20        So I basically went in his room and told him we was going

21   to make the situation come to an end.  I left his room, went to

22   my room, was sitting down on my cell phone.  He come in and

23   punched me.  We got to fighting.  We fought three -- three

24   different times that day.

25   **Q.**    With Frankie Owens?

1  **A.**   With Frank Owens.

2  **Q.**   And at the time, were you a member of the Aryan

3  Brotherhood?

4  **A.**   Yes, sir.

5  **Q.**   Was Mr. Owens a member of the Aryan Brotherhood?

6  **A.**   Yes, sir.

7  **Q.**   And what was his rank?

8  **A.**   He was a wheel member.

9  **Q.**   Did you have a rank at the time?

10  **A.**   Yes.  I was the SOA.  They just had put me in the SOA

11  position.

12  **Q.**   And what does that mean?

13  **A.**   Sergeant-of-arms.

14  **Q.**   What does a sergeant-of-arms do?

15  **A.**   The sergeant-of-arms usually writes up violations.

16  **Q.**   Now, later on that day, did you go to a church meeting?

17  **A.**   Yes, sir.

18  **Q.**   Now, the Aryan Brotherhood calls its meetings church

19  sometimes; is that right?

20  **A.**   Yeah.

21  **Q.**   This is not AB church, though; is that right?

22  **A.**   No.

23  **Q.**   This is an actual Christian church at the jail?

24  **A.**   Yes.  It's what they hold for the facility at Marshall

25  County.

1   **Q.**   So it's not an Aryan Brotherhood function?

2   **A.**   No.

3   **Q.**   Okay.  Who did you go to church with that night?

4   **A.**   Out of my zone, me and Frank Owens went.

5   **Q.**   Did anybody else go with you and sit with you?

6   **A.**   Two other brothers showed up at church.

7   **Q.**   And who were they?

8   **A.**   Jason Johnson and Ricky Jenkins.

9   **Q.**   All right.  Does -- Jason Johnson, does he go by anything

10   else?  Does he have a nickname?

11   **A.**   JJ.

12   **Q.**   What about Ricky Jenkins?

13   **A.**   Scissorhands.

14   **Q.**   Scissorhands?

15   **A.**   (Nods head up and down.)

16   **Q.**   So what happened after church ended?

17   **A.**   We got up.  You carry your chairs to church from the

18   zones.  Me and JJ was in pretty much a discussion about my

19   money.  He give me a Green Dot, which I put in my sock.  When

20   church was over, we stood up, started walking out.  Frankie and

21   Scissorhands followed behind us.

22   **Q.**   Let me stop you right there.  Did JJ owe you money?

23   **A.**   Yes.

24   **Q.**   Okay.  Is he the brother that owed you money?  Is that

25   why you got in a fight with Frankie that morning?

1  **A.**    It was the main issue about why me and him got to

2  fighting.

3  **Q.**    Okay.  And you're walking out of church with JJ holding

4  your chairs.  Where is Scissorhands?

5  **A.**    He's at the back right of me.

6  **Q.**    How far away is he?

7  **A.**    A foot.

8  **Q.**    What about -- is Frankie Owens there?

9  **A.**    To the left of me behind me.

10  **Q.**    How far away is he?

11  **A.**    A foot.

12  **Q.**    So he's right behind you?

13  **A.**    Both of them.

14  **Q.**    Okay.  And where is Jason Johnson?

15  **A.**    Right beside me.

16  **Q.**    Okay.  So what happened at that point?

17  **A.**    They started stabbing me.  Scissorhands started stabbing

18  me.

19  **Q.**    And what happened -- what happened to you?

20  **A.**    I mean, my adrenaline went through the sky.  I got hit

21  six times before I realized I was getting hit.  I hit the

22  ground, bounced away from it.  Got back in the church.

23  **Q.**    And what happened after that?

24  **A.**    I backed into a stall where I felt my pants started to

25  sag off of me from the blood running down my back.  My

1 adrenaline was pumping so hard, it took me a minute to realize

2 I'd been getting stabbed up.  And they started surrounding me,

3 the preacher and others, and I kind of just backed up from

4 them.  I didn't know who to trust at the time.

5 **Q.**    Did the officers at the jail eventually intervene?

6 **A.**    Yeah, they started coming in.  They -- once I started

7 seeing them -- I think they had blue shirts on at that time --

8 I started calming down a little bit.

9 **Q.**    Did you have to get treated for the wounds?

10 **A.**    Yeah.

11 **Q.**    Does the jail have something like a hospital?

12 **A.**    Yeah.

13 **Q.**    Did you have to go off site -- did you have to leave the

14 jail and go to the hospital, or did you stay at the jail?

15 **A.**    No.  They put me on a gurney and rolled me down the

16 hallway, put me in a room, and stapled me up.  Give me a pain

17 shot in my butt.  Throwed me on the bed.  Sent me to the hole

18 the next day.

19 **Q.**    All right.  So they stapled you up.  What does that --

20 what does that mean?

21 **A.**    Well, I got hit six times with a shank about like that

22 (indicating).  I was split open pretty good.  I mean, they --

23 however they staple you back up is how they did it.  I mean, I

24 don't really know how to tell you how they stapled it up,

25 because I was laying face down.

**Q.** And you spent one night in the -- could you call it
something like an infirmary?

**A.** That's what it was. It's a penitentiary infirmary. They
got hospitals on -- in most of these penitentiaries down here,
they got hospitals on site for violence and old people, for
everything. You know, they -- most penitentiaries has got to
have it.

**Q.** Were there nurses or doctors there to take care of you?

**A.** Yeah.

**Q.** And what happened after you spent the night in the
infirmary?

**A.** Basically, the next day -- they treated me that evening,
and they -- I think Marshall County holds some kind of law
about how long they could hold you in hospitalization there, so
they took me from there to the very next room over, which was
isolation, and they put me in a single cell and basically left
me there to heal up.

**Q.** At the time you were stabbed -- why did you think you
were stabbed at the time when it happened when you realized it
was the Aryan Brotherhood?

**A.** Well, I felt in my heart most of it was that I got to
fighting with him, Frank Owens, that day, but I had an
altercation with Perry Mask a month before.

**Q.** And what was that altercation about?

**A.** Him talking to a female that I told him he didn't need to

1  be talking to.

2  **Q.** Did you become aware after the stabbing of a text message

3  that you -- they accused you of sending?

4  **A.** Yes, sir.

5  **Q.** Okay. Let me just ask you this. Have you ever sent a

6  text message to a female threatening to rape her little girl?

7  **A.** Never.

8  **Q.** But have you sent a text message to that same female

9  threatening her?

10 **A.** Yes.

11 **Q.** Okay. And what's her name?

12 **A.** Stacy Hood.

13 **Q.** Stacy Hood. So you did send a text message to Stacy Hood

14 threatening to rape her or have sex with her in front of her

15 husband; is that right?

16 **A.** Yes, sir.

17 **Q.** And in front of her child; is that right?

18 **A.** (Nods head up and down.) Yes, sir.

19 **Q.** Okay. Did you ever threaten to hurt or rape a little

20 girl?

21 **A.** Never.

22 **Q.** Did you know about that text -- did you realize that was

23 going on before you were stabbed?

24 **A.** No.

25 **Q.** Did you have any idea that the Aryan Brotherhood had you

1   marked to be stabbed?

2   **A.**   No.

3   **Q.**   What is an SOS?

4   **A.**   Smash on sight.

5   **Q.**   And what is a KOS?

6   **A.**   Kill on sight.

7   **Q.**   Who has to give the orders for an SOS?

8   **A.**   The wheel members, the spokes, the shot callers.

9   **Q.**   What about a KOS?

10  **A.**   The wheels, the spokes, the shot callers.

11  **Q.**   Now, when you get stabbed, is that an SOS or a KOS?

12  **A.**   That's a KOS.

13  **Q.**   Are you familiar with the weapon that was used to stab

14  you?

15  **A.**   (Nods head up and down.)

16  **Q.**   How long was it?

17  **A.**   I mean, I couldn't exactly tell you how long it was, but

18  I know the ones that was made that -- one of them that did stab

19  me, they was -- I don't know -- varied from anywhere from

20  four inches long to eight inches long.

21  **Q.**   Was it metal?  Plastic?

22  **A.**   Metal.

23  **Q.**   Are you familiar with Green Dot cards?

24  **A.**   Yes, sir.

25  **Q.**   Are Green Dot cards used in the jail?

1  **A.**   Yes, sir.

2  **Q.**   What are they used for?

3  **A.**   Several things.  Money transaction, order canteen, drug

4  movement, phone movement, pay people off, pay police off,

5  anything really.

6  **Q.**   Can you use a Green Dot card to -- is that kind of like

7  money in prison?

8  **A.**   That's it.  That is our money in prison.

9  **Q.**   Now, as a member of the Aryan Brotherhood, are you

10 familiar with any attempt to unify with California?

11 **A.**   Yes, sir.

12 **Q.**   What about Frankie Owens?  Are you aware of Frankie Owens

13 ever participating in phone calls about the unification in

14 California?

15 **A.**   Yes, sir.  I held security at my door for him while he

16 was on the phone with California about the new brands and

17 stuff.

18 **Q.**   You held security at the door?

19 **A.**   (Nods head up and down.)

20 **Q.**   And Frankie Owens was on the phone?

21 **A.**   (Nods head up and down.)

22 **Q.**   Now, how do you know he was talking about unification on

23 the phone?

24 **A.**   Because I stood there and listened to what he was talking

25 about.

1  **Q.**    Okay.  What about paperwork, did he have any paperwork

2  out?

3  **A.**    All across the top bunk.

4  **Q.**    Now, what -- when you talk about paperwork with the Aryan

5  Brotherhood, what is paperwork?

6  **A.**    Our laws, our values, our code of ethics, our code of

7  honor.

8  **Q.**    Would the constitution be included in that?

9  **A.**    Constitution.

10  **Q.**    Okay.

11          **MR. DABBS:**  Your Honor, may I approach the witness?

12          **THE COURT:**  Yes, sir.

13  **BY MR. DABBS:**

14  **Q.**    Mr. Bailey, I'm going to hand you two pictures.  I want

15  you to tell me if you can recognize those pictures.

16  **A.**    That's my back.

17  **Q.**    That's your back?

18  **A.**    Uh-huh.

19  **Q.**    Okay.

20  **A.**    That's my arm and my back.

21  **Q.**    And do those pictures show scars from your stabbing

22  wounds?

23  **A.**    Yes.

24  **Q.**    Okay.  Is that a true and accurate depiction of your back

25  and those scars?

A.    That's exactly it.

      MR. DABBS:  Your Honor, at this time, the government
would move to admit these two pictures as the next two numbered
exhibits.

      THE COURT:  Okay.  Has counsel opposite seen them?

      MR. SUMRALL:  Yes, we have, Your Honor.

      MR. TURNER:  Yes, Your Honor.

      THE COURT:  It will be exhibits --

      COURTROOM DEPUTY:  G-26 and G-27.

      MR. DABBS:  Your Honor, may I put them on the ELMO?

      THE COURT:  Is there any objection to the
admissibility of these photographs?

      MR. TURNER:  No, Your Honor.

      MR. SUMRALL:  No, Your Honor.

      THE COURT:  Okay.  Exhibits D-26 -- excuse me -- G-26
and G-27 are admitted, and you may exhibit them to the jury
through the electronic presenter.

      MR. DABBS:  Thank you, Your Honor.

      (EXHIBIT NOS. G-26 and G-27 ADMITTED INTO EVIDENCE.)

BY MR. DABBS:

Q.    Now, Mr. Bailey, as you said, this is your back?

A.    Yes, sir.

Q.    All right.  What do I see right here (indicating)?  I
just circled it on the screen.

A.    Can I get a drink of this water?

1   **THE COURT:** Let's see. Is his monitor on?

2   **BY MR. DABBS:**

3   **Q.** Can you see that picture on the monitor?

4   **A.** Yes, sir.

5   **Q.** What am I looking at right here on your back

6   (indicating)?

7   **A.** One of the knife wounds.

8   **Q.** That's where you were stabbed. Now, who stabbed you?

9   **A.** Ricky Jenkins, Scissorhands.

10  **Q.** And who gave the order to stab you?

11  **A.** Frankie Owens and Perry Mask.

12  **Q.** Where was Mr. Owens standing when you were stabbed?

13  **A.** To the back left of me.

14  **Q.** Is that a scar on your back right there (indicating),

15  Mr. Bailey?

16  **A.** Yes, sir.

17  **Q.** What is that from?

18  **A.** Knife wound.

19  **Q.** Was that the most significant wound here?

20  **A.** Yeah.

21  **Q.** And how many times did they hit you?

22  **A.** What they told me, six, you know.

23  **Q.** Have you ever heard the phrase *push steel*?

24  **A.** Yeah.

25  **Q.** What does that mean?

1  **A.**    Push steel.  It means stab you.

2  **Q.**    Is that what happened to you?

3  **A.**    Yeah.

4  **Q.**    And who gave the order to stab you?

5  **A.**    Frank Owens and Perry Mask.

6          **MR. DABBS:**  Your Honor, that's all the questions I

7  have.

8          **THE COURT:**  Okay.  Mr. Sumrall, on behalf of

9  Mr. Owens, you may cross-examine this witness.

10                    <u>CROSS-EXAMINATION</u>

11  <u>BY MR. SUMRALL:</u>

12  **Q.**    Mr. Bailey, I believe you stated you know Stacy Hood; is

13  that correct?

14  **A.**    I do.

15  **Q.**    How do you know her?

16  **A.**    She used to be an ex-girlfriend.

17  **Q.**    Okay.  And did you send her a text threatening her?

18  **A.**    I have sent her a text threatening her.

19  **Q.**    Okay.  And you also sent her a text threatening her and

20  her child -- 11-year-old child, did you not?

21  **A.**    No, I did not send no text threatening her child.

22  **Q.**    Okay.  So Perry Mask is lying when he says that you

23  admitted to him that you did; is that correct?

24  **A.**    Yes, he is.

25  **Q.**    And Steve Hubanks is lying when he says --

1          **MR. DABBS:**  Objection, Your Honor.  That's improper

2  cross.  Talking about the testimony of other witnesses.

3          **THE COURT:**  Beg your pardon?

4          **MR. DABBS:**  He's crossing him on the testimony of

5  other witnesses that he hasn't heard.

6          **THE COURT:**  Okay.  I'll permit it on cross if -- if

7  such a statement was ever made.  Go ahead and ask your question

8  again, Mr. Sumrall.

9          **MR. SUMRALL:**  Okay.

10  **BY MR. SUMRALL:**

11  **Q.**   Steve Hubanks, he was lying if he said that you sent a

12  text threatening an 11-year-old child; is that correct?

13  **A.**   Yes, he was.

14  **Q.**   Matter of fact, that's why you got stabbed, wasn't it,

15  because of that text message, was it not?

16  **A.**   That's what they -- that's what they stabbed me on, what

17  they say was their reasons.

18  **Q.**   Okay.  But that's the main reason, wasn't it?

19  **A.**   That's what they say.

20  **Q.**   Okay.

21          **MR. SUMRALL:**  Nothing further, Your Honor.

22          **THE COURT:**  Mr. Turner on behalf of Mr. Parker.

23          **MR. TURNER:**  Your Honor, we have no questions of this

24  witness.

25          **THE COURT:**  No questions.  Any redirect, Mr. Dabbs?

1         **MR. DABBS:**  Just briefly, Your Honor.

2                **REDIRECT EXAMINATION**

3 **BY MR. DABBS:**

4 **Q.**   Mr. Bailey, he asked you about this text message.  When

5 you forward a text message on a phone, can you add to it?

6 **A.**   Yes, you can.

7 **Q.**   You can add to whatever the original message was?

8 **A.**   You can also subtract from it.

9 **Q.**   Okay.

10        **MR. DABBS:**  That's all I have, Your Honor.

11        **THE COURT:**  Very well.  You're excused.  You may go.

12        You may call your next witness.

13        **MS. PEARSON:**  Good afternoon, Your Honor.  The

14 government would call Natasha Ellis Baxter.

15        **THE COURT:**  Very well.

16        **MS. PEARSON:**  Your Honor, would it be all right if I

17 had Mr. Wright bring a box of evidence up for me to this table

18 right here?

19        **THE COURT:**  That will be fine.

20        **MS. PEARSON:**  Okay.  Your Honor, is it all right if

21 Mr. Leary assists me with some of the things in the box?  I

22 managed to essentially break my wrist.

23        **THE COURT:**  Oh, okay.  You have a broken wrist.

24        **MS. PEARSON:**  Yeah.  I'm sorry.

25        **THE COURT:**  Okay.  That's fine.

1    **MS. PEARSON:**  It's kind of embarrassing still.

2    **THE COURT:**  I see.

3    **MR. TURNER:**  We have no objection, Your Honor.

4    (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

5    **COURTROOM DEPUTY:**  Please take a seat in the witness

6    stand and state your name for the record.

7    **THE WITNESS:**  Natasha Ellis.

8    **NATASHA ELLIS, GOVERNMENT'S WITNESS, AFTER BEING DULY SWORN,**

9    **WAS EXAMINED AND TESTIFIED AS FOLLOWS:**

10   **DIRECT EXAMINATION**

11   **BY MS. PEARSON:**

12   **Q.**   Good afternoon, ma'am.

13   **A.**   Good afternoon.

14   **Q.**   Can you tell the jury how old you are?

15   **A.**   Forty-two.

16   **Q.**   Okay.  And where were you born?

17   **A.**   West Memphis, Arkansas.

18   **Q.**   And prior to your current incarceration, where did you

19   live?

20   **A.**   In Saltillo, Mississippi.

21   **Q.**   Okay.  And do you have any sort of criminal history?

22   **A.**   I do.

23   **Q.**   Okay.  What does it consist of?

24   **A.**   Manufacturing meth and this.

25   **Q.**   And what's this?

1   **A.**    RICO.

2   **Q.**    Okay.  Is that what you're serving time on now?

3   **A.**    Participating -- wait.  Conspiracy to participate in

4   racketeering activity, yes, ma'am.

5   **Q.**    And you mentioned a charge associated with meth?

6   **A.**    Yes, ma'am.

7   **Q.**    What, if any, addictions do you have or did you have?

8   **A.**    I was addicted to meth and marijuana.  That was my main

9   thing.

10   **Q.**    Okay.  How long were you addicted to those things?

11   **A.**    About 25 years.  I've been on marijuana since I was about

12   eight.

13   **Q.**    Okay.  You mentioned the RICO charge.  Is that associated

14   with this case?

15   **A.**    Yes, ma'am.

16   **Q.**    Okay.  And do you recall -- well, first, have you been

17   sentenced in this case?

18   **A.**    Yes, ma'am.

19   **Q.**    Do you recall what the maximum sentence that you could

20   have received would have been?

21   **A.**    Yes, ma'am.

22   **Q.**    What was that?

23   **A.**    Life.

24   **Q.**    What did you get for a sentence?

25   **A.**    15 years, 8, but 97 months is what I've got to serve.

1   **Q.**   97 months?

2   **A.**   Yes, ma'am.

3   **Q.**   Okay.  Now, what, if any, agreements did you enter in

4   with the government, the government being myself or Mr. Leary

5   or Mr. Dabbs?

6   **A.**   I don't understand what you're asking.

7   **Q.**   Do you have an agreement with the government, cooperation

8   agreement?

9   **A.**   Yes, ma'am.

10   **Q.**   Do you recall some of the terms of that agreement?

11   **A.**   Just to tell the truth.

12   **Q.**   Okay.  And if you do tell the truth, for example,

13   testifying today, do you know what could happen for you?

14   **A.**   I believe that I'll get some reduced in my sentence.

15   It's a Rule 35, I think.

16   **Q.**   A Rule 35?

17   **A.**   Yes, ma'am.

18   **Q.**   And what happens if you don't tell the truth?

19   **A.**   I could get my 15 years.

20   **Q.**   Okay.  And with respect to any questions that the defense

21   asks you, do you have to tell them the truth as well?

22   **A.**   Yes, ma'am.

23   **Q.**   Okay.  Let me ask you this.  Are you a member of the

24   Aryan Brotherhood of Mississippi?

25   **A.**   I was associated with the Aryan Brotherhood of

1  Mississippi.  No, ma'am, I'm not officially a member, but I was

2  married to a member.

3  **Q.**    Okay.  And when I use the term Aryan Brotherhood of

4  Mississippi, do you know what I'm talking about?

5  **A.**    Yes, ma'am.

6  **Q.**    Okay.  Do you know Aryan Brotherhood members?

7  **A.**    Yes, ma'am.

8  **Q.**    Okay.  Can you just estimate either how old you were when

9  you first became aware of a gang called the Aryan Brotherhood?

10  **A.**    I was in my 20s, I guess, around 26 when I first heard of

11  the Aryan Brotherhood.

12  **Q.**    Okay.  You said you were married to one?

13  **A.**    Yes, ma'am.

14  **Q.**    What was his name?

15  **A.**    Richard Ellis.

16  **Q.**    Did he have a -- what, if any, nicknames did he have?

17  **A.**    Maniac.

18  **Q.**    I'm going to throw some other names out there.  Who, if

19  anyone, do you know by the name of Christopher Stutsy?

20  **A.**    He was my charge partner.

21  **Q.**    Your charge partner.  What do you mean by that if you

22  will explain it to the jury?

23  **A.**    He and I went and done some stuff.  We broke into a

24  pawnshop and got pulled over, and that's, I believe, some of

25  the reason why I'm here.

**Q.**   Okay.  Was he a member of the Aryan Brotherhood, or was he not a member?

**A.**   I believe he was at one time.

**Q.**   Okay.

**A.**   He, at the time, was not, but I believe, if I'm not mistaken, he was trying to rejoin the Aryan Brotherhood.

**Q.**   Okay.  And what, if any, nicknames did he have?

**A.**   Turbo.

**Q.**   Okay.  Do you know a guy by the name of David Willis?

**A.**   Yes, I do.

**Q.**   Was he a member of the Aryan Brotherhood, or was he not?

**A.**   Yes, he is.

**Q.**   Okay.  And what about a guy by the name of Steve Williams, do you know who that is?

**A.**   Yes, ma'am, I do.

**Q.**   Okay.  Was he a member of the Aryan Brotherhood, or was he not?

**A.**   Not that I recall.

**Q.**   Okay.  Did he have a nickname that you knew?

**A.**   Stevo is what I called him.

**Q.**   Okay.  What about a guy by the name of Perry Mask, did you know who that was?

**A.**   Yes, ma'am, I do.

**Q.**   Okay.  Was he a member of the Aryan Brotherhood?

**A.**   Yes, ma'am, he is.

**Q.**     What do you recall the first time that you met Perry Mask
or ever even heard of him?

**A.**     I was at a friend of mine, Stacy Hood's house, and she
introduced he and I on the phone.

**Q.**     And did you ever meet him in person?

**A.**     No, ma'am.  First time I ever saw him was at the county
jail.

**Q.**     Okay.  When you -- how many times would you say you
talked to him on the phone?

**A.**     Quite a few.

**Q.**     Okay.  And how did you know you were talking to Perry
Mask?

**A.**     He sent me a picture of himself, so I would think that
he -- that's who he was if I was talking to him.

**Q.**     And why were you talking to him?  What reason did you
have to speak to Perry?

**A.**     I was trying to fit in with him.  I liked the dope.  He
had -- he was moving dope.

**Q.**     Okay.  And what, if any, conversations did you have with
him regarding your desire to be part of the Aryan Brotherhood?

**A.**     I've talked to him quite a few times about it.  I was
trying to get in with them simply because I just liked the life
that they lived.  At the time, it was a fast life for me.  It
kind of made me feel comfortable to be with a family, because
the family I had, I couldn't do what I wanted to, live the life

1    I had with them.  And I --

2    **Q.**   When you say "them," who are you -- who are you talking

3    about?

4    **A.**   My family.  My real family.

5    **Q.**   Okay.  But when you say you wanted a life with "them,"

6    are you talking about the Aryan Brotherhood?

7    **A.**   The Aryan Brotherhood, yes, ma'am.

8    **Q.**   Okay.  Continue.  I'm sorry.

9    **A.**   He -- I just wanted to know about earning a patch, and he

10   offered to help me.

11   **Q.**   Okay.  Well, did you think -- let me ask you this.  Did

12   you think you could earn their brand, or did you think you

13   could earn a different kind of patch?  What kind of patch do

14   you think you could get from them?

15   **A.**   A featherwood patch.

16   **Q.**   Okay.  What does that mean to you?

17   **A.**   It means the connection, the female Aryan Brotherhood.

18   **Q.**   Okay.  What kind of organization did you think the Aryan

19   Brotherhood was?

20   **A.**   Just what they are.

21   **Q.**   Can you just tell the jury what you thought they were?

22         **MR. TURNER:**  Your Honor, I'm going to object at this

23   time.  May we approach, please?

24      (BENCH CONFERENCE OUT OF HEARING OF THE JURY.)

25         **MR. TURNER:**  Your Honor, at this time, I don't

1　understand how this is relevant to my client, and I just wanted

2　to make a record of that.  I've pretty much -- I don't

3　understand how it's relevant to my client.  I just want to make

4　that objection and cover it for the record and --

5　　　　　**THE COURT:**  I assume you'll tie this into the charges

6　in Count 1?

7　　　　　**MS. PEARSON:**  Correct, Your Honor.  I believe she's

8　already testified, albeit briefly, about perhaps a pawnshop and

9　some things she was involved in with a man named Stutsy.  But,

10　also, what is absolutely relevant to his client is the Aryan

11　Brotherhood, which is the enterprise.

12　　　　　**MR. TURNER:**  The Aryan Brotherhood is not on trial

13　here as much as the government would like to make that.  I just

14　wanted to make that for the record.

15　　　　　**THE COURT:**  Given the elements of the conspiracy

16　charged in Count 1, the Court notes the objection and overrules

17　it.

18　　　　　**MR. TURNER:**  Yes, Your Honor.

19　　　　(END OF BENCH CONFERENCE.)

20　**BY MS. PEARSON:**

21　**Q.**　What did -- the term *Aryan Brotherhood,* what did that

22　mean to you?  What did they stand for?

23　**A.**　It was an organization built to -- built on -- supposed

24　to be built on respect and love, but it absolutely was not.

25　It's a racist group that -- they're mean.

**Q.**   When you say racist, who do they dislike or oppose?

**A.**   Blacks, Mexicans.

**Q.**   Okay.  Now, have you ever heard of a person by the name of Frank Owens?

**A.**   I have.

**Q.**   Okay.  And were there any nicknames associated with that person?

**A.**   Yes, ma'am.

**Q.**   What was it?

**A.**   State Raised.

**Q.**   And how did you hear about that person?

**A.**   Through Perry Mask and David Willis.

**Q.**   And did you ever have an occasion to speak with that person?

**A.**   Very few times, but, yes, ma'am.

**Q.**   And when I say speak with them, was it in person, over the phone, via text message?  How did you interact with that person?

**A.**   Over the phone.

**Q.**   Okay.  And how did you know you were interacting with State Raised or Frank Owens?

**A.**   I didn't --

**Q.**   Okay.

**A.**   -- other than someone -- he was saying that's who he was on the other end of the phone.

1  **Q.**    Okay.  And what did you all talk about with the person

2  that said he was Frank Owens?

3  **A.**    We did talk about my patch or the patch that I was trying

4  to receive, but mostly, it was just about my husband -- at the

5  time, my husband.  He's now my ex-husband.

6  **Q.**    Is that Richard Ellis?

7  **A.**    Yes, ma'am.

8  **Q.**    Okay.  Specifically, I'm just going to focus on the patch

9  that you wanted to receive.  What, if any, communication did

10  you have with that person Frank Owens about that patch?

11  **A.**    Just -- I do believe just one conversation about that,

12  and there was a picture of the patch that had been drawn

13  supposedly by him that was sent to my phone.

14  **Q.**    Okay.

15        **MS. PEARSON:**  Your Honor, may I approach the witness?

16        **THE COURT:**  Yes, ma'am.

17  **BY MS. PEARSON:**

18  **Q.**    I'm going to show you a picture.

19  **A.**    Yes, ma'am.

20  **Q.**    Do you recognize what's in this picture?

21  **A.**    Yes, ma'am.

22  **Q.**    What is it?

23  **A.**    The featherwood patch.

24  **Q.**    And when you say the featherwood patch, what, if any,

25  relation does it have to the picture you were just talking

1   about?

2   **A.**   He sent it to my phone.  That's the picture that was

3   supposedly drawn by Frankie Owens and sent to my phone through

4   text.

5        **MS. PEARSON:**  Your Honor, I'm going to offer this as

6   Government's Exhibit, I think, 28, if I'm correct on the

7   number.

8        **MR. SUMRALL:**  No objection, Your Honor.

9        **MR. TURNER:**  My same objection as to relevance, Your

10   Honor.  Can I have a continuing objection as to that?

11        **THE COURT:**  Yes.

12        **MR. TURNER:**  Thank you.

13        **THE COURT:**  Continuing objection on relevancy by

14   Defendant Parker is noted.  The exhibit will be admitted.

15     (EXHIBIT NO. G-28 ADMITTED INTO EVIDENCE.)

16        **MS. PEARSON:**  Your Honor, may I briefly publish it to

17   the jury?

18        **THE COURT:**  Yes.  28.

19   **BY MS. PEARSON:**

20   **Q.**   Ma'am, you referenced some things that bring you to your

21   current position of being incarcerated.  You mentioned a

22   pawnshop and a charge partner named Stutsy, correct?

23   **A.**   Yes, ma'am.

24   **Q.**   Was there a point in time where you and Mr. Stutsy were

25   arrested together?

1  **A.**   Yes, ma'am.

2  **Q.**   Do you recall approximately when that was?

3  **A.**   Around August the 13th of 2013 or maybe August the 3rd.

4  **Q.**   Do you --

5  **A.**   I believe it was August the 3rd, ma'am.

6  **Q.**   Okay.  Do you recall where y'all were?

7  **A.**   Yes, ma'am.  We were on the side of the road coming back

8  from Guntown, Mississippi.

9  **Q.**   Okay.  And do you recall where y'all were staying --

10  **A.**   Yes, ma'am.

11  **Q.**   -- during that point in time?

12  **A.**   The All American Inn in Tupelo, Mississippi.

13  **Q.**   What were you all doing there?

14  **A.**   Delivering dope for Perry Mask.

15  **Q.**   Okay.  And when you say delivering dope, were you

16  delivering it to a specific individual, to multiple

17  individuals?  What were you doing?

18  **A.**   We went to meet someone at Sonic in Guntown and delivered

19  some dope and had left there and was on our way back to the

20  motel room.

21  **Q.**   Okay.  And the person that you were meeting, were they a

22  member of the Aryan Brotherhood or not?

23  **A.**   Yes, ma'am.

24  **Q.**   Okay.  And you said you were in a car, were you traffic

25  stopped?

**A.**     Yes, ma'am.

**Q.**     Were you arrested?

**A.**     Yes, ma'am.

**Q.**     Was Mr. Stutsy arrested?

**A.**     Yes, ma'am.

     **MS. PEARSON:**  Your Honor, may I approach the witness again, please?

     **THE COURT:**  Yes.

**BY MS. PEARSON:**

**Q.**     I'm going to show you a photograph.  Do you recognize what's in this photograph?

**A.**     Yes, ma'am.

**Q.**     What is it?

**A.**     Some of our belongings that was at the motel room.

**Q.**     And is this the motel that you referenced in Tupelo?

**A.**     Yes, ma'am.  That's at the All American Inn.

**Q.**     Okay.  I'm going to show you one more photograph.  Do you recognize what's in that photograph?

**A.**     I do.

**Q.**     What is it?

**A.**     It looks like some tools maybe from the back of the truck and a sawed-off shotgun that was stolen from the pawnshop.

**Q.**     Okay.  And with respect to the back of the truck, whose truck are you talking about?

**A.**     Stutsy's truck.

1   **Q.**    And the sawed-off shotgun that you referenced, who was

2   responsible for taking care of that?

3   **A.**    Jake or Turbo.

4   **Q.**    Turbo?

5   **A.**    Yes.

6   **Q.**    Mr. Stutsy?

7   **A.**    Yes, ma'am.

8           **MS. PEARSON:**  Your Honor, I would like to offer into

9   evidence as Government's Exhibits 29 and 30 the photographs I

10  just referenced.

11          **THE COURT:**  Any objection?

12          **MR. SUMRALL:**  No objection, Your Honor.

13          **MR. TURNER:**  Just my continuing one, Your Honor.

14          **THE COURT:**  Very well.  The exhibits will be admitted.

15  Let me get those numbers, please.

16          **MS. PEARSON:**  Yes, sir.

17          **COURTROOM DEPUTY:**  That will be Government 29 and 30.

18          **THE COURT:**  Very well.

19     (EXHIBIT NOS. G-29 AND G-30 ADMITTED INTO EVIDENCE.)

20          **MS. PEARSON:**  Your Honor, if I might have Mr. Leary

21  assist me with one of the items photographed in the exhibit.

22          **THE COURT:**  Yes, you may.

23          **MR. TURNER:**  Your Honor, which is which, so I can --

24  I'm sorry.  I didn't hear which was which.

25          **MS. PEARSON:**  I apologize, Your Honor.

1        **MR. TURNER:** It's okay.

2        (CONFERRING OFF THE RECORD.)

3    **BY MS. PEARSON:**

4    **Q.** Ms. Ellis, Mr. Leary is going to show you an item.

5    **A.** Yes, ma'am.

6    **Q.** Does that item have any relation to one of the

7    photographs I just showed you?

8    **A.** Yes, ma'am. I believe it was the gun that was being

9    sawed off that's on the table.

10   **Q.** Okay.

11       **MS. PEARSON:** Thank you, Mr. Leary.

12   **A.** Yes, ma'am.

13       **MS. PEARSON:** Your Honor, may I briefly publish two

14   exhibits to the jury?

15       **THE COURT:** Okay. Are you talking about photographs?

16       **MS. PEARSON:** Yes, sir.

17       **THE COURT:** Yes, ma'am, you may do so.

18   **BY MS. PEARSON:**

19   **Q.** Ma'am, are you able to see that photograph --

20   **A.** Yes, ma'am.

21   **Q.** -- in front of you? All of the -- and I hate to say this

22   to you. It's a messy hotel room, correct?

23   **A.** Yes, ma'am.

24   **Q.** All of those items are yours and Mr. Stutsy's?

25   **A.** Yes, ma'am.

1  **Q.**  All of those items related to your trip to distribute
2  this methamphetamine for Mr. Mask?
3  **A.**  Yes, ma'am.
4      **COURTROOM DEPUTY:**  What number was that, please?
5      **MS. PEARSON:**  G-29.  I'm sorry.
6  **BY MS. PEARSON:**
7  **Q.**  I'm going to show you what's been marked G-30 at this
8  point in time.
9  **A.**  Yes, ma'am.
10  **Q.**  Now, that shotgun -- you called it a sawed-off shotgun?
11  **A.**  Yes, ma'am.
12  **Q.**  Do you have personal knowledge as to who sawed it off?
13  **A.**  I do.  Mr. Stutsy did.
14  **Q.**  And you also spoke about where that shotgun came from.
15  **A.**  Yes, ma'am.
16  **Q.**  Okay.  What was the name of that place?
17  **A.**  I do not know.  It was a pawnshop in Coldwater,
18  Mississippi.  I didn't know the guns had been taken.  That was
19  my first sighting of any of the guns.
20  **Q.**  When Mr. Stutsy showed you?
21  **A.**  Yes, ma'am.  I actually was asleep and just heard him
22  sawing on it.
23  **Q.**  Now, the pawnshop that you're referencing --
24  **A.**  Yes, ma'am.
25  **Q.**  -- that that gun came from --

**A.**     Yes, ma'am.

**Q.**     -- were you part of that, ma'am?

**A.**     Yes, ma'am.

**Q.**     And just tell the jury how that came about.  How was the decision made to burglarize that pawnshop?

**A.**     Mr. Mask had spoken to Mr. Stutsy and Mr. Williams, and they had came up with the idea to burglarize this pawnshop.  I was in the middle simply because they asked me if I would drop them off and, if need be, pick them back up when the job was done.

**Q.**     And did you, in fact, do those things for them?

**A.**     I did not pick them back up but, yes, ma'am, I did drop them off.

**Q.**     Okay.  Let me ask you this.  When you -- when you agreed to participate in this, did you know it was a serious criminal endeavor?

**A.**     No, ma'am.

**Q.**     Well, you knew they didn't own anything in that pawnshop, right?

**A.**     Yes, ma'am, I did.

**Q.**     Why are you doing this?

**A.**     It was -- I wanted to earn my patch.

**Q.**     Okay.  And would I be safe to say that's your primary motivator for doing this?

**A.**     Yes, ma'am.

1    **Q.**    Okay.

2           **MS. PEARSON:**  Your Honor, at this point in time, I'd

3    offer into evidence Government's Exhibit 31, which would be the

4    actual firearm.

5           **MR. TURNER:**  Same objection.

6           **THE COURT:**  You just -- Mr. Turner, as I understand

7    your continuing objection, that this is not relevant to any

8    charge against your client?

9           **MR. TURNER:**  That's absolutely correct, yes, sir.

10          **THE COURT:**  Very well.

11          **MR. SUMRALL:**  I have no objection, Your Honor.

12          **THE COURT:**  Okay.  The objection of Mr. Turner as to

13   relevancy is overruled given the scope of the allegations in

14   Count 1 of this indictment.  Government's Exhibit 31 will be

15   admitted into evidence.

16      (EXHIBIT NO. G-31 ADMITTED INTO EVIDENCE.)

17          **MS. PEARSON:**  Your Honor, may I approach the witness?

18          **THE COURT:**  Yes.

19          **MS. PEARSON:**  Thank you.

20   **BY MS. PEARSON:**

21   **Q.**    I'm going to show you a photograph.  Do you recognize

22   what that is?

23   **A.**    Yes, ma'am.

24   **Q.**    What is it?

25   **A.**    That's my pocketbook that was at the motel room.

1  **Q.**   The Tupelo motel we're all talking about?

2  **A.**   Yes, ma'am.

3  **Q.**   And I'm going to show you one more photograph.  Do you

4  recognize what's in that photograph?

5  **A.**   Yes, ma'am.  That's some dope that we had in the motel

6  room.  It may have even come out of my purse.

7  **Q.**   Okay.  And when you say dope, what kind of -- what kind

8  of drug are you talking about?

9  **A.**   Meth, ice.

10 **Q.**   And with respect to the meth that you were talking about

11 you received from Perry Mask, what relation does that meth have

12 to it?

13 **A.**   That actually came from an ounce that was picked up from

14 someone else.

15 **Q.**   And do you know who that person was?

16 **A.**   Tennessee or Timothy -- I can't say his last name.  I

17 don't know how to pronounce it.

18 **Q.**   Okay.  How do you know that person?

19 **A.**   I met him through Perry.

20 **Q.**   Okay.  But do you know him as Tennessee or some other

21 name?

22 **A.**   Tennessee.

23 **Q.**   Okay.

24      **MS. PEARSON:**  Your Honor, at this point in time, I'd

25 offer Government's Exhibits 32 and 33, which I'll share with

1    defense counsel, into evidence.

2             **MR. SUMRALL:**  No objection.

3             **MR. TURNER:**  My same --

4             **THE COURT:**  No objection from Defendant Owens.  There

5    is a continuing objection as to relevancy from Defendant

6    Parker.  The objection is overruled.  The two exhibits are

7    admitted into evidence.

8             Let's get those numbers now.  Is it 31, 32, Ms. Long?

9             **MS. PEARSON:**  Yes, Your Honor.

10            **COURTROOM DEPUTY:**  Yes, sir.

11            **THE COURT:**  Okay.  Government's Exhibits Number 31 and

12   32 are admitted into evidence.

13            **MR. TURNER:**  Your Honor, I thought the gun was 31.

14   I'm sorry.

15            **THE COURT:**  Wait just a minute.

16            **MS. PEARSON:**  Oh, he's right.

17            **THE COURT:**  Let's be sure on the numbers.

18            **COURTROOM DEPUTY:**  32 and 33 will be -- do you have

19   two exhibits in your hand?

20            **MS. PEARSON:**  Yes, ma'am.  It's Government's

21   Exhibit 32, picture of a purse, and Government's 33.  He's

22   absolutely right.

23            **THE COURT:**  Okay.  32 and 33 are admitted into

24   evidence.

25        (EXHIBIT NOS. G-32 AND G-33 ADMITTED INTO EVIDENCE.)

**BY MS. PEARSON:**

Q.   Ma'am, I'm just going to show you a few final photographs.

A.   Yes, ma'am.

Q.   I'm going to show you a photograph.  Do you know what's in that photograph?

A.   Yes, ma'am.

Q.   What is it?

A.   It looks like the camouflage that was used to do some jobs, I guess.

Q.   When you say camouflage, do you recognize the bag as well?

A.   Yes, ma'am, I do.

Q.   Whose items are these?

A.   Jake's.

Q.   And that's Turbo, Mr. Stutsy?

A.   Yes, ma'am.

Q.   I'm going to show you another exhibit.  Do you know what's in that photograph?

A.   Yes, ma'am.

Q.   What is it?

A.   A handgun.

Q.   Okay.  Do you know -- are you familiar with this item?

A.   No, ma'am.

Q.   And I'm going to show you another photograph.

1  A.    Yes, ma'am.

2  Q.    Do you recognize these?

3  A.    Yes, ma'am.  It looks like Green Dot cards.

4  Q.    Well, let me ask you this.  When you were in that hotel

5  room in Tupelo --

6  A.    Yes, ma'am.

7  Q.    -- what, if any, Green Dot cards did you have?

8  A.    To be honest, I don't remember how many.  I do know that

9  there was some there.

10 Q.    There were several or more than two?

11 A.    I'm not real sure.

12 Q.    Okay.  And the first photograph that I showed you of that

13 bag --

14 A.    Yes, ma'am.

15 Q.    -- you talked about jobs.  What kind of jobs are you

16 talking about that those items were used for?

17 A.    The pawnshop.

18 Q.    Okay.  And by who were those items used for?

19 A.    Jake Stutsy and Steve Williams.

20 Q.    Okay.  And that picture I showed you, was that -- was

21 that -- were those items in your hotel room?

22 A.    Yes, ma'am, I believe so.

23 Q.    The one in Tupelo?

24 A.    Yes, ma'am.

25        MS. PEARSON:  Your Honor, at this point in time, I'd

1    offer into evidence Government's Exhibit 34.

2         **THE COURT:**  Let counsel opposite see what you've got.

3         **MR. SUMRALL:**  Yes, Your Honor, we have seen it.

4         **THE COURT:**  Sir?

5         **MR. SUMRALL:**  She has shown it to us.  We've seen it.

6    I have no objection.

7         **THE COURT:**  Okay.  No objection from Defendant Owens.

8         And I assume, Mr. Turner, you have the same continuing

9    objection as to relevancy?

10        **MR. TURNER:**  Yes, Your Honor.

11        **THE COURT:**  Very well.  The exhibit will be admitted.

12        (EXHIBIT NO. G-34 ADMITTED INTO EVIDENCE.)

13        **MS. PEARSON:**  Your Honor, at this point in time, I'd

14   offer into evidence the actual bag as Government's Exhibit 35

15   and the contents therein as a cumulative exhibit.

16        **THE COURT:**  Same objections?

17        **MR. TURNER:**  Yes, Your Honor.

18        **MR. SUMRALL:**  No objection, Your Honor.

19        **THE COURT:**  Okay.  The exhibit will be admitted.

20   Let's make sure we get these numbers correct with the clerk.

21        **COURTROOM DEPUTY:**  Yes, sir.

22        **MR. TURNER:**  Mr. Leary, are you making it 34A or --

23        **COURTROOM DEPUTY:**  If we could take a moment and let

24   me look at 32, 33, 34, so I can see what those photos are.

25        **THE COURT:**  If the photographs are the same -- exactly

1   the same thing, it looks like it might be cumulative.  I don't

2   know why you'd need --

3           **MR. TURNER:**  I'm sorry.  I still don't know what it

4   is, Your Honor.

5           **THE COURT:**  Well, yes.  I want the -- please give me

6   the numbers of these exhibits.

7           **COURTROOM DEPUTY:**  How would you -- how do you

8   describe this?

9           **MS. PEARSON:**  Methamphetamine.

10          **COURTROOM DEPUTY:**  Photo of purse?

11          **MS. PEARSON:**  Yes, ma'am.

12          **COURTROOM DEPUTY:**  Judge, I have 32 as photo of purse;

13  33, photo of meth; 34, photo of inside of camo bag; 35, camo

14  bag with contents.

15          **MS. PEARSON:**  Your Honor, I don't believe they're

16  cumulative.  They are of different items.

17          **THE COURT:**  Okay.  The exhibits designated by the

18  clerk of the court are admitted.

19      (EXHIBIT NO. G-35 ADMITTED INTO EVIDENCE.)

20          **MS. PEARSON:**  Your Honor, may I have a moment with my

21  counsel -- my co-counsel?

22          **THE COURT:**  Yes.

23      (CONFERRING OFF THE RECORD.)

24          **MS. PEARSON:**  Your Honor, those are all of the

25  questions I have.

1    **THE COURT:**  Okay.  Mr. Sumrall, on behalf of Defendant

2   Owens, you may question this witness on cross-examination.

3    **MR. SUMRALL:**  Thank you, Your Honor.  If it please the

4   Court.

5                          **CROSS-EXAMINATION**

6   **BY MR. SUMRALL:**

7   **Q.**   Ms. Ellis, I think you said that y'all broke into the

8   pawnshop on behalf of Perry Mask and that he was the one that

9   told you to do that?

10  **A.**   Yes, sir, I did say that.

11  **Q.**   Okay.  And all of the dope that you were doing with him

12  was for Perry Mask; is that right?

13  **A.**   Yes, ma'am -- yes, sir.  Sorry.

14  **Q.**   Now, I believe you said you knew Stacy Hood, did you not?

15  **A.**   I do.

16  **Q.**   And how well did you know her?

17  **A.**   She and I were really good friends actually up until this

18  happened.

19  **Q.**   Okay.  Did Stacy Hood ever send you a text that she had

20  received from Jeremy Bailey?

21  **A.**   She did.

22  **Q.**   Okay.  And in that text, did she --

23       **MS. PEARSON:**  Your Honor, my objection is it's just

24  outside the scope of the direct.

25       **THE COURT:**  It is.  It's outside the scope of direct.

1  Rather than recalling or calling another witness, I'm going to

2  let him go into this as if she were on direct, and I'm going to

3  let you, please, ma'am, cross-examine her as to this line of

4  questioning.  Do you understand?

5       **MS. PEARSON:**  Yes, sir.

6       **THE COURT:**  Okay.  You'll be permitted to

7  cross-examine her on this line of questioning.  I hope this

8  expedites.

9       You may proceed, Mr. Sumrall.

10 **BY MR. SUMRALL:**

11 **Q.**   Did you receive a copy of the text that she had received

12 from Jeremy Bailey?

13 **A.**   Yes, sir, I did.

14 **Q.**   And in that text, was she threatened?

15 **A.**   Yes, sir, she was.

16 **Q.**   And in that text, was she also -- was her 11-year-old

17 child threatened too?

18 **A.**   Yes, sir.

19 **Q.**   And did he describe vial things that he was going to do

20 to them?

21 **A.**   Yes, sir, he did.

22 **Q.**   Okay.  And that came straight from Stacy Hood; is that

23 correct?

24 **A.**   Yes, sir.

25 **Q.**   And did you turn that over to Mr. Perry Mask or show

1   that -- tell that to him?

2   **A.**   Yes, sir, I believe I did.

3   **Q.**   Okay.

4          **MR. SUMRALL:**  Nothing further, Your Honor.

5          **THE COURT:**  Okay.  Mr. Turner.

6          **MR. TURNER:**  Your Honor, we have no questions for this

7   witness.

8          **THE COURT:**  Okay.  Now, the government -- the

9   government will be permitted to cross-examine this lady

10  relative to the e-mail she said she observed.

11         **MS. PEARSON:**  Your Honor, I think the government is

12  satisfied.

13         **THE COURT:**  Very well.  You have no questions?

14         **MS. PEARSON:**  No, sir.  Thank you.

15         **THE COURT:**  Very well.  Please, ma'am, you are fully

16  and finally discharged.  You're excused.

17         **THE WITNESS:**  Thank you.  Have a good day.

18         **THE COURT:**  Okay.  Do you have further witness?

19         **MR. DABBS:**  Yes, Your Honor.  At this time, the

20  government will call Terry Kelly.

21         **THE COURT:**  Very well.

22         You know, ladies and gentlemen of the jury, it doesn't

23  bother me nearly as bad today.  When I look through that little

24  sliver of glass, it looks awfully cloudy and rainy.

25  Yesterday I saw that beautiful sunshine.  You may be happy to

1    be indoors today.

2        (OATH WAS ADMINISTERED BY THE COURTROOM DEPUTY.)

3            **COURTROOM DEPUTY**:  Please take a seat in the witness

4    stand and state your name for the record.

5            **THE WITNESS**:  Terry Kelly.

6            **THE COURT**:  You may proceed, Mr. Dabbs.

7            **MR. DABBS**:  Thank you, Your Honor.

8    **TERRY KELLY, GOVERNMENT'S WITNESS, AFTER BEING DULY SWORN, WAS**

9                **EXAMINED AND TESTIFIED AS FOLLOWS**:

10                    <u>DIRECT EXAMINATION</u>

11   <u>BY MR. DABBS</u>:

12   **Q.**    Mr. Kelly, what do people call you?

13   **A.**    TK.

14   **Q.**    Is that your nickname?

15   **A.**    Yes, sir.

16   **Q.**    Are nicknames common in the Aryan Brotherhood?

17   **A.**    Yes, sir.

18   **Q.**    Have you been a member of the Aryan Brotherhood?

19   **A.**    Yes, sir.

20   **Q.**    How old are you?

21   **A.**    Sir?

22   **Q.**    How old are you?

23   **A.**    Fifty.

24   **Q.**    Where were you born?

25   **A.**    Ripley, Mississippi.

1   **Q.**   Is that where you grew up?

2   **A.**   Yes, sir.

3   **Q.**   Have you been convicted of numerous felonies?

4   **A.**   Yes, sir.

5   **Q.**   How many felonies have you been convicted of?

6   **A.**   Not for sure.  Quite a bit, though.

7   **Q.**   Going back into the late '80s?

8   **A.**   Yes, sir.

9   **Q.**   And you've been in and out of -- in and out of

10   Mississippi state prison?

11   **A.**   Yes, sir.

12   **Q.**   How much time do you think you've served in prison total?

13   **A.**   Right at 20 years probably.

14   **Q.**   And, again, I'm not going to go through each one of them,

15   but you've had numerous felonies in your past?

16   **A.**   Yes.

17   **Q.**   And you even -- did you escape for a little while, a

18   couple of months?

19   **A.**   Yes.

20   **Q.**   Was that in the late '90s?

21   **A.**   Late '90s or early 2000.

22   **Q.**   Okay.  Now, currently, have you been charged with a

23   firearm charge by the federal government?

24   **A.**   Yes.

25   **Q.**   Now, you are not charged in this RICO indictment, are

1   you?

2   **A.**   No, sir.

3   **Q.**   Okay.  And are you facing a felon in possession charge

4   right now?

5   **A.**   For the firearm, yes, sir.

6   **Q.**   Do you know what penalties you're facing there?

7   **A.**   Yes, sir.

8   **Q.**   What penalties are you facing?

9   **A.**   No less than 15 years.

10   **Q.**   No less than 15 years.  What's the maximum?

11   **A.**   Life.

12   **Q.**   Okay.  And have you cooperated with the government?

13   **A.**   Yes, sir.

14   **Q.**   And have you sat down and interviewed with agents?

15   **A.**   Yes, sir.

16   **Q.**   Have you and I talked about this -- your testimony?

17   **A.**   Yes, sir.

18   **Q.**   And what are your -- are you hopeful that because of your

19   cooperation the government will file a motion on your behalf?

20   **A.**   Yes, sir.

21   **Q.**   But are there any promises about what sentence you will

22   or won't get?

23   **A.**   No, sir.

24   **Q.**   Who ultimately is going to sentence you?

25   **A.**   The judge.

1  **Q.**  Am I going to sentence you?

2  **A.**  No, sir.

3  **Q.**  Have I made you any promise about what sentence you might

4  get?

5  **A.**  No, sir.

6  **Q.**  Okay.  And what have I asked you to do?

7  **A.**  Just tell the truth.

8  **Q.**  Anything else?

9  **A.**  No.

10  **Q.**  Okay.  Did you enter into a plea agreement?

11  **A.**  No, sir.

12  **Q.**  Have you signed a plea agreement?

13  **A.**  Yeah, that I'd just help out and tell the truth, and that

14  was it.

15  **Q.**  You haven't actually gone into court and pled guilty; is

16  that right?

17  **A.**  No, sir.

18  **Q.**  But you have actually signed papers for a plea agreement;

19  is that right?

20  **A.**  Yes, sir.

21  **Q.**  Okay.  And in that plea agreement, is there any

22  agreement, any kind of cap on your sentence, any agreement to

23  sentence?

24  **A.**  No.

25  **Q.**  Okay.  You mentioned that you have been a member of the

1  Aryan Brotherhood.  How long ago did you join the Aryan
2  Brotherhood?
3  **A.**    Quite a long time ago.  Probably over 15, 20 years
4  probably.
5  **Q.**    15 or 20 years?
6  **A.**    Yes, sir.
7  **Q.**    Now, in that time, 15 or 20 years, has the Aryan
8  Brotherhood continued to function that whole time?
9  **A.**    Yes, sir.
10  **Q.**    Has there ever been a time when the Aryan Brotherhood
11  didn't exist as a gang?
12  **A.**    No.
13  **Q.**    Okay.  It's functioned continually that whole time?
14  **A.**    (Nods head up and down.)
15  **Q.**    Do you remember where -- were you incarcerated when you
16  joined, or were you in the free world?
17  **A.**    No, I was incarcerated.
18  **Q.**    Do you remember where?
19  **A.**    Parchman.
20  **Q.**    When you joined the Aryan Brotherhood, did you get a
21  tattoo?
22  **A.**    Yes, sir.
23  **Q.**    What's that called?
24  **A.**    A patch.
25  **Q.**    Is it also called a brand?

1  **A.**    Yes.

2  **Q.**    Is that important?

3  **A.**    Yes.

4  **Q.**    Are there other tattoos that you can get in the Aryan

5  Brotherhood?

6  **A.**    Yes, sir.

7  **Q.**    What are some of those tattoos?

8  **A.**    A thunder warrior patch.

9  **Q.**    And what is that -- what is a thunder warrior patch?

10  **A.**    You've got to go on three missions to get it.  It's a

11  warrior's patch.

12  **Q.**    What does it look like?

13  **A.**    Lightning bolts.

14  **Q.**    What about other tattoos?

15  **A.**    Recruiter's patch.

16  **Q.**    What does it look like?

17  **A.**    A swastika swirling.

18  **Q.**    How do you get a recruiter patch?

19  **A.**    You've got to be a respectable brother, stay in for so

20  long and know the laws and everything.

21  **Q.**    Does the Aryan Brotherhood have a leadership structure?

22  **A.**    Yes.

23  **Q.**    Who's at the top?  Who are the top leaders?

24  **A.**    The wheels.

25  **Q.**    What are they also called?

**A.**     Well, there's wheels, spokes.

**Q.**     Okay.  Does the Aryan Brotherhood have pretty strict rules?

**A.**     Yes, sir.

**Q.**     According to Aryan Brotherhood rules, what happens to you if you testify against another Aryan Brotherhood member?

**A.**     Probably have a KOS put out on you.

**Q.**     What's a KOS?

**A.**     Kill on sight.

**Q.**     Who typically gives the orders in the Aryan Brotherhood?

**A.**     The spokes, the wheels.

**Q.**     Did you ever have a rank in the Aryan Brotherhood?

**A.**     Yes, sir.

**Q.**     What was your rank?

**A.**     Treasurer.

**Q.**     Any other ranks?

**A.**     Yeah, I've held many of them over the years.  State captain, captain, lieutenant, sergeant-at-arms.  Every one of them just about.

**Q.**     But you've also been a treasurer?

**A.**     Yes, sir.

**Q.**     What happens to -- if the wheel gives an order in the Aryan Brotherhood and you don't follow the order?

**A.**     You're going to get punished.

**Q.**     How would you get punished?

**A.**     Different ways.  It's according on how bad the command

was that they didn't do.

**Q.**     Now, as the treasurer of the Aryan Brotherhood -- when

were you the treasurer?  Let me ask you that.

**A.**     2013.

**Q.**     And where were you incarcerated?

**A.**     Marshall County.

**Q.**     At the time you were the treasurer, who were the spokes?

**A.**     Well, different guys.  Larry Sneed was one.  Perry Mask.

State Raised.  Steve Hubanks.

**Q.**     Who is State Raised?

**A.**     Frankie Owens.

**Q.**     Are you familiar with Frankie Owens?

**A.**     Uh-huh.

**Q.**     Is he in the courtroom today?

**A.**     Yes, sir.

**Q.**     What kind of shirt is he wearing?

**A.**     Blue one.

**Q.**     So what were your duties?  You're the treasurer in 2013.

And tell me again where you were incarcerated at this time.

          **THE COURT:**  Wait just a minute.

          **MR. TURNER:**  Can we have some clarity on which blue

shirt, please?

          **THE COURT:**  Yeah.

          **THE WITNESS:**  The blue pinstriped.

1　　　　　　**THE COURT:**　Stand up where you can see and tell us
2　what kind of clothes Mr. Owens is wearing.
3　　　　　　**THE WITNESS:**　Right at the end with blue -- I don't
4　know what it is -- pinstriped or whatever, squares.
5　**BY MR. DABBS:**
6　**Q.**　At the end of the table?
7　**A.**　Yes.
8　**Q.**　Okay.
9　　　　　　**THE COURT:**　Well, there's another gentleman over there
10　with a blue shirt on.　It's not the gentleman on this end of
11　the table?
12　　　　　　**THE WITNESS:**　No, sir.
13　　　　　　**THE COURT:**　Okay.　You may proceed.
14　　　　　　**MR. DABBS:**　Thank you, Your Honor.
15　**BY MR. DABBS:**
16　**Q.**　So you were the treasurer in Marshall County in 2013; is
17　that right?
18　**A.**　Yes, sir.
19　**Q.**　Were you the treasurer for the whole state or just part
20　of the state?
21　**A.**　No, for everybody incarcerated.
22　**Q.**　Everybody incarcerated.　Okay.　Was there also a
23　treasurer in the free world?
24　**A.**　Yes, sir.
25　**Q.**　Do you know who that was?

1    **A.**    Yes, but I can't think of his name right now.  You'll

2    have to come back to that one.  I can't remember his name.

3    **Q.**    That's okay.  As the -- as the incarcerated treasurer,

4    what were your duties?

5    **A.**    Remind everybody once a month to pay their dues and

6    collect money.

7    **Q.**    How much were the dues?

8    **A.**    $10 a month.

9    **Q.**    And did everyone in the Aryan Brotherhood have to pay

10   dues?

11   **A.**    Everybody that had money, yes, sir.

12   **Q.**    And how did they pay their dues?

13   **A.**    Green Dot.

14   **Q.**    How did that work?

15   **A.**    I'd call the facility, and they would have their money

16   ready, whoever's over the facilities, and I'd call and ask for

17   their dues.  They'd give me the name and then send me a Green

18   Dot number.  I'd load it up.

19   **Q.**    How would you load it?

20   **A.**    On a Green Dot card.

21   **Q.**    So you held the load card; is that right?

22   **A.**    Yes.

23   **Q.**    And you can use the numbers they send you to load money

24   onto that card?

25   **A.**    Yes.

1  **Q.**   Now, that money on that card that you're holding, who
2  does that money belong to?
3  **A.**   Family.
4  **Q.**   When you say "family," what do you mean by that?
5  **A.**   Brotherhood.
6  **Q.**   The Aryan Brotherhood?
7  **A.**   Yes.
8  **Q.**   How did you communicate with people in other facilities?
9  **A.**   Phone.
10 **Q.**   With cell phones?
11 **A.**   Yes, sir.
12 **Q.**   Are you supposed to have phones in the jail?
13 **A.**   No, sir.
14 **Q.**   Is it common to have cell phones throughout the jail?
15 **A.**   Yes.
16 **Q.**   Is that throughout jails all over Mississippi?
17 **A.**   Uh-huh.
18 **Q.**   Your time as treasurer, are you aware of Perry Mask ever
19 using a Green Dot card, a prepaid card to handle ABM business?
20 **A.**   (Nods head up and down.)  Uh-huh.
21 **Q.**   I'm sorry.  You've got to answer.  She's taking down
22 everything we say, so you've got to answer it --
23 **A.**   Yes, sir.
24 **Q.**   Okay.  What about Frankie Owens, did you ever know
25 Frankie Owens to use a prepaid card?

1    **A.**    Yes, sir.

2    **Q.**    As the treasurer, did you ever loan money to other

3    members of the Aryan Brotherhood?

4    **A.**    Yes, sir.

5    **Q.**    How did that work?  What kind of approval did you have to

6    have to loan treasury money out?

7    **A.**    Well, really anybody could -- members and nonmembers

8    could get it.  It's on a different percentage.  Family gets it

9    cheaper, but you had 30 days to pay it back.

10   **Q.**    When you say percentage, is that like an interest rate?

11   **A.**    Uh-huh.

12   **Q.**    You had to pay it back in 30 days?

13   **A.**    Yes, sir.

14   **Q.**    Are you familiar with someone named Mitchell Valentine?

15   **A.**    Yes, sir.

16   **Q.**    Where did you meet -- have you ever met him?

17   **A.**    Yes, sir.

18   **Q.**    Where did you meet him?

19   **A.**    Greene County.

20   **Q.**    Have you ever loaned money to Mitchell Valentine?

21   **A.**    Yes, sir.

22   **Q.**    Out of the Aryan Brotherhood treasury?

23   **A.**    Yeah.

24   **Q.**    Do you know where he was located when you loaned that

25   money to him?

**A.**   Greene County.

**Q.**   Is Greene County -- where is it in Mississippi?  North? South?

**A.**   Way down south.

**Q.**   Okay.  Has Perry Mask ever given you instructions to pay money to other Aryan Brotherhood members?

**A.**   Not out of treasury.  I don't think so, no.

**Q.**   Not out of the treasury.  Did you ever pay treasury money to Frankie Owens?

**A.**   Yes, sir.

**Q.**   Why did you do that?

**A.**   Buy a phone.

**Q.**   Mr. Owens wanted to buy a phone?

**A.**   Yes, sir.  His got took.

**Q.**   So you loaned him money out of the Aryan Brotherhood treasury to buy a phone?

**A.**   Yeah.

**Q.**   Okay.  Would he use that phone that he purchased with the treasury money for Aryan Brotherhood business?

**A.**   Yeah.

**Q.**   Did he talk to you about how he was going to pay it back?

**A.**   No, sir.

**Q.**   Are you familiar with Jeremy Bailey?

**A.**   Yes, sir.

**Q.**   Was he a member of the Aryan Brotherhood?

**A.** Yes.

**Q.** Do you remember him ever being stabbed?

**A.** Yes.

**Q.** After he was stabbed, did you talk to Frankie Owens about that stabbing?

**A.** Yes, a little.

**Q.** Did he ask you to -- first of all, based on your conversation with Mr. Owens, who stabbed Jeremy Bailey?

**A.** Scissorhands.

**Q.** Do you know his real name?

**A.** Jenkins.

**Q.** Jenkins? Now, what did Frankie Owens ask you to do for Ricky Jenkins?

**A.** Send him $50 every month.

**Q.** And why were you supposed to send him $50 a month?

**A.** Show that the family is taking care of him for him taking care of the ole boy.

**Q.** When you say "ole boy," who's that?

**A.** The boy he stabbed.

**Q.** So $50 a month to pay for the boy he stabbed?

**A.** Uh-huh.

**Q.** Are you familiar with the weapon that was used to stab Bailey?

**A.** I've seen it.

**Q.** What did it look like?

1  **A.**    Just a regular ole -- well, it was a pretty good size

2  knife.  About the size of that book right there (indicating).

3  As long as that.

4  **Q.**    Now, they can't -- the jury, I don't believe, can see

5  what you're talking about.

6  **A.**    About that long (demonstrating).

7  **Q.**    Okay.  You're holding your hands up, say, six,

8  eight inches; is that right?

9  **A.**    More like about ten or eleven.

10  **Q.**    Okay.  Was it made of metal?

11  **A.**    Yes.

12  **Q.**    How do you make a metal knife in prison?

13  **A.**    It was sent from the maintenance building.

14  **Q.**    And they had access to metal in the maintenance building?

15  **A.**    Uh-huh.

16  **Q.**    Where did Scissorhands keep the knife?

17  **A.**    In his flip-flop.

18         **MR. SUMRALL:**  Objection, Your Honor, unless he's got

19  personal knowledge.

20         **THE COURT:**  Yeah, if you know.  If you know.  If you

21  observed it.  Do you know where he kept his knife?

22         **THE WITNESS:**  Yes, sir.  In his flip-flop.

23  **BY MR. DABBS:**

24  **Q.**    And you've seen -- you've seen that?

25  **A.**    Uh-huh.

1  **Q.**   Have you ever heard of someone named CC?

2  **A.**   Yes, sir.

3  **Q.**   Have you ever talked to Frankie Owens about CC?

4  **A.**   A little bit, yes.

5  **Q.**   What did he tell you about CC?

6  **A.**   I don't know for sure about the whole conversation, but I

7  know he got busted --

8        **MR. SUMRALL:**  Your Honor, I object.  If he doesn't

9  know for sure, then he's speculating.  We object.

10        **THE COURT:**  No.  He said he didn't know for sure about

11  the whole conversation.  What do you know for sure?

12        **THE WITNESS:**  He said he talked to him on the

13  telephone when he got busted on the way up that way, the day he

14  got busted.

15        **THE COURT:**  And that's what Mr. Owens told you?

16        **THE WITNESS:**  Yes, sir.

17        **THE COURT:**  Okay.

18  **BY MR. DABBS:**

19  **Q.**   Did he tell you anything else about CC getting busted?

20  **A.**   Just supposed to be bringing the stuff up there which he

21  got caught with.

22  **Q.**   And what's the "stuff"?

23  **A.**   Dope.

24  **Q.**   And when you say "dope," what do you mean?

25  **A.**   Ice.

1   **Q.**   And who's he bringing it to?

2   **A.**   I thought he was bringing it to him.

3   **Q.**   When you say "him," who is that?

4   **A.**   State Raised.

5   **Q.**   And that's Frankie Owens?

6   **A.**   Yes.

7   **Q.**   But he was busted on the way; is that right?

8   **A.**   Yes.

9   **Q.**   Okay.

10       **MR. DABBS:**  Your Honor, may I approach the witness?

11       **THE COURT:**  Yes, sir.

12  **BY MR. DABBS:**

13   **Q.**   Mr. Kelly, in 2013, were you moved out of Marshall

14  County?

15   **A.**   Yes, sir.

16   **Q.**   Was your bunk searched?

17   **A.**   Yes.

18   **Q.**   Did you have items in your bunk that didn't make it with

19  you to Greene County?

20   **A.**   Yes.

21   **Q.**   Do you recognize that document I'm showing you?

22   **A.**   Yeah.

23   **Q.**   What is that?

24   **A.**   It's what you get when you finish your prospect, become a

25  full brother.

1  **Q.**  Do you recognize the handwriting?

2  **A.**  Yes, sir.  It's mine.

3  **Q.**  Was it in your bunk?

4  **A.**  Yes, sir.

5  **Q.**  Okay.

6  **MR. DABBS:**  Your Honor, I move to admit this document

7  as the next numbered exhibit.

8  **MR. SUMRALL:**  Your Honor, may we approach?

9  **THE COURT:**  Yes, sir.

10  (BENCH CONFERENCE OUT OF HEARING OF THE JURY.)

11  **THE COURT:**  I have not seen the document.  Okay.

12  What's your objection?

13  **MR. SUMRALL:**  Objection Your Honor.  This defendant --

14  or this witness has stated that he prepared this document.  He

15  wrote this document.  And it's signed by this defendant with my

16  client's name on it, State Raised.

17  Therefore, it's not proper, Your Honor, for him to

18  admit something that Ricky Jenkins vows to that's signed by

19  State Raised that was not prepared by Ricky Jenkins or State

20  Raised or to their knowledge had no existence.  It's not been a

21  properly authenticated document.

22  **THE COURT:**  What does this signature -- is that

23  Jenkins' signature?

24  **MR. DABBS:**  It says State Raised, Your Honor, and I

25  can --

1      **THE COURT:**  The signature says something like --

2      **MR. DABBS:**  That says Sinn Fein.  That's that phrase

3  they use, Sinn Fein.  And I can ask him a couple more questions

4  about why he wrote it, why --

5      **THE COURT:**  Yeah.  Okay.  I don't think -- try a

6  couple more questions and see what you -- we are going to have

7  to -- wait just a minute while y'all are on your feet.

8      Let me have that note.

9    (END OF BENCH CONFERENCE.)

10      **THE COURT:**  Okay.  Ladies and gentlemen, we'll take

11  about a ten-minute recess.  The jury may go to the jury room.

12  All of you attorneys stay in place and the witness stay.

13    (JURY OUT.)

14      **THE COURT:**  Okay.  Mr. Dabbs, let's utilize this time

15  out of the presence of the jury to let you question this

16  witness further relative to this proposed exhibit.

17      **MR. DABBS:**  Your Honor, after discussing this with my

18  co-counsel, I'll just withdraw this exhibit.

19      **THE COURT:**  Okay.  The exhibit is withdrawn.

20      **MR. SUMRALL:**  We have no objection to them withdrawing

21  it, Your Honor.

22      **THE COURT:**  Sir?

23      **MR. SUMRALL:**  We have no objection to them withdrawing

24  it.

25      **THE COURT:**  Well, let's take a ten-minute recess.

1    (RECESS TAKEN AT 4:29 P.M. UNTIL 4:40 P.M.)

2    (JURY IN.)

3         **THE COURT:**  Okay.  Mr. Dabbs, do you have further

4    questions of this witness?

5         **MR. DABBS:**  Just briefly, Your Honor.  May I proceed?

6         **THE COURT:**  Yes, sir.

7         **MR. DABBS:**  Thank you.

8    **BY MR. DABBS:**

9    **Q.**    Mr. Kelly, I'm going to hand you a legal pad -- yellow

10   legal pad.  Do you recognize this legal pad?

11   **A.**    Yes, sir.

12   **Q.**    Okay.  Do you recognize that handwriting?

13   **A.**    Yes, sir.

14   **Q.**    Whose handwriting is it?

15   **A.**    Mine.

16   **Q.**    Did this legal pad come out of your bunk?

17   **A.**    Yes, sir.

18   **Q.**    Okay.  And did you write the contents of this legal pad?

19   **A.**    Yes, sir.

20   **Q.**    And as I flip through these first number of pages, is

21   this Aryan Brotherhood paperwork?

22   **A.**    Yes, sir.

23   **Q.**    Is it a constitution?

24   **A.**    Yes, sir.

25   **Q.**    Okay.  And you wrote it?

1   **A.**   Yes, sir.

2   **Q.**   Now, in addition to the constitution in the back of this

3   same legal pad, do you recognize that page?

4   **A.**   Yes, sir.

5   **Q.**   What is that?

6   **A.**   That is the dues on the treasury.

7   **Q.**   The dues for the treasury of the Aryan Brotherhood?

8   **A.**   Yes, sir.

9   **Q.**   Are there references on this page to State?

10  **A.**   Sir?

11  **Q.**   Are there references on this page of these dues to State

12  or State Raised?

13  **A.**   Oh, yes, sir.

14  **Q.**   And who is State Raised?

15  **A.**   Frankie Owens.

16  **Q.**   And that's related to the Aryan Brotherhood treasury?

17  **A.**   Yeah.

18  **Q.**   Okay.  And did you write this?

19  **A.**   Yes.

20  **Q.**   And as treasurer, was it your job to keep up with this?

21  **A.**   Yes, sir.

22  **Q.**   Okay.

23          **MR. DABBS:**  Your Honor, we'd move to admit this legal

24  pad with the constitution and the dues page all totaled as the

25  next numbered exhibit.

1        **MR. TURNER:** Your Honor, I object as to my client as

2  far as relevance, and it's cumulative as far as another --

3  another constitution.

4        **THE COURT:** Okay.

5        **MR. SUMRALL:** Your Honor, this defendant has -- I

6  mean, this witness has written this in his own writing. He

7  says it was the constitution. There's been no proof that that

8  was the constitution. It's a self-serving document. We object

9  on that basis.

10       **THE COURT:** Well, I think this. I think certainly

11  that last page, the financial bookkeeping page is relevant to

12  the ongoing operation of this Aryan Brotherhood. Is the first

13  page just a verbatim -- well, the man wrote it.

14       All of this is in your handwriting, is it, Mr. Kelly?

15       **THE WITNESS:** Yes, sir.

16       **THE COURT:** And these back pages are where you kept up

17  with the financial records --

18       **THE WITNESS:** Yes, sir.

19       **THE COURT:** -- the money that came in to you?

20       **THE WITNESS:** Yes, sir.

21       **THE COURT:** Okay. The Court overrules the objection.

22  The Court is of the opinion that this is relevant to

23  demonstrate the operation of this organization.

24       **MR. DABBS:** Thank you, Your Honor.

25       **THE COURT:** Okay. The exhibit will be admitted.

1  What's the number?

2          **COURTROOM DEPUTY:** 36.

3          **THE COURT:** Okay. The objections are noted. The

4  exhibit is admitted into evidence as G-36.

5      (EXHIBIT NO. G-36 ADMITTED INTO EVIDENCE.)

6          **MR. DABBS:** Your Honor, may I publish it to the jury?

7          **THE COURT:** Not the whole thing. That constitution --

8  publish those last pages with the numbers on them and the

9  jury -- it's in evidence. You can argue about it in your final

10  argument. Let's move along.

11          **MR. DABBS:** Certainly, Your Honor.

12          **THE COURT:** Show the pages with the numbers on it.

13  **BY MR. DABBS:**

14  **Q.** Mr. Kelly, can you see the screen in front of you? Can

15  you see what I've put on the screen?

16  **A.** Yes, sir.

17  **Q.** Okay. If you have trouble reading that, I'll bring this

18  to you and let you look at it or give you a copy of it. Can

19  you see where I'm pointing my pen?

20  **A.** Yeah.

21  **Q.** Okay. Does that say State, 250?

22  **A.** Yes, sir.

23  **Q.** All right. And then owe 312.50?

24  **A.** Yes, sir.

25  **Q.** Is that $312.50?

1  **A.**    Yes, sir.

2  **Q.**    Does that say -- what does that say, phone bill?  Does

3  that say phone bill?

4  **A.**    At the top -- yeah, the one at the top does.

5  **Q.**    Okay.  And, again, who is State?

6  **A.**    State Raised.

7  **Q.**    And is that Frankie Owens?

8  **A.**    Yes, sir.

9  **Q.**    All right.  If you come down here further, it says "$25

10  out to the hole, donated"?

11  **A.**    Yeah.

12  **Q.**    What does that mean?

13  **A.**    When everybody went to the hole over stabbing, I sent $25

14  out of the treasury for odds and ends to the -- to them in the

15  hole.

16  **Q.**    Can you still -- can you still access the canteen and buy

17  things in prison when you are in the hole at Marshall County?

18  **A.**    I'm not sure about being in the hole if you can or not.

19  **Q.**    Why do they want this money in the hole is my question.

20  **A.**    I bought -- in other words, I sent, like, coffee or

21  whatever down there to them.  I took the money out of the

22  treasury and paid for it.

23  **Q.**    Okay.  And then just under that 25, it says "$57 to Rick,

24  donated"?

25  **A.**    Yes, sir.

1  **Q.**    Who is Rick?

2  **A.**    That's Scissorhands, Ricky Jenkins.

3  **Q.**    Is that the man who stabbed Jeremy Bailey?

4  **A.**    Yes, sir.

5  **Q.**    And why did you pay him the $57?

6  **A.**    That's what -- I donated that out.  That's -- that's when

7  State Raised asked me to send him 50 every month as long as he

8  was in the hole.

9  **Q.**    Okay.

10        **MR. DABBS:**  Your Honor, that's all the questions I

11  have.

12        **THE COURT:**  Okay.  Leave the exhibit with the clerk.

13        Okay.  Mr. Sumrall, on behalf of Mr. Owens, you may

14  cross-examine this witness.

15                          <u>CROSS-EXAMINATION</u>

16  <u>BY MR. SUMRALL:</u>

17  **Q.**    Mr. Kelly, I believe you stated that you had pled guilty

18  to possession of a firearm by a convicted felon; is that

19  correct?

20  **A.**    Yes, sir.

21  **Q.**    But you have not been sentenced; is that correct?

22  **A.**    No, sir.

23  **Q.**    And I believe you said that they were not recommending

24  anything for you as far as the government has offered to you;

25  is that correct?

1    **A.**    Yes.

2    **Q.**    The plea agreement doesn't say that, though, does it? It

3    says they will move for a 5K1 downward departure or a 35K?

4    **A.**    Yes.

5    **Q.**    So they have offered you something, haven't they?

6    **A.**    A 5K, yeah.

7    **Q.**    Okay. But that's to be determined by the Court?

8    **A.**    Uh-huh.

9    **Q.**    Okay. I just want to get that clear. Now, you were a

10    recruiter also for the Aryan Brotherhood, weren't you?

11    **A.**    (Nods head up and down.)

12    **Q.**    You had a recruiter patch, did you not?

13    **A.**    Yes.

14    **Q.**    Now, during the time that you were the treasurer for the

15    Aryan Brotherhood in the prison system, did Perry Mask ever

16    give large amounts of money to the brotherhood to you to put in

17    the account of the brotherhood?

18    **A.**    Yes.

19    **Q.**    How much did he give?

20    **A.**    I'm not for sure. Well, I know he gave a hundred to put

21    in the treasury. Everybody has to.

22    **Q.**    Everybody had to?

23    **A.**    Yes, sir.

24    **Q.**    If they had the money, they had to?

25    **A.**    Yes, sir.

**Q.**    If they didn't have the money, you didn't try to collect it, did you?

**A.**    We had -- you can go by the paperwork right there (indicating).  It will tell you who owes and who don't.

**Q.**    Okay.

**A.**    We had -- like, if you was indigent, didn't have no money coming, we didn't.  We didn't.  But, now, if you got out here and did drugs inside of prison, didn't have no money, then, yeah, you had to.

**Q.**    Okay.  So if Frankie Owens was doing drugs, why did he have to borrow money to buy a phone?

**A.**    Sir?

**Q.**    If Frankie Owens was selling drugs to make money, why did he have to borrow money from the treasury to buy a phone?

**A.**    I didn't say he was selling drugs or nothing like that. His stuff got -- CC got busted coming up there.

**Q.**    Okay.  You got -- you loaned him money to buy a phone, though; did you not?

**A.**    Yes, sir, more than one.

**Q.**    Okay.  Now, they asked you if you knew who the outside treasurer was for the state, and you said you couldn't remember who it was.  Would that be Frederick Scott --

**A.**    I'm not for sure.

**Q.**    -- better known as Toot?

**A.**    Toot?  Yeah.  That's what I know him by is Toot,

nickname.

**Q.** Okay. That's Frederick Scott, though, isn't it?

**A.** I'm not for sure. All I know him by is Toot.

**Q.** Okay. Now, you said that Frank Owens told you to give Ricky Jenkins $50 while he was in the hole every month, correct?

**A.** Yes, sir.

**Q.** People in the hole, you normally gave them money, though, didn't you? That was something that was normally done by the brotherhood, wasn't it?

**A.** No, sir.

**Q.** It wasn't?

**A.** Not out of treasury, it's not.

**Q.** Okay. Matter of fact, when you were in the hole down in Greene County, they put money on your account, didn't they?

**A.** No, sir.

**Q.** They did not?

**A.** No, sir.

**Q.** Did they put money on anybody's account?

**A.** Not that I know of.

**Q.** You weren't treasurer at that time, so you wouldn't have any knowledge, though, would you?

**A.** Yeah, I would.

**Q.** How would you know if you're in the hole?

**A.** I'm right there with everybody.

1   **Q.**   Okay.  And this was down in Greene County?

2   **A.**   Yes, sir.

3   **Q.**   And that was after all of y'all were shipped to Greene

4   County; is that correct?

5   **A.**   Yes, sir.

6   **Q.**   And all of y'all were segregated, were you not?  You were

7   not able to --

8   **A.**   We were all in each cell, yes, sir.

9   **Q.**   Each cell.  And you never had any time together, did you?

10   **A.**   Yes, sir.

11   **Q.**   Okay.

12      **MR. SUMRALL:**  Court's indulgence.  Well, wait a

13   minute.

14   **BY MR. SUMRALL:**

15   **Q.**   These stars on Exhibit 36 -- do you see the back page of

16   Exhibit 36 in front of you?

17   **A.**   Yeah.

18   **Q.**   The stars or asterisks that you put by the names, what

19   does that signify?

20   **A.**   Paid in full.

21   **Q.**   Okay.  And if they had no star and a number out beside

22   it, it's what they still owed; is that correct?

23   **A.**   Yes, sir.

24   **Q.**   Okay.  And I believe right here where my finger is

25   pointed (indicating) --

1  **A.**    Yes, sir.

2  **Q.**    -- that's State Raised.  Is that not right?

3  **A.**    Yes, sir.

4  **Q.**    And it shows that he had $50.  And you then starred it,

5  so it got paid, right?

6  **A.**    Yes, sir.

7  **Q.**    But then over here, you've got where State Raised

8  borrowed $250; is that correct?

9  **A.**    Yes, sir.

10  **Q.**    And he owed -- it says owes 312.50.  How long did he have

11  to pay that back?

12  **A.**    Due 11 -- 11/9 of that year.

13  **Q.**    Okay.  And when was this money loaned?

14  **A.**    Let's see.  That was 3/24.  That was -- that was

15  somewhere right up in there.  It was probably -- it was -- he

16  got loaned a couple of times.  That's probably when he was in C

17  custody.  He lost his telephone.

18  **Q.**    Okay.  So how long did he -- about how long did he have

19  to pay this money back?

20  **A.**    Supposed to have 30 days.

21  **Q.**    30 days.  So I guess that's, what, roughly 20 percent?

22  **A.**    40 percent to nonmembers.  20 percent or something like

23  that, but certain ones, yes.

24          **MR. SUMRALL:**  Nothing further, Your Honor.

25          **THE COURT:**  Mr. Turner on behalf of Defendant Parker.

| | |
|---|---|
| 1 | **MR. TURNER:** Thank you, Your Honor. |
| 2 | <u>**CROSS-EXAMINATION**</u> |
| 3 | <u>BY MR. TURNER:</u> |
| 4 | **Q.** Mr. Kelly, my name is Joshua Turner. I represent Eric |
| 5 | Parker. Do you know Mr. Parker? |
| 6 | **A.** Not really. |
| 7 | **Q.** Okay. Have you ever met him? |
| 8 | **A.** Yes, sir. |
| 9 | **Q.** Okay. On this sheet -- on the last page, there's a name |
| 10 | that says Eric. Which Eric is that right there? Is that -- |
| 11 | that's not Mr. Parker, is it? |
| 12 | **A.** I really do not know. It's been so long since this -- |
| 13 | since I put that on there. It could mean -- it could have -- |
| 14 | it could be him or another one. |
| 15 | **Q.** Is it fair to say you can't testify for sure that that's |
| 16 | Mr. Parker's phone number? |
| 17 | **A.** Not right now I can't. |
| 18 | **Q.** Okay. |
| 19 | **A.** I can't remember that far back. |
| 20 | **Q.** On this page -- is this your handwriting? |
| 21 | **A.** Yes, sir. |
| 22 | **Q.** Okay. See where my finger is (indicating)? It's |
| 23 | asterisk and it's got the name Eric? |
| 24 | **A.** Yes. |
| 25 | **Q.** That's not Eric Parker, is it? |

1    **A.**    Let me think.  Can you bring it on up a little bit, let

2    me see the bottom of it?

3              **MR. TURNER:**  I'm not talented enough to do that.

4              **THE COURT:**  Mr. Dabbs, some of you people help him

5    enlarge this sheet, please.

6              **MR. TURNER:**  Zoom?

7              **MR. DABBS:**  Yeah, that's it.

8    **A.**    No, that's not him.

9    **BY MR. TURNER:**

10   **Q.**    That's not Mr. Eric --

11   **A.**    That Eric on there, that's not -- I don't think that's

12   him.

13   **Q.**    Okay.  I've got just a couple more questions.  This is a

14   list of people that would have been incarcerated, correct?

15   **A.**    Yes, sir.

16   **Q.**    All right.  And if those -- that was the only -- excuse

17   me.  That was the only people that you were the treasury for in

18   the Aryan Brotherhood, correct?

19   **A.**    I've collected money that people got out, still owed

20   money to the treasury.

21   **Q.**    Okay.

22   **A.**    That's what the other one is for.  Loaned and then --

23   some of them then had done got out.

24   **Q.**    All right.  I asked you when I walked up here do you know

25   Eric Parker, which is my client.

1      **MR. TURNER:**  Would you stand up for me, Mr. Parker.

2          (DEFENDANT COMPLIES.)

3  **BY MR. TURNER:**

4  **Q.**    Have you met him before?

5  **A.**    Yeah, I seen him over at the jail over there.

6  **Q.**    Okay.  Have you -- have you -- did you ever meet him when

7  you were in prison?

8  **A.**    That I really can't say.

9  **Q.**    All right.

10         **MR. TURNER:**  That's all I have, Your Honor.  Thank

11  you.

12             **THE COURT:**  Any redirect, Mr. Dabbs?

13         **MR. DABBS:**  No, Your Honor.

14             **THE COURT:**  Very well.  Mr. Kelly is excused.  You

15  may -- remanded to custody of the United States Marshal.

16         Okay.  Ladies and gentlemen of the jury, I think this

17  concludes the day.  Remember my previous instructions to you.

18  Do not discuss the case among yourselves or with anyone else.

19  Drive safely.  Be back in the jury room before 9:00 in the

20  morning.  The jury is excused.

21         (JURY OUT.)

22             **THE COURT:**  Okay.  Court is in recess until 9:00 in

23  the morning.

24         (RECESSED AT 4:55 P.M.)

25

# CERTIFICATE

I, Phyllis K. McLarty, RMR, FCRR, CCR #1235, Official Court Reporter for the United States District Court, Northern District of Mississippi, was present in court during the foregoing matter and reported said proceedings stenographically.

I further certify that thereafter, I, Phyllis K. McLarty, RMR, FCRR, CCR #1235, have caused said stenographic notes to be transcribed via computer, and that the foregoing pages, 195-410, are a true and accurate transcription to the best of my ability.

Witness my hand, this 31st day of August, 2016.


/s/ Phyllis K. McLarty
PHYLLIS K. McLARTY, RMR, FCRR, CCR #1235
Official Court Reporter