IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                                    CAUSE NO. 4:14CR141

RICKY WAYNE JENKINS

UNOPPOSED URGENT AND NECESSITOUS MOTION FOR SENTENCE REDUCTION
PURSUANT TO
18 U.S.C. § 3582(c)(2) BASED ON THE
RETROACTIVE APPLICATION OF AMENDMENT 821

Defendant, Ricky Wayne Jenkins, by and through counsel, moves the Court for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2), based on the retroactive application of Amendment 821, and would respectfully show as follows:

1. Defendant, Mr. Jenkins, was convicted of conspiracy to participate in racketeering activity, and sentenced to a term of 78 months' of imprisonment by Judgment entered on August 2, 2016 [601].

2. As of November 1, 2023, based on the recalculation of a person's criminal history score to account for the removal or reduction of "status points," Mr. Jenkins has a reduced guideline range of 51-63 months' from his original guideline range of 63-78 months.  In general, a defendant who was on either state or federal supervision at the time of their arrest of the underlying federal offense may receive a reduction in their status points which could lead to a lesser criminal history category and potentially lower guideline range.

3. This case has been reviewed by the United States Probation Service, the United States Attorney's Office, and the Office of the Federal Public Defender, who all concur that Mr. Jenkins is eligible for a reduction of his sentence by retroactive application of Sentencing Guidelines Amendment 821 due to a reduced sentencing guidelines range based on the reduction of status

points.

4. As amended, the applicable Guidelines range for Mr. Jenkins will be reduced. Utilizing the updated criminal history category, and upon agreement between the defendant and counsel for the U.S. Attorney's Office, the parties hereby propose a sentence of 63 months' of imprisonment, with the term of supervised release being unchanged. Mr. Jenkins respectfully requests that this Honorable Court enter an order to that effect.

5. If this court were to grant the requested reduction, the defendant would be eligible for release approximately on February 11, 2024.

## REQUESTED RELIEF

Based on the grounds set forth above, Defendant, Rickey Wayne Jenkins, respectfully requests that the Court enter an order reducing the previously imposed sentence to a term of 63 months.

Respectfully submitted,

RICKY WAYNE JENKINS

 /s/ Gregory S. Park
GREGORY S. PARK, MSB #9419
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 236-2889
Fax: (662) 234-0428
greg_park@fd.org

CERTIFICATE OF SERVICE

I, Gregory S. Park, attorney for Defendant, Ricky Wayne Jenkins, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated, this the 2nd day of February, 2024.

    /s/ *Gregory S. Park*
GREGORY S. PARK
Assistant Federal Public Defender